RECORD OF GRAND JURY BALLOT

C/ 6:13-170

THE UNITED STATES V. GORDON L. HALL, ET AL.

(SEALED UNTIL FURTHER ORDER OF THE COURT)