

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

33 NE 4th St.
Miami, FL 33130

April 30, 2013

The Honorable Jacquelyn D. Austin
United States Magistrate Judge
United States Courthouse
District of South Carolina
Greenville Division
300 East Washington Street
Greenville, SC 29601

Re:  Name     :   **Gordon L. Hall**
     Reg. No:   **41280-054**
     Case No:   **6:13-cr-00170-CRI-1**

Dear Judge Austin:

On April 10, 2013, an Order of the Court committed Mr. Hall to the custody of the Bureau of Prisons for a forty-five day mental health evaluation under the provisions of Title 18, United States Code, Sections 4241 and 4242. The Court is requesting an opinion regarding the defendant's competency to stand trial and mental status at the time of the alleged offense.

Mr. Hall arrived at the Federal Detention Center, Miami, Florida, on April 23, 2013. As noted in your Order, the evaluation period commenced from the date of his arrival at this facility. Therefore, the adjusted period of examination would end on June 7, 2013.

The Court can expect to receive the report within fifteen days after the termination date of the examination period. This additional amount of time is necessary to complete the report which will be submitted in a prompt and timely manner. If you have any questions or concerns, please do not hesitate to contact the examiner, Dr. Jorge Luis at (305) 982-1469, or facsimile number (305) 982-1413.

Sincerely,

W.T. Taylor
Warden

cc:
Mr. William J. Watkins, Jr., AUSA
Mr. Benjamin Thomas Stepp, AFPD

Name    :  Gordon L. Hall
Reg. No:  41280-054
Case No:  6:13-cr-00170-CRI-1


cc:

The Honorable Jacquelyn D. Austin
United States Magistrate Judge
United States Courthouse
District of South Carolina
Greenville Division
300 East Washington Street
Greenville, SC 29601
**(864) 841-2758**
Austin_ecf@scd.uscourts.gov


Mr. William J. Watkins, Jr.
Assistant United States Attorney
United States Attorney's Office
55 Beattie Place, Suite 700
Greenville, SC  29601
**(864) 282-2100**
**(864) 233-3158 (fax)**
tania.groover@usdoj.gov


Mr. Benjamin Thomas Stepp
Assistant Federal Public Defender
Federal Public Defender's Office
Two Liberty Square
75 Beattie Place, Suite 950
Greenville, SC 29601
**(864) 235-8714**
**(864) 233-0188 (fax)**
Benjamin_stepp@fd.org