RECEIVED
USDC CLERK, GREENVILLE, SC

2013 JUN 11  P 4: 11

Gordon LeRoy Hall
c/o Yiwen Krus, Notary
3546 East Presidio Circle
Mesa, Arizona 85213
480-444-8365
lady.krus@gmail.com

June 6, 2013

Benjamin Thomas Stepp
Federal Public Defender's Office (Gvle)
Two Liberty Square
75 Beattie Place, Suite 950
Greenville, SC 29601
864-235-8714
benjamin_stepp@fd.org
**Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

Re: Notice of Termination of Counsel, Criminal Case #: 6:13-cr-00170-JMC

Dear Mr. Stepp:

Please be advised your services are terminated forthwith; you are to provide no further legal services on the Defendant's behalf. Please send a complete copy of GORDON LEROY HALL's file, including but not limited to any correspondence, discovery, court documents, or any other documents relating to Criminal Case #: 6:13-cr-00170-JMC to:

Gordon LeRoy Hall
c/o Yiwen Krus, Notary
3546 East Presidio Circle
Mesa, Arizona 85213

Thank you.

Best Regards,

*[signature]*

Gordon LeRoy Hall

YK

RECEIVED
JUN 10 2013
BY:

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to:

Benjamin Thomas Stepp
Federal Public Defender's Office (Gvle)
Two Liberty Square
75 Beattie Place, Suite 950
Greenville, SC 29601
864-235-8714
benjamin_stepp@fd.org

cc:  UNITED STATES OF AMERICA          The Honorable J. Michelle Childs
~~William J. Watkins, Jr~~              ~~United States District Judge~~
     US Attorneys Office (Gville)         District of South Carolina
     55 Beattie Place, Suite 700          300 East Washington Street
     Greenville, South Carolina 29601     Greenville, South Carolina 29601

**All Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Recipient;

1. **Notice of Termination of Counsel, Criminal Case #: 6:13-cr-00170-JMC**, dated June 6, 2013 (1 leaf); and
2. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE**, (1 leaf).

These mailings contained a total of two (2) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

_____                         _____
DATE                                             NOTARY

                                                 Yiwen Krus, Notary
                                                 3546 East Presidio Circle
                                                 Mesa, Arizona 85213