IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:13-cr-00170-JMC |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF PURGE |
| GORDON L HALL | ) | OF CONTEMPT |
| BENTON T HALL | ) | |

COMES NOW the aggrieved party Defendants, GORDON LEROY HALL and BENTON TYLER THOMAS HALL, is giving NOTICE OF PURGE OF CONTEMPT. See "FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER" sent to UNITED STATES OF AMERICA, c/o Beattie B Ashmore, Receiver, Beattie B Ashmore Law Office, 650 East Washington Street, Greenville, South Carolina 29601, a copy attached hereto and incorporated herein as EXHIBIT "A," this 20th day of June 2013.

Executed without the United States in Maricopa County, Arizona Republic, this twentieth day of the sixth month in the year of our Lord, two thousand and thirteen.

In Witness Whereof, we have hereunto set our hands and seals.

_____
Gordon LeRoy Hall
Authorized Representatives of the Trustees of ROYLIN TRUST

_____
Benton Tyler Thomas Hall
Authorized Representatives of the Trustees of ROYLIN TRUST