Petitioners:  Gordon LeRoy Hall &
Benton Tyler Thomas Hall,
Authorized Representatives of the
Trustees of ROYLIN TRUST
c/o Yiwen Krus, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# *NOTICE*

## FORGIVE US REQUEST AND
## AMENDED SETTLEMENT OFFER/TENDER

Date:  *nunc pro tunc* to 26 July 2012

Respondent:  UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

RE:  Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case

COMES NOW Gordon LeRoy Hall and Benton Tyler Thomas Hall, Authorized Representatives of the Trustees of ROYLIN TRUST, hereinafter, "Petitioners," are issuing this "NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER," hereinafter, "Offer/Tender," to:

UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

---

hereinafter, "Respondent."

The Petitioners request forgiveness for causing any inconvenience and offence to the Respondent by failing to seasonably respond and/or resolve the matter in Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION , hereinafter, "Civil Case," and in Criminal Case #: 6:13-cr-00170-JMC, *USA v. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION,  hereinafter, "Criminal Case." Consequently, the Petitioners were remiss/at fault in the Petitioners' duties during the Civil Case and Criminal Case. The Petitioners understand that silence can only be equated with fraud where there is legal or moral duty to respond or an inquiry left unanswered would be intentionally misleading. The Petitioners should have worked with the Respondent to return the assets wrongfully acquired by Wallace Lindsey Howell and subsequently the Trustees of ROYLIN TRUST. For any inconvenience and offence the Petitioners have caused the Respondent, the Petitioners only have two words, "FORGIVE US."

As an amendment to the Petitioners' previous offer of NOTICE OF SETTLEMENT OFFER, dated *nunc pro tunc* to 20 December 2012, a copy attached hereto and incorporated herein as **EXHIBIT "A"**, the Petitioners are now tendering this Offer/Tender with the following:

A.  A PRIVATE REGISTERED SETOFF BOND, Bond Number GHCV20130618 from Gordon LeRoy Hall,  in the amount of three million  and 00/100 dollars ($3,000,000.00) and a PRIVATE REGISTERED SETOFF BOND, Bond Number BTHCV20130618 from Benton Tyler Thomas Hall, in the amount of three million  and 00/100 dollars ($3,000,000.00) to satisfy:

   1.  A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in the Indictment, that is, a minimum of approximately one million five hundred thousand and 00/100 dollars ($1,500,000.00) in United States currency, and all interests and proceeds traceable thereto.

B.  A PRIVATE REGISTERED SETOFF BOND, Bond Number GLHCR20130618,  in the amount of one hundred million  and 00/100 dollars ($100,000,000.00) from Gordon LeRoy  Hall  and a  PRIVATE  REGISTERED  SETOFF  BOND,  Bond  Number BTHCR20130618 from Benton Tyler Thomas Hall, in the amount of one hundred million  and 00/100 dollars ($100,000,000.00) to satisfy:

   1.  The Criminal Case for GORDON LEROY HALL and BENTON TYLER THOMAS HALL.

C.  A QUITCLAIM DEED, File #: GLHRP0001, of the real property to be returned:

   881 Old Plantation Road
   Fountain Inn, South Carolina 29644
   Laurens County, South Carolina

Titled in the Name of: Hall Gordon & Benton Directors of The Roylin Trust
TMS# 213-00-00-006

All that piece, parcel, or lot of land, situated, lying and being in Laurens County, State of South Carolina, being known and designated as on the Enoree River containing 117 acres, more or less being formerly bounded by lands of LW. Gray, Carrie Coker, C.B. Redd, Jane Miller, and Enoree River, and now bounded on the North by the Enoree River, the center of which is Spartanburg County, on the East by lands now or formerly of Dorothy Lee Clayton and Rhonda Clayton, on the South by lands now or formerly of Clyde Redd, on the West by lands now or formerly of David G. Coker, and on the Northwest by lands now or formerly of Crescent Land and Timbers Company. Also, a right-of-way or easements of ingress and egress 20 feet in width beginning at the southwestern most corner of the tract conveyed herewith and extending across other property of grantors in a direct line to an existing gravel road which leads to a public roadway this easement also includes the right of use the existing dirt roadway above mentioned which leads to a public roadway.

Less and except portions conveyed in Deed Book 210 Page 551, Book 214 Page 236, Book 214 Page 370 and Book 211 Page 829.

This being a portion the same property conveyed to grantors by Deed of James Redd, recorded 08-16-71 in Book 197, Page 239 in the RMC Office for Laurens County. See also Deed Book 516 Page 84 and Book 635 Page 291 for half interests to and from said grantors.

This being the same property conveyed to Wallace Lindsey Howell, Director of Kingdom Estate Trust, dated 10-18-2011, recorded 11-02-2011 in Book 1044, Page 185 in the RMC Office for Laurens County.

D.  A QUITCLAIM DEED, File #: GLHRP0002, of the real property to be returned:

Old Plantation Road, 11.45 acres
Fountain Inn, South Carolina 29644
Laurens County, South Carolina
Titled in the Name of: Hall Gordon & Benton Directors of The Roylin Trust
TMS# 214-00-00-039

All that piece, parcel, or lot of land, situate, lying and being in Laurens County, State of South Carolina, being known and designated as containing 11.45 acres, more or less, being more fully described in Plat Book A-417, Page 9 recorded in the RMC Office for Laurens County. Reference is hereby made to said plat for a more complete description of metes and bounds thereof.

This being the same property conveyed to Mark A. Ritchie and Michelle A. Ritchie by deed of James R. Owings, Jr. and Rebecca R. Owings, dated 03-10-06, recorded 03-13-06 in Book 774, Page 257 in the RMC Office for Laurens County.

This being the same property conveyed to Wallace Lindsey Howell, Director of Kingdom Estate Trust, dated 10-18-2011, recorded 11-02-2011 in Book 1044, Page 185 in the RMC Office for Laurens County.

E. A QUITCLAIM, File #: GLHPP0001, for personal properties:

1. Sufficient value of seized cash, silver coins, gold coins, and bullion from the items listed in Form FD-597 (Rec. 8-11-94), by the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION, Receipt of Property Seized, File # 346-PX-2716500, hereinafter, "Receipt of Property Seized," a copy attached hereto and incorporated herein as **EXHIBIT "B"**, to satisfy:

   a. Fifty-five (55) one (1) ounce gold coins; and

   b. One (1) one thousand (1,000) ounce bag of silver.

2. Title to the 2008 Ford F350 (equal to the value of twenty-two thousand and 00/100 dollars ($22,000.00) wholesale,) to satisfy:

   a. 2008 Dodge Ram 2500 Quad Cab 4x4 (Sold for fifteen thousand and 00/100 dollars ($15,000.00) net proceeds)
   VIN: 3D7KS28A58G108624
   Previous Tag: South Carolina Tag/HQM-783
   Previously Registered to: Zuniga, Jose A.
   Current Tag: Arizona Tag/AZD-6645
   Currently Registered to: Ronald Anthony Baker

3. Sufficient value of seized collateral, titles, or vehicles listed in Receipt of Property Seized to satisfy:

   a. Generator and Welder Ranger (sold as one unit for two thousand seven hundred and 00/100 dollars ($2,700.00) net proceeds);

   Generator:
   Serial Number: X1CH38791
   Described as follows:
   YANMAR HYW-45T6 Diesel Generator Set; Serial #: X1CH38791, with water separator kit and filter kit.

   Welder Ranger 250 GXT with Electric Fuel Pump:
   Serial Number: U1120208940

   b. 2008 United Trailer
   VIN: 48BTE14238A097206
   Series/Model: U-714 TA 35-8.5; and

---

**NOTICE FORGIVE ME REQUEST AND AMENDED SETTLEMENT OFFER/TENDER**        Page 4 of 8

  c. Foam Machine
   Serial Number: A0354
   Described as follows:
   Coating Reactor H-XP3 Hydraulic Proportioner Package; 50 ft. heated hose, 10 ft. heated whip hose and Air-Purge, item code AP3404; Serial #A0354, with additional add-on accessories (a value of thirty thousand and 00/100 dollars ($30,000.00)).

4. Sufficient value of seized assets to equal the amount of one hundred five thousand and 00/100 dollars ($105,000.00) to offset the one hundred five thousand and 00/100 dollars ($105,000.00) check made out to Gibwell Missions Fleet.

When the Petitioners obtain bail or discharge the Petitioners shall cause, at the option or request of Respondent, other collateral to be exchanged for gold sufficient to be returned for like kind or cash in Federal Reserve Notes, and sufficient cash to be exchanged for the other assets or release of collateral held sufficient to satisfy the Respondent as full payment. If the Respondent feels this Offer/Tender is not sufficient as a complete and full return of the property requested please supply the Petitioners with instructions on how the Respondent would like the Petitioners to satisfy the Respondent. Should the Respondent fail to respond within fourteen (14) days of receipt of this Offer/Tender in writing that the Offer/Tender is not sufficient, then it shall be agreed and stipulated between the Respondent and the Petitioners that the Offer/Tender constitutes a full satisfaction, agreement, and stipulation of the Respondent's request and the Petitioners' intent to fully remedy both the Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case. The Petitioners make no excuse for any offense or inconvenience the Petitioners may have caused the Respondent. The Petitioners respectfully request the Respondent to accept the Petitioners' Offer/Tender to make the Petitioners' fault right. Again, for any inconveniences or offense the Petitioners have caused the Respondent, the Petitioners only have two words, "FORGIVE US."

Enclosed herewith are two (2) REQUEST REGARDING A STATEMENT OF ACCOUNTs, pursuant to Uniform Commercial Code §9-210 and its implementation in the State of South Carolina, requesting that the Respondent approve or correct the statement. If the Petitioners do not hear from the Respondent within fourteen (14) days from receipt of this Offer/Tender and the REQUEST REGARDING A STATEMENT OF ACCOUNTs that this Offer/Tender and REQUEST REGARDING A STATEMET OF ACCOUNTs is not sufficient as a complete and full return of the property requested, it shall be agreed between the Petitioners and the Respondent that the QUITCLAIM DEED, File #: GLHRP0001, QUITCLAIM DEED, File #: GLHRP0002, and QUITCLAIM, File #: GLHPP0001, enclosed herein are accepted as a satisfaction of any and all claims against the Petitioners of all

property requested from the Respondent and that the Civil Case and Criminal Case shall be dismissed as it relates to the Petitioners/Defendants in the Civil Case and Criminal Case. All other collateral taken by the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION in the Receipt of Property Seized or any other seizure from the Petitioners or other entities assumed connected with the Petitioners for collateral to discharge any of the obligations of the Petitioners in the Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case, excluding items specifically enumerated herein or subject to release as a return item collateral in Receipt of Property Seized,  shall be released/discharged forthwith to the Petitioners and a NOTICE OF DISCHARGE or a NOTICE OF RESCISSION by mailing certified copies of said instruments of the Civil Case and Criminal Case be sent to the Petitioners and the United States District Court, District of South Carolina (Greenville), Case #:6:13-cr-00170-JMC and Case #:8:12-cv-02078-JMC, 300 East Washington Street, Greenville, South Carolina 29601, as evidence of the Respondent's acceptance and/or approval of this Offer/Tender and the enclosed REQUEST REGARDING A STATEMENT OF ACCOUNTs. Thank you.

**Respondent's acceptance of this Offer/Tender shall constitute relinquishment of any and all claims in both the Civil Case #: 8:12-cv-02078-JMC, *In Re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION, United States District Court, District of South Carolina (Greenville), Case #:8:12-cv-02078-JMC, 300 East Washington Street, Greenville, South Carolina 29601, and Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, United States District Court, District of South Carolina (Greenville), Case #:6:13-Cr-00170-JMC, 300 East Washington Street, Greenville, South Carolina 29601, including but not limited to all derivative actions derived from said Civil Case, as it applies to Gordon LeRoy Hall, Benton Tyler Thomas Hall, the Trustees of ROYLIN TRUST, or ROYLIN TRUST.**

Yours truly,

Gordon LeRoy Hall

Benton Tyler Thomas Hall

ENCLOSURES:

1. **Original** PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

2. **Reference copy** UCC-1 FINANCING STATEMENT, Document No. 38203150002, Filing No. 13-7365736435, dated 18 June 2013 (3 leaves);

3. **Reference copy** UCC-3 FINANCING STATEMENT, Document No. 38203150005, Filing No. 13-73657365, dated 18 June 2013 (3 leaves);

4. **Original** PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

5. **Reference copy** UCC-1 FINANCING STATEMENT, Document No. 38203300003, Filing No. 13-7365741885, dated 18 June 2013 (3 leaves);

6. **Reference copy** UCC-3 FINANCING STATEMENT, Document No. 38203300004, Filing No. 13-73657419, dated 18 June 2013 (3 leaves);

7. **Original** PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

8. **Reference copy** UCC-1 FINANCING STATEMENT, Document No. 38203120002, Filing No. 13-7365736172, dated 18 June 2013 (3 leaves);

9. **Reference copy** UCC-3 FINANCING STATEMENT, Document No. 38203120003, Filing No. 13-73657362, dated 18 June 2013 (3 leaves);

10. **Original** PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

11. **Reference copy** UCC-1 FINANCING STATEMENT, Document No. 38203720002, Filing No. 13-7365742038, dated 18 June 2013 (3 leaves);

12. **Reference copy** UCC-3 FINANCING STATEMENT, Document No. 38203720003, Filing No. 13-73657421, dated 18 June 2013 (3 leaves);

13. **Original** QUITCLAIM DEED, File #: GLHRP0001, dated 11 June 2013 (1 leaf);

14. **Original** QUITCLAIM DEED, File #: GLHRP0002, dated 11 June 2013 (1 leaf);

15. **Original** QUITCLAIM, File #: GLHPP0001, dated 11 June 2013 (1 leaf);

16. **Original** REQUEST REGARDING A STATEMENT OF ACCOUNT, dated *nunc pro tunc* to 26 July 2012 (2 leaves);

NOTICE FORGIVE ME REQUEST AND AMENDED SETTLEMENT OFFER/TENDER     Page 7 of 8

17. **Original REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated *nunc pro tunc* to 26 July 2012 (2 leaves);

18. **EXHIBIT "A"** cover page (1 leaf);

19. **Reference copy NOTICE OF SETTLEMENT OFFER**, dated *nunc pro tunc* to 20 December 2012 (6 leaves);

20. **Reference copy PRIVATE REGISTERED SETOFF BOND NO. 2013020105**, dated February 1, 2013 (1 leaf);

21. **Reference copy REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated 20 December 2012 (1 leaf);

22. **Reference copy AFFIDAVIT OF SERVICE**, dated 1 February 2013 (1 leaf);

23. **EXHIBIT "B"** cover page (1 leaf);

24. **Reference copy** Form **FD-597 (Rev. 8-11-94), UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION,** Receipt for Property Seized, **File # 346-PX-2716500**, dated 14 March 2013 (7 leaves); and

25. **Reference copy CERTIFICATE OF SERVICE**, dated 20 June 2013 (3 leaves).

cc:   UNITED STATES OF AMERICA
c/o William J Watkins, Jr
US Attorney's Office (Gville)
55 Beattie Place, Suite 700
Greenville, South Carolina 29601

Lewis, Psychologist
Federal Detention Center Miami
PO Box 019120
Miami, Florida 33101

Lewis Walter Tollison, III
Tollison Law Firm
24 Vardry Street, Suite 203
Greenville, South Carolina 29601

Eric H. Holder, Jr
Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Kingdom Estate Trust
Wallace Lindsey Howell, Director
c/o Margaret A Chamberlain
PO Box 10184
Greenville, South Carolina 29603

Wallace Lindsey Howell
c/o Margaret A Chamberlain
PO Box 10184
Greenville, South Carolina 29603

Lauren S Price
Tollison Law Firm
24 Vardry Street, Suite 203
Greenville, South Carolina 29601

**All Serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

# PRIVATE REGISTERED SETOFF BOND

BOND NUMBER
GHCV20130618

**$3,000,000.00**

REGISTERED
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 38203150002
UCC FILING NO.: 13-7365736435

Pay to the Order of:  UNITED STATES OF AMERICA
℅ Eric H. Holder, Jr, Attorney General
U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Issue Date: *nunc pro tunc* to 26
**July 2012**

For Further Credit to:  United States District Court, District of South Carolina, Anderson/Greenwood Division, Case
Number 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc;*
[SSN. ***-**-8459]

By/On/Through:  Gordon LeRoy Hall, Surety ("Creditor")
Private Offset Account No. *****8459

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Private Registered Setoff Bond,

**BE IT KNOWN THAT:**
This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;
The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes
of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account
holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of
the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-
existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract
and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;
By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally
and jointly, for any amount up to and including **Three Million and 00/100 United States Dollars ($3,000,000.00)** thereby honorably discharging
and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES.  The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to
the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to: Jacob Joseph Lew,
Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220.
PRIVATE OFFSET ACCOUNT.  The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day
thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally
accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees,
interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally)
attributed to the account holders and accounts above-noted.

AMOUNT DUE.                          PAYEE enter the amount due below

$ |   |   |   |   |   |   |   | . |   |   |

MATURITY.  Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond
remaining in full force and effect.  Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing
the marks of cancellation to the Principal or the Principal's heirs by registered mail.  All profits and proceeds accruing since presentment to
remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Sixth month in
the year Two Thousand Thirteen.*

By: _____ (seal)
Gordon Leroy Hall, Surety/Underwriter
Exemption ID # *****8459
Non-domestic mail
in care of:3546 East Presidio Circle,
Mesa, Arizona, United States of America

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_Debra Bowen_

Secretary of State

FILE #        137365736435

Document Number:  38203150007

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

GORDON L HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203150002
FILING NUMBER: 13-7365736435
FILING DATE: 06/18/2013 19:20
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GORDON L HALL | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3546 EAST PRESIDIO CIRCLE | MESA | AZ | 85213 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | REGISTERED PERSON | USA | ***-**-8459   □NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | □NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Hall | Gordon | LeRoy | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3546 East Presidio Circle, Mesa, Arizona | | | | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618

Value of Collateral: Three Million and 00/100 Dollars---USD $3,000,000.00

**5. ALT DESIGNATION:** □LESSEE/LESSOR □CONSIGNEE/CONSIGNOR □BAILEE/BAILOR □SELLER/BUYER □AG. LIEN □NON-UCC FILING

| □ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] □ All Debtors □Debtor 1 □Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | 9a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | GORDON L HALL | | |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 38203150002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

**17.** Check **only** if applicable and check **only** one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check **only** if applicable and check **only** one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

Secretary of State

FILE #        1373657365

Document Number:  38203150007

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
GORDON L HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203150005
FILING NUMBER: 13-73657365
FILING DATE: 06/18/2013 19:25
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
13-7365736435

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME |  |  |  |
|OR| | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME |  |  |  |
|OR| UNITED STATES TREASURY | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. GH20130618

Value of Collateral: Three Million and 00/100 Dollars---USD $3,000,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME |  |  |  |
|OR| | | | |
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | Hall | Gordon | LeRoy | |

**10. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 13-7365736435 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| 13a. ORGANIZATION'S NAME | | |
|---|---|---|

| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | Hall | Gordon | LeRoy |

14 MISCELLANEOUS

DOCUMENT NUMBER: 38203150005
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 14c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 15c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 16c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | GEITHNER | TIMOTHY | F | |

| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY

# PRIVATE REGISTERED SETOFF BOND

**BOND NUMBER**
**BTHCV20130618**

# $3,000,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 382033000C3
UCC FILING NO.: **13-7365741885**

**Pay to the Order of:** UNITED STATES OF AMERICA
℅ Eric H. Holder, Jr, Attorney General
U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**Issue Date:** *nunc pro tunc* to 26
**July 2012**

**For Further Credit to:** United States District Court, District of South Carolina, Anderson/Greenwood Division, Case Number 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc;* [SSN. ***-**-7379]

**By/On/Through:** Benton Tyler Thomas Hall, Surety ("Creditor")
Private Offset Account No. *****7379

WHEREAS only fiat money exists in circulation for the discharge of debts, and

WHEREAS this instrument is intended to constitute a Private Registered Setoff Bond,

BE IT KNOWN THAT:
This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;
The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;
By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **Three Million and 00/100 United States Dollars ($3,000,000.00)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to: Jacob Joseph Lew, Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220.
PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                    PAYEE enter the amount due below

$ [ ] [ ] [ ] [ ] [ ] [ ] [ ] . [ ] [ ]

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Sixth month in the year Two Thousand Thirteen.*

By: *Benton Tyler Thomas Hall* (seal)
Benton Tyler Thomas Hall, Surety/Underwriter
Exemption ID # *****7379
Non-domestic mail
in care of:3546 East Presidio Circle,
Mesa, Arizona, United States of America

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_Debra Bowen_

Secretary of State

FILE #      137365741885

Document Number:   38203300006

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
BENTON T HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203300003
FILING NUMBER: 13-7365741885
FILING DATE: 06/18/2013 20:08
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BENTON T HALL | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3546 EAST PRESIDIO CIRCLE | MESA | AZ | 85213 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | REGISTERED PERSON | USA | ***-**-7379   ☐NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Hall | Benton | Tyler Thomas | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3546 East Presidio Circle, Mesa, Arizona | | | | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**
PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618

Value of Collateral: Three Million and 00/100 Dollars---USD $3,000,000.00

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

**☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]     [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | |
|---|---|---|
| **9a. ORGANIZATION'S NAME**<br>BENTON T HALL | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 38203300003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | |
| OR **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| **11c. MAILING ADDRESS** | **CITY** | **STATE** **POSTAL CODE** | **COUNTRY** |

| **11d.** SEE INSTRUCTIONS | ADD'L DEBTOR INFO | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**12.** ☐ **ADDITIONAL SECURED PARTY'S or** ☐ **ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | | | |
|---|---|---|---|
| **12a. ORGANIZATION'S NAME** | | | |
| OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| **12c. MAILING ADDRESS** | **CITY** | **STATE** **POSTAL CODE** | **COUNTRY** |

**13. This FINANCING STATEMENT covers** ☐ **timber to be cut or** ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,   I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

Secretary of State

FILE #        1373657419

Document Number:  38203300006

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

BENTON T HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203300004
FILING NUMBER: 13-73657419
FILING DATE: 06/18/2013 20:10
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**

13-7365741885

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME  UNITED STATES TREASURY | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS  1500 PENNSYLVANIA AVENUE, N.W. | CITY  WASHINGTON | STATE  DC | POSTAL CODE  20220- | COUNTRY  USA |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any  ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618

Value of Collateral: Three Million and 00/100 Dollars---USD $3,000,000.00

**9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR b. INDIVIDUAL'S LAST NAME  Hall | FIRST NAME  Benton | MIDDLE NAME  Tyler Thomas | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 13-7365741885 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME<br>Hall | FIRST NAME<br>Benton | MIDDLE NAME, SUFFIX<br>Tyler Thomas |

| 14 MISCELLANEOUS |
|---|
| |

DOCUMENT NUMBER: 38203300004
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME<br>GEITHNER | FIRST NAME<br>TIMOTHY | MIDDLE NAME<br>F | SUFFIX |
| 17c. MAILING ADDRESS<br>1500 PENNSYLVANIA AVENUE, N.W. | | CITY<br>WASHINGTON | STATE<br>DC | POSTAL CODE<br>20220- | COUNTRY<br>USA |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

# PRIVATE REGISTERED SETOFF BOND

**BOND NUMBER**
GLHCR20130618

# $100,000,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 38203120002
UCC FILING NO.: 13-7365736172

Pay to the Order of: UNITED STATES OF AMERICA
% Eric H. Holder, Jr, Attorney General
U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**Issue Date:** *nunc pro tunc* to 26
**July 2012**

For Further Credit to: United States District Court, District of South Carolina, Greenville Division, Case Number: 6:13-cr-00170-JMC-1, *USA vs. Hall et al*; [SSN. ***-**-8459]

By/On/Through: Gordon LeRoy Hall, Surety ("Creditor")
Private Offset Account No. *****8459

WHEREAS only fiat money exists in circulation for the discharge of debts, and

WHEREAS this instrument is intended to constitute a Private Registered Setoff Bond.

BE IT KNOWN THAT:
This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;
The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;
By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **One Hundred Million and 00/100 United States Dollars ($100,000,000.00)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to: Jacob Joseph Lew, Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220.
PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                    PAYEE enter the amount due below

$ [      |      |      |      |      |      | . |      |      ]

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Sixth month in the year Two Thousand Thirteen.*

By: _____ (seal)
Gordon Leroy Hall, Surety/Underwriter
Exemption ID # *****8459
Non-domestic mail
in care of:3546 East Presidio Circle,
Mesa, Arizona, United States of America

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_Debra Bowen_

Secretary of State

FILE #        137365736172

Document Number:   38203120006

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

GORDON L HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203120002
FILING NUMBER: 13-7365736172
FILING DATE: 06/18/2013 18:58
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GORDON L HALL | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3546 EAST PRESIDIO CIRCLE | MESA | AZ | 85213 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, If any |
|---|---|---|---|---|
| | | REGISTERED PERSON | USA | ***-**-8459  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Hall | Gordon | LeRoy | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3546 East Presidio Circle, Mesa, Arizona | | | | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618

Value of Collateral: One Hundred Million and 00/100 Dollars---USD $100,000,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]     [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME
GORDON L HALL

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

DOCUMENT NUMBER: 38203120002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



***IN WITNESS WHEREOF***,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

Secretary of State

FILE #        1373657362

Document Number:  38203120006

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

GORDON L HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203120003
FILING NUMBER: 13-73657362
FILING DATE: 06/18/2013 19:02
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**

13-7365736172

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME UNITED STATES TRESURY | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618

Value of Collateral: One Hundred Million and 00/100 Dollars---USD $100,000,000.00

**9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment).** If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR b. INDIVIDUAL'S LAST NAME Hall | FIRST NAME Gordon | MIDDLE NAME LeRoy | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 13-7365736172 |

**13. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | Hall | Gordon | LeRoy |

| 14 MISCELLANEOUS |
|---|
| DOCUMENT NUMBER: 38203120003 |
| IMAGE GENERATED ELECTRONICALLY FOR WEB FILING |
| THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names**

| | 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 14c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any  ☐ NONE |
|---|---|---|---|---|

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names**

| | 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 15c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any  ☐ NONE |
|---|---|---|---|---|

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names**

| | 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 16c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any  ☐ NONE |
|---|---|---|---|---|

**17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)**

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | GEITHNER | TIMOTHY | F | |
| | 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

**18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)**

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

# PRIVATE REGISTERED SETOFF BOND

**BOND NUMBER**
**BTHCR20130618**

## $100,000,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 36907360002
UCC FILING NO.: 13-7351735297

Pay to the Order of: UNITED STATES OF AMERICA
℅ Eric H. Holder, Jr, Attorney General
U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**Issue Date:** *nunc pro tunc* 26 July
2012

For Further Credit to: United States District Court, District of South Carolina, Greenville Division, Case Number: 6:13-cr-00170-JMC-2, *USA vs. Hall et al;* [SSN. ***-**-7379]

By/On/Through: Benton Tyler Thomas Hall, Surety ("Creditor")
Private Offset Account No. *****7379

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Private Registered Setoff Bond,

**BE IT KNOWN THAT:**
This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;
The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;
By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **One Hundred Million and 00/100 United States Dollars ($100,000,000.00)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to: Jacob Joseph Lew, Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220. PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                                   PAYEE enter the amount due below

$ | | | | | | | | | | . | | |

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Sixth month in the year Two Thousand Thirteen.*

By: *Benton Tyler Thomas Hall*
Benton Tyler Thomas Hall, Surety/Underwriter
Exemption ID # *****7379
Non-domestic mail
in care of:3546 East Presidio Circle,
Mesa, Arizona, United States of America

# State of California

## Secretary of State

I, **Debra Bowen**, Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

Secretary of State

FILE #        137365742038

Document Number:  38203720005

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

BENTON T HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203720002
FILING NUMBER: 13-7365742038
FILING DATE: 06/18/2013 20:17
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** BENTON T HALL | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS 3546 EAST PRESIDIO CIRCLE | CITY MESA | STATE AZ | POSTAL CODE 85213 | COUNTRY USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID#, if any ***-**-7379 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | |

| 3b. INDIVIDUAL'S LAST NAME Hall | FIRST NAME Benton | MIDDLE NAME Tyler Thomas | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS 3546 East Presidio Circle, Mesa, Arizona | CITY | STATE | POSTAL CODE | COUNTRY ZZZ |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618


Value of Collateral: One Hundred Million and 00/100 Dollars---USD $100,000,000.00




**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT |
|---|

| 9a. ORGANIZATION'S NAME |
|---|
| BENTON T HALL |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | | | |

10. MISCELLANEOUS:

DOCUMENT NUMBER: 38203720002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names |
|---|

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

| 12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b) |
|---|

| | 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check *only* if applicable and check *only* one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check *only* if applicable and check *only* one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

Secretary of State

FILE #        1373657421

Document Number:  38203720005

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

480-444-8365

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BENTON T HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203720003
FILING NUMBER: 13-73657421
FILING DATE: 06/18/2013 20:19
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

13-7365742038

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | UNITED STATES TRESURY | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618

Value of Collateral: One Hundred Million and 00/100 Dollars---USD $100,000,000.00

9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| OR | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | Hall | Benton | Tyler Thomas | |

10. OPTIONAL FILER REFERENCE DATA

PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 13-7365742038 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME<br>Hall | FIRST NAME<br>Benton | MIDDLE NAME, SUFFIX<br>Tyler Thomas |

14 MISCELLANEOUS

DOCUMENT NUMBER: 38203720003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 14c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 15c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 16c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**17. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME<br>GEITHNER | FIRST NAME<br>TIMOTHY | MIDDLE NAME<br>F | SUFFIX |
| | 17c. MAILING ADDRESS<br>1500 PENNSYLVANIA AVENUE, N.W. | CITY<br>WASHINGTON | STATE<br>DC | POSTAL CODE<br>20220- | COUNTRY<br>USA |

**18. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

File#: GLH RP 0001                    QUIT CLAIM DEED

Agreement set forth this _11th_ day of _June_, 20 _13_, in the county of _Mem. Dade_ in the

state of _Florida_

Indenture is made between _Reyha Trust_ _Wallace Howell, Trustee_, of the city and state of _Mesa_

_Arizona_ who shall be identified as GRANTOR, and

_UNITED STATES OF AMERICA_ who is identified as the GRANTEE.

The GRANTOR, on behalf of partners, heirs or successors for and in consideration of the sum of

$_____ conveys and quit claims the current possession of the following property that bears the

legal description of :    All that piece, parcel, or lot of land, situate, lying and being in Laurens County, State
of South Carolina, being known and designated as on the Enoree River containing
117 acres, more or less being formerly bounded by lands of LW. Gray, Carrie Coker,
C.B. Redd, Jane Miller, and Enoree River, and now bounded on the North by the
Enoree River, the center of which is Spartanburg County, on the East by lands now
or formerly of Dorothy Lee Clayton and Rhonda Clayton, on the South by lands now
or formerly of Clyde Redd, on the West by lands now or formerly of David G. Coker,
and on the Northwest by lands now or formerly of Crescent Land and Timber
Company. Also, a right-of-way or easements of ingress and egress 20 feet in width
beginning at the southwestern most corner of the tract conveyed herewith and
extending across other property of grantors in a direct line to an existing gravel road
which leads to a public roadway this easement also includes the right of use the
existing dirt roadway above mentioned which leads to a public roadway

Less and except portions conveyed in Deed Book 210 Page 551, Book 214-Page 236,
Book 214 Page 370 and in Book 211 Page 829.

This being a portion the same property conveyed to grantors by Deed of James Redd,
recorded 08-16-71 in Book197, Page 239 in the RMC Office for Laurens County.
See also Deed Book516 Page 84 and Book 635 Page 291 for half interests to and
from said grantors.

This being the same property conveyed to Wallace Lindsey Howell, Director of
Kingdom Estate Trust, dated 10-18-2011, recorded 11-02-2011 in Book 1044, Page
185 in the RMC Office for Laurens County.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: _11 June 2013_

_[signature]_

**WITNESS OF OATH**                                **WITNESS OF OATH**

_Miami Dade_ County                               _____ County
_Florida_ Republic          ) affirmed and subscribed      _____ Republic          ) affirmed and subscribed
United States of America   )                        United States of America   )

Subscribed and affirmed to before me on this _11th_ day    Subscribed and affirmed to before me on this _11th_ day
of _June_, by _2013_ personally known to me.       of _June_, by _2013_ personally known to me.

(seal) _[signature]_                              (seal) _[signature]_ German Silvesto
_____                            German Silvesto
2250 N.W. 103rd                                    10505 SW 139 ct   Miami FL  33186

File#: GLHRP0002

QUIT CLAIM DEED

Agreement set forth this _11th_ day of _June_, 20_13_, in the county of _Miami Dade_ in the

state of _Florida_

Indenture is made between _Gordon Hall, Trustee_ _Berlin Trust_, of the city and state of _Mesa, Arizona_,

_____ who shall be identified as GRANTOR, and

_UNITED STATES OF AMERICA_ _____ who is identified as the GRANTEE.

The GRANTOR, on behalf of partners, heirs or successors for and in consideration of the sum of

$_____ conveys and quit claims the current possession of the following property that bears the

legal description of :

> All that piece, parcel, or lot of land, situate, lying and being in Laurens County, State of South Carolina, being known and designated as containing 11.45 acres, more or less, being more fully described in Plat Book A-417, Page 9 recorded in the RMC Office for Laurens County. Reference is hereby made to said plat for a more complete description of metes and bounds thereof.

> This being the same property conveyed to Mark A. Ritchie and Michelle A. Ritchie by deed of James R. Owings, Jr. and Rebecca R. Owings, dated 03-10-06, recorded 03-13-06 in Book 774, Page 257 in the RMC Office for Laurens County.

> This being the same property conveyed to Wallace Lindsey Howell, Director of Kingdom Estate Trust, dated 10-18-2011, recorded 11-02-2011 in Book 1044, Page 185 in the RMC Office for Laurens County.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: _11 June, 2013_

**WITNESS OF OATH**

_Miami Dade_ County )
_Florida_ Republic )  affirmed and subscribed
United States of America )

Subscribed and affirmed to before me on this _11th_ day
of _June_, by _2013_  personally known to me.

(seal) _Larry Jerome Williams_
_10505 UN 139 C.S_
_Miami, Florida 33186_

**WITNESS OF OATH**

_Miami Dade_ County )
_Florida_ Republic )  affirmed and subscribed
United States of America )

Subscribed and affirmed to before me on this _11th_ day
of _June_, by _2013_  personally known to me.

(seal) _German Silvestro_
_German Silvestro_
_0505 SW 139 ct_
_Miami, FL 33186_

File #: GLHPP0001

QUIT CLAIM

Agreement set forth this _11th_ day of _June_, 20_13_, in the county of _Miami Dade_ in the state of _Florida_

Indenture is made between _ROSLIN Trust_, of the city and state of _Mesa Arizona_ who shall be identified as GRANTOR, and

_UNITED STATES OF AMERICA_ who is identified as the GRANTEE.

The GRANTOR, on behalf of partners, heirs or successors for and in consideration of the sum of

$_____ conveys and quit claims the current possession of the following property that bears the legal description of :

1) Silver coin and bullion and cash equal to value of 55 one oz. gold coins (approximately $88,000)
2) 1,000 oz of silver coins (pre-1966 coins)
3) Titles and vehicles having a value of $30,000 or equal to foam machine
4) Title and vehicle of value of $2,700 for generator-welder
5) Title and vehicle known as 2008 Ford F350 having a value of $22,000 to replace 2008 Dodge having a market value of $18,000 (what it was sold for)
6) Sufficient value of seized assets to equal the amount of $105,000 to offset the $105,000 check made out to Gibwell MIssions Fleet

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _11 June 2013_

_[signature]_

**WITNESS OF OATH**

_Miami Dade_ County )
_Florida_ Republic ) affirmed and subscribed
United States of America )

Subscribed and affirmed to before me on this _11th_ day of _June_, by _2013_ personally known to me.

(seal) _Larry Jerome Williams_
_2250 N.W. 108 ST_
_Miami Fl_

**WITNESS OF OATH**

_Miami Dade_ County )
_Florida_ Republic ) affirmed and subscribed
United States of America )

Subscribed and affirmed to before me on this _11th_ day of _June_, by _2013_ personally known to me.

(seal) _German Silvestro_
_German Silvestro_
_10506 SW 139 Ct_
_MIAMI FL 33186_