IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

RECEIVED
USDC CLERK, GREENVILLE, SC
2013 AUG 12 P 1: 28

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> V. <br><br> GORDON L HALL <br><br> Defendant. | CASE NO. 6:13-cr-00170-JMC-1 |
| GORDON L HALL <br><br> Petitioner, <br><br> and <br><br> UNITED STATES OF AMERICA <br><br> Respondent. | NOTICE FILING OF CERTIFIED <br><br> RECORD OF ACCORD |

COMES NOW the Petitioner, GORDON L HALL, giving notice that the certified record of agreement, including but not limited to FINAL EXPRESSION OF AGREEMENT IN A RECORD between the Respondent, UNITED STATES OF AMERICA and Petitioner, GORDON L HALL, attached herewith and incorporated herein as Exhibit 1, is submitted herewith for placement/filing into the official record in Case #: 6:13-cr-00170-JMC-1, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, 300 East Washington Street, Greenville, South Carolina 29601, *nunc pro tunc* to 16 July 2013.

Respectfully submitted the 30th of July, 2013,

_____
Gordon LeRoy Hall, Trustee

_____
GORDON L HALL, Petitioner