IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>GORDON L HALL<br><br>Defendant. | CASE NO. 6:13-cr-00170-JMC-1<br><br><br>**PLEA IN DISCHARGE BY AFFIRMATION** |
| GORDON L HALL<br><br>Petitioner,<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | [Filed concurrently with an AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT IN SUPPORT OF PLEA IN DISCHARGE BY AFFIRMATION] |

The Defendant/Petitioner, GORDON L HALL, through the undersigned, gives notice of this PLEA IN DISCHARGE BY AFFIRMATION that the Defendant/Petitioner, GORDON L HALL, has previously satisfied and discharged the Plaintiff's/ Respondent's, UNITED STATES OF AMERICA's, claim in this instant case. The undersigned, under the undersigned's unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**WHEREFORE**, the Petitioner/Defendant, GORDON L HALL, moves that this Court:

1) Enforce the FINAL EXPRESSION OF AGREEMENT IN A RECORD (ECF # 44) issued to the UNITED STATES OF AMERICA, require complete compliance with the

FINAL EXPRESSION OF AGREEMENT IN A RECORD, direct the UNITED STATES OF AMERICA to obey the FINAL EXPRESSION OF AGREEMENT IN A RECORD served upon the UNITED STATES OF AMERICA, and order the UNITED STATES OF AMERICA's attendance and testimony and the production of the dismissal of the Defendant/Petitioner, GORDON L HALL, in Civil Case #: 8:12-cv-02078-JMC, Criminal Case #: 6:13-cr-00170-JMC-1, and including but not limited to all derivative actions derived from said Civil Case, release all assets seized from the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION other than the assets pursuant to said FINAL EXPRESSION OF AGREEMENT IN A RECORD required by the terms of the Tender (ECF # 42) and FINAL EXPRESSION OF AGREEMENT IN A RECORD before the Defendant/Petitioner, GORDON L HALL, or Gordon LeRoy Hall, Private Unenfranchised Individual, and to release the Defendant/Petitioner, GORDON L HALL, from confinement, at such time as may be fixed by the Court;

2) Enter a final judgment and enforcement order; and

3) Grant such other and further relief as is just and proper.

Respectfully submitted *nunc pro tunc* to 29 August 2013.

GORDON L HALL

By: /s/ Gordon LeRoy Hall
Gordon LeRoy Hall
Private Unenfranchised Individual