# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT IN SUPPORT OF PLEA IN DISCHARGE BY AFFIRMATION

The Affiant, Gordon LeRoy Hall, hereinafter, "Affiant," does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4. There is no evidence that Affiant is not a friend of THIS COURT, and Affiant believes none exists;

5. There is no evidence that the Defendant/Petitioner, GORDON L HALL, through the undersigned, has not previously satisfied and discharged the Plaintiff's/Respondent's, UNITED STATES OF AMERICA's, claim in this instant case, and Affiant believes none exists.

| | | |
|---|---|---|
| Maricopa County | ) | **Commercial Affirmation and Verification** |
| Arizona Republic | ) affirmed and subscribed: | |
| United States of America | ) | |

I, Gordon LeRoy Hall, Secured Party Creditor, under my unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed within the Republic for the United States of America in Maricopa County, Arizona Republic, this third day of the ninth month in the year of our Lord, two thousand thirteen.

In Witness Whereof, I have hereunto set my hand and seal.

_____
Gordon LeRoy Hall