RECEIVED
USDC CLERK, GREENVILLE, SC

2013 SEP 30 P 1:15

IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>-v.-<br><br>GORDON L HALL<br><br>BENTON T HALL<br><br>Defendants.<br><br>GORDON L HALL<br><br>BENTON T HALL<br><br>Petitioners,<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | CASE NO. 6:13-cr-00170-JMC<br><br><br><br><br><br><br><br>CERTIFICATE OF SERVICE |

I HEREBY CERTIFY that, on the 27th day of September, 2013, we did cause Ms. Yiwen Krus to furnish via USPS "Certificate of Mailing" (PS Form 3817) a true and correct copy of DEFENDANTS/PETITIONERS' CONDITIONAL ACCEPTANCE TO SUPERSEDING INDICTMENT (ECF # 48), for filing in this Court in the above matter, to UNITED STATES OF AMERICA, c/o William J Watkins, Jr, US Attorneys Office (Gville), 55 Beattie Place, Suite 700, Greenville, South Carolina 29601.

Please see CERTIFICATE OF SERVICE attached hereto.

Respectfully submitted the 27th of September, 2013,

GORDON L HALL

By: *Gordon LeRoy Hall*

Private Unenfranchised Individual

BENTON T HALL

By: *Benton Tyler Thames Hall*

Private Unenfranchised Individual

# CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned mailed to:

cc:  UNITED STATES OF AMERICA
     c/o William J Watkins, Jr
     US Attorneys Office (Gville)
     55 Beattie Place, Suite 700
     Greenville, South Carolina 29601

Serviced By: USPS "Certificate of Mailing" (PS Form 3817)

hereinafter, "Recipient," the documents and sundry papers pertaining to Case #: 6:13-cr-00170-JMC, as follows:

1) **DEFENDANTS/PETITIONERS' CONDITIONAL ACCEPTANCE TO SUPERSEDING INDICTMENT (ECF # 48),** dated twenty-seventh day of the ninth month in the year twenty thirteen nunc pro tunc to 9 July 2013 (3 leaves);
2) **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT IN SUPPORT OF DEFENDANTS/PETITIONERS' CONDITIONAL ACCEPTANCE TO SUPERSEDING INDICTMENT (ECF # 48),** dated 27 September 2013 (3 leaves); and
3) Reference copy of this **CERTIFICATE OF SERVICE,** dated 27 September 2013 (1 leaf).

These mailings contained a total of seven (7) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3817) as referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipient. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

_27 September 2013_
DATE

Yiwen Krus
3546 East Presidio Circle
Mesa, Arizona [85213]