IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>V.<br><br>GORDON L HALL<br><br>    Defendant.<br><br>GORDON L HALL<br><br>    Petitioner,<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | CASE NO. 6:13-cr-00170-JMC-1<br><br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter on the record the appearance of the undersigned, Private Unenfranchised Individual, Secured Party Creditor, and an Accommodation Party (having a priority interest in all collateral belonging to the Defendant, GORDON L HALL), on behalf of the Defendant, GORDON L HALL, in the above styled matter. The undersigned is not an attorney, and is not appearing in any capacity to represent the Defendant, GORDON L HALL, before this tribunal in any matter in controversy, but is instead appearing in the capacity of an Accommodation Party to resolve, setoff, and settle all matters herein in favor of the Plaintiff, UNITED STATES OF AMERICA, in accordance with Matthew 18:15-18 in which one is to settle all matters privately outside of public court in order to obtain any remedy other than prison for acting in contempt by argument.

Respectfully submitted this 7 October 2013 *nunc pro tunc* to 10 April 2013,

        GORDON L HALL

        By: *Gordon Leroy Hall*
        Private Unenfranchised Individual
        c/o Yiwen Krus
        295 North Rural Road, Unit 147
        Chandler, Arizona [85226]
        Phone: (480) 444-8365
        Lady.krus@gmail.com

## AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

## IN SUPPORT OF NOTICE OF APPEARANCE

The Affiant, Gordon LeRoy Hall, hereinafter, "Affiant," does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4. There is no evidence that Affiant is not a friend of THIS COURT, and Affiant believes none exists;

5. There is no evidence that the undersigned is an attorney, and is appearing in any capacity to represent the Defendant, GORDON L HALL, before this tribunal in any matter in controversy, but is not instead appearing in the capacity of an Accommodation Party to resolve, setoff, and settle all matters herein in favor of the Plaintiff, UNITED STATES OF AMERICA, in accordance with Matthew 18:15-18 in which one is to settle all matters privately outside of public court in order to obtain any remedy other than prison for acting in contempt by argument, and Affiant believes none exists.

| | | |
|---|---|---|
| Maricopa County | ) | **Commercial Affirmation and Verification** |
| Arizona Republic | ) affirmed and subscribed: | |
| United States of America | ) | |

I, Gordon LeRoy Hall, Private Unenfranchised Individual, under my unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed within the Republic for the United States of America in Maricopa County, Arizona Republic, this seventh day of the tenth month in the year of our Lord, two thousand thirteen.

In Witness Whereof, I have hereunto set my hand and seal.

*[signature: Gordon LeRoy Hall]*
Gordon LeRoy Hall
Private   Unenfranchised   Individual