IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>GORDON L HALL<br><br>Defendant. | CASE NO. 6:13-cr-00170-JMC-1<br><br>MOTION FOR EMERGENCY HEARING ON CERTIFIED PLEA AGREEMENT RECORD BY MUTUAL ASSENT FOR DISPOSITION OF CRIMINAL CASE AS IT RELATES TO GORDON L. HALL |

Comes now Gordon L. Hall, Defendant, to ask this Court for forgiveness for his acts and actions in the Hearing of December 10, 2013, in which Defendant was mistaken in having not provided the Certification of the RECORD in regard to the PLEA BARGAIN AGREEMENT dated November 25, 2013, the subject on which the December 10, 2013, hearing was based, thereby causing this Court to "spin its wheels" when substantive process for settlement should have been achieved.

Defendant now gives NOTICE that the certification of the RECORD of the Plea Agreement by Mutual Assent for disposition of this Criminal Case as it relates to GORDON L. HALL, DEFENDANT, is being filed contemporaneously with this Motion in this Court.

Defendant, Gordon L. Hall, now MOVES this honorable Court to set a time certain for an Emergency Hearing on the Certified Plea Agreement Record by Mutual Assent for Disposition of this Criminal Case as it relates to Defendant, GORDON L. HALL.

Defendant has requested on December 12th, 2013, that the Government by its agent, Mr. Watkins, consent to the filing of this Motion and Certified Plea Agreement Record by Mutual Assent. As of December 13th, 2013, at 5:00 p.m. EST, the time established for a written response

1

by email from the Government by its agent, Mr. Watkins; the Government by its agent, Mr. Watkins, has not objected to this Motion. An Affidavit is attached in support of this Motion.

Respectfully submitted this 13th day of December, 2013,

*[signature]*
GORDON L HALL

## AFFIDAVIT IN SUPPORT OF MOTION FOR EMERGENCY HEARING ON CERTIFIED PLEA AGREEMENT RECORD BY MUTUAL ASSENT FOR DISPOSITION OF CRIMINAL CASE AS IT RELATES TO GORDON L. HALL

The Affiant, Gordon LeRoy Hall, hereinafter, "Affiant," does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4. Affiant is a friend of THIS COURT;

5. Affiant asked this Court for forgiveness for Affiant's acts and actions in the Hearing of December 10, 2013, in which Affiant was mistaken in having not provided the Certification of the RECORD in regard to the PLEA BARGAIN AGREEMENT dated November 25, 2013, the subject on which the December 10, 2013, hearing was based, thereby causing this Court to "spin its wheels" when substantive process for settlement should have been achieved;

6. Affiant gave NOTICE that the certification of the RECORD of the Plea Agreement by Mutual Assent for disposition of this Criminal Case as it relates to Affiant is being filed contemporaneously with the Motion in this Court;

7. Affiant MOVED this honorable Court to set a time certain for an Emergency Hearing on the Certified Plea Agreement Record by Mutual Assent for disposition of this Criminal Case as it relates to Affiant;

8. Affiant has requested on December 12th, 2013, that the Government by its agent, Mr. Watkins, consent to the filing of the Motion and Certified Plea Agreement Record by Mutual Assent; and

9. As of December 13th, 2013, at 5:00 p.m. EST, the time established for a written response by email from the Government by its agent, Mr. Watkins; the Government by its agent, Mr. Watkins, has not objected to the Motion.

| | | |
|---|---|---|
| Maricopa County | ) | **Commercial Affirmation and Verification** |
| Arizona Republic | ) affirmed and subscribed: | |
| United States of America | ) | |

I, Gordon LeRoy Hall, Defendant, under my unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed within the Republic for the United States of America in Maricopa County, Arizona Republic, this thirteenth day of the twelfth month in the year of our Lord, two thousand thirteen.

In Witness Whereof, I have hereunto set my hand and seal.

*Gordon LeRoy Hall*
Gordon LeRoy Hall
Defendant