**IN THE DISTRICT OF THE UNITED STATES**

**FOR THE DISTRICT OF SOUTH CAROLINA**

RECEIVED
USDC CLERK, GREENVILLE. SC

**GREENVILLE DIVISION**

2013 DEC 17 A 11: 02

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>GORDON L HALL<br><br>Defendant. | CASE NO. 6:13-cr-00170-JMC-1<br><br>**NOTICE OF CERTIFIED PLEA AGREEMENT RECORD BY MUTUAL ASSENT** |

COMES NOW the Defendant, GORDON L HALL, giving NOTICE OF CERTIFIED PLEA AGREEMENT RECORD BY MUTUAL ASSENT. See COPY CERTIFICATION BY DOCUMENT CUSTODIAN, a copy attached hereto and incorporated herein as EXHIBIT 1, this 13th day of December 2013. Said Certified Plea Agreement Record by Mutual Assent is being filed under the authority of the Defendant and upon advance notice, see email attached hereto and incorporated herein as EXHIBIT 2, to the Prosecutor is filed without the Prosecutor's written objection.

Executed without the United States in Maricopa County, Arizona Republic, this thirteenth day of the twelfth month in the year of our Lord, two thousand and thirteen.

In Witness Whereof, I have hereunto set my hand and seal.

_____

GORDON L HALL, Defendant