IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>GORDON L HALL<br><br>Defendant. | CASE NO. 6:13-cr-00170-JMC-1<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant GORDON L HALL hereby respectfully requests that, in connection with its MOTION FOR EMERGENCY HEARING ON CERTIFIED PLEA AGREEMENT RECORD BY MUTUAL ASSENT FOR DISPOSITION OF CRIMINAL CASE AS IT RELATES TO GORDON L. HALL filed on 16 December 2013 and put in the mail on 13 December 2013 (ECF # 186), the Court take judicial notice of each of the documents listed below.

Under Rule 201(d) courts shall take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

For the reasons set forth above, Defendant respectfully request this Court to take judicial notice of each of the following documents:

Exhibit 1: CERTIFIED RECORD OF ACCORD (ECF # 82) between the Plaintiff, USA, and the Accommodation Party, Gordon LeRoy Hall; and

Exhibit 2: CERTIFIED PLEA AGREEMENT RECORD BY MUTUAL ASSENT (ECF # 192) between Defendant GORDON L HALL and the Government.

Dated: December 17, 2013

Respectfully submitted,

_____
GORDON L HALL, Defendant