# EXHIBIT 1

**IN THE DISTRICT OF THE UNITED STATES**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

RECEIVED
USDC CLERK, GREENVILLE, SC

2013 AUG 12 P 1: 28

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CASE NO. 6:13-cr-00170-JMC-1 |
| V. | |
| GORDON L HALL | |
| Defendant. | |
| GORDON L HALL | **NOTICE FILING OF CERTIFIED** |
| Petitioner, | **RECORD OF ACCORD** |
| and | |
| UNITED STATES OF AMERICA | |
| Respondent. | |

COMES NOW the Petitioner, GORDON L HALL, giving notice that the certified record of agreement, including but not limited to FINAL EXPRESSION OF AGREEMENT IN A RECORD between the Respondent, UNITED STATES OF AMERICA and Petitioner, GORDON L HALL, attached herewith and incorporated herein as Exhibit 1, is submitted herewith for placement/filing into the official record in Case #: 6:13-cr-00170-JMC-1, *USA vs. Hall et al,* IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, 300 East Washington Street, Greenville, South Carolina 29601, *nunc pro tunc* to 16 July 2013.

Respectfully submitted the 30th of July, 2013,

_____
Gordon LeRoy Hall, Trustee

_____
GORDON L HALL, Petitioner

# EXHIBIT 1

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of Arizona    )
                      ) Affirmed and Subscribed
County of Maricopa  )

I, Yiwen Krus, do certify that, on the 29th day of July, 2013, I personally made the attached copy

of:

1) NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT

   OFFER/TENDER, dated 20 June 2013 (64 leaves);

2) NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF

   AGREEMENT IN A RECORD", dated 5 July 2013 (8 leaves); and

3) NOTICE OF DEFAULT IN DISHONOR CONSENT TO JUDGMENT, dated 16 July

   2013 (7 leaves)

from the copies of these documents in my possession, and are true, exact, complete, and

unaltered copies.

 

Yiwen Krus
Custodian of Document
3546 East Presidio Circle
Mesa, Arizona [85213]

### JURAT

State of Arizona    )
                      )
County of Maricopa  )

Subscribed and affirmed before me this 30th day of July, 2013, by Yiwen Krus, proved to me on
the basis of satisfactory evidence to be the person who appeared before me.



(seal)

ALAIN FAJARDO
Notary Public - Arizona
Maricopa County
My Comm. Expires Aug 8, 2016

Notary Public

Petitioners:   Gordon LeRoy Hall &
Benton Tyler Thomas Hall,
Authorized Representatives of the
Trustees of ROYLIN TRUST
c/o Yiwen Krus, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# *NOTICE*

## FORGIVE US REQUEST AND
## AMENDED SETTLEMENT OFFER/TENDER

Date:   *nunc pro tunc* to 26 July 2012

Respondent:   UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

RE:   Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case

COMES NOW Gordon LeRoy Hall and Benton Tyler Thomas Hall, Authorized Representatives of the Trustees of ROYLIN TRUST, hereinafter, "Petitioners," are issuing this "NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER," hereinafter, "Offer/Tender," to:

UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

---

hereinafter, "Respondent."

The Petitioners request forgiveness for causing any inconvenience and offence to the Respondent by failing to seasonably respond and/or resolve the matter in Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION , hereinafter, "Civil Case," and in Criminal Case #: 6:13-cr-00170-JMC, USA v. Hall et al, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, hereinafter, "Criminal Case." Consequently, the Petitioners were remiss/at fault in the Petitioners' duties during the Civil Case and Criminal Case. The Petitioners understand that silence can only be equated with fraud where there is legal or moral duty to respond or an inquiry left unanswered would be intentionally misleading. The Petitioners should have worked with the Respondent to return the assets wrongfully acquired by Wallace Lindsey Howell and subsequently the Trustees of ROYLIN TRUST. For any inconvenience and offence the Petitioners have caused the Respondent, the Petitioners only have two words, "FORGIVE US."

As an amendment to the Petitioners' previous offer of NOTICE OF SETTLEMENT OFFER, dated *nunc pro tunc* to 20 December 2012, a copy attached hereto and incorporated herein as **EXHIBIT "A"**, the Petitioners are now tendering this Offer/Tender with the following:

A.  A PRIVATE REGISTERED SETOFF BOND, Bond Number GHCV20130618 from Gordon LeRoy Hall, in the amount of three million and 00/100 dollars ($3,000,000.00) and a PRIVATE REGISTERED SETOFF BOND, Bond Number BTHCV20130618 from Benton Tyler Thomas Hall, in the amount of three million and 00/100 dollars ($3,000,000.00) to satisfy:

1.  A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in the Indictment, that is, a minimum of approximately one million five hundred thousand and 00/100 dollars ($1,500,000.00) in United States currency, and all interests and proceeds traceable thereto.

B.  A PRIVATE REGISTERED SETOFF BOND, Bond Number GLHCR20130618, in the amount of one hundred million and 00/100 dollars ($100,000,000.00) from Gordon LeRoy Hall and a PRIVATE REGISTERED SETOFF BOND, Bond Number BTHCR20130618 from Benton Tyler Thomas Hall, in the amount of one hundred million and 00/100 dollars ($100,000,000.00) to satisfy:

1.  The Criminal Case for GORDON LEROY HALL and BENTON TYLER THOMAS HALL.

C.  A QUITCLAIM DEED, File #: GLHRP0001, of the real property to be returned:

881 Old Plantation Road
Fountain Inn, South Carolina 29644
Laurens County, South Carolina

NOTICE FORGIVE ME REQUEST AND AMENDED SETTLEMENT OFFER/TENDER                    Page 2 of 8

Titled in the Name of: Hall Gordon & Benton Directors of The Roylin Trust
TMS# 213-00-00-006

All that piece, parcel, or lot of land, situated, lying and being in Laurens County, State of South Carolina, being known and designated as on the Enoree River containing 117 acres, more or less being formerly bounded by lands of I.W. Gray, Carrie Coker, C.B. Redd, Jane Miller, and Enoree River, and now bounded on the North by the Enoree River, the center of which is Spartanburg County, on the East by lands now or formerly of Dorothy Lee Clayton and Rhonda Clayton, on the South by lands now or formerly of Clyde Redd, on the West by lands now or formerly of David G. Coker, and on the Northwest by lands now or formerly of Crescent Land and Timbers Company. Also, a right-of-way or easements of ingress and egress 20 feet in width beginning at the southwestern most corner of the tract conveyed herewith and extending across other property of grantors in a direct line to an existing gravel road which leads to a public roadway this easement also includes the right of use the existing dirt roadway above mentioned which leads to a public roadway.

Less and except portions conveyed in Deed Book 210 Page 551, Book 214 Page 236, Book 214 Page 370 and Book 211 Page 829.

This being a portion the same property conveyed to grantors by Deed of James Redd, recorded 08-16-71 in Book 197, Page 239 in the RMC Office for Laurens County. See also Deed Book 516 Page 84 and Book 635 Page 291 for half interests to and from said grantors.

This being the same property conveyed to Wallace Lindsey Howell, Director of Kingdom Estate Trust, dated 10-18-2011, recorded 11-02-2011 in Book 1044, Page 185 in the RMC Office for Laurens County.

D. A QUITCLAIM DEED, File #: GLHRP0002, of the real property to be returned:

Old Plantation Road, 11.45 acres
Fountain Inn, South Carolina 29644
Laurens County, South Carolina
Titled in the Name of: Hall Gordon & Benton Directors of The Roylin Trust
TMS# 214-00-00-039

All that piece, parcel, or lot of land, situate, lying and being in Laurens County, State of South Carolina, being known and designated as containing 11.45 acres, more or less, being more fully described in Plat Book A-417, Page 9 recorded in the RMC Office for Laurens County. Reference is hereby made to said plat for a more complete description of metes and bounds thereof.

This being the same property conveyed to Mark A. Ritchie and Michelle A. Ritchie by deed of James R. Owings, Jr. and Rebecca R. Owings, dated 03-10-06, recorded 03-13-06 in Book 774, Page 257 in the RMC Office for Laurens County.

This being the same property conveyed to Wallace Lindsey Howell, Director of Kingdom Estate Trust, dated 10-18-2011, recorded 11-02-2011 in Book 1044, Page 185 in the RMC Office for Laurens County.

E.  A QUITCLAIM, File #: GLHPP0001, for personal properties:

1.  Sufficient value of seized cash, silver coins, gold coins, and bullion from the items listed in Form FD-597 (Rec. 8-11-94), by the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION, Receipt of Property Seized, File # 346-PX-2716500, hereinafter, "Receipt of Property Seized," a copy attached hereto and incorporated herein as **EXHIBIT "B"**, to satisfy:

    a.  Fifty-five (55) one (1) ounce gold coins; and

    b.  One (1) one thousand (1,000) ounce bag of silver.

2.  Title to the 2008 Ford F350 (equal to the value of twenty-two thousand and 00/100 dollars ($22,000.00) wholesale,) to satisfy:

    a.  2008 Dodge Ram 2500 Quad Cab 4x4 (Sold for fifteen thousand and 00/100 dollars ($15,000.00) net proceeds)
        VIN: 3D7KS28A58G108624
        Previous Tag: South Carolina Tag/HQM-783
        Previously Registered to: Zuniga, Jose A.
        Current Tag: Arizona Tag/AZD-6645
        Currently Registered to: Ronald Anthony Baker

3.  Sufficient value of seized collateral, titles, or vehicles listed in Receipt of Property Seized to satisfy:

    a.  Generator and Welder Ranger (sold as one unit for two thousand seven hundred and 00/100 dollars ($2,700.00) net proceeds);

        Generator:
        Serial Number: X1CH38791
        Described as follows:
        YANMAR HYW-45T6 Diesel Generator Set; Serial #: X1CH38791, with water separator kit and filter kit.

        Welder Ranger 250 GXT with Electric Fuel Pump:
        Serial Number: U1120208940

    b.  2008 United Trailer
        VIN: 48BTE14238A097206
        Series/Model: U-714 TA 35-8.5; and

    c. Foam Machine
       Serial Number: A0354
       Described as follows:
       Coating Reactor H-XP3 Hydraulic Proportioner Package; 50 ft. heated hose, 10 ft. heated whip hose and Air-Purge, item code AP3404; Serial #A0354, with additional add-on accessories (a value of thirty thousand and 00/100 dollars ($30,000.00)).

4. Sufficient value of seized assets to equal the amount of one hundred five thousand and 00/100 dollars ($105,000.00) to offset the one hundred five thousand and 00/100 dollars ($105,000.00) check made out to Gibwell Missions Fleet.

When the Petitioners obtain bail or discharge the Petitioners shall cause, at the option or request of Respondent, other collateral to be exchanged for gold sufficient to be returned for like kind or cash in Federal Reserve Notes, and sufficient cash to be exchanged for the other assets or release of collateral held sufficient to satisfy the Respondent as full payment. If the Respondent feels this Offer/Tender is not sufficient as a complete and full return of the property requested please supply the Petitioners with instructions on how the Respondent would like the Petitioners to satisfy the Respondent. Should the Respondent fail to respond within fourteen (14) days of receipt of this Offer/Tender in writing that the Offer/Tender is not sufficient, then it shall be agreed and stipulated between the Respondent and the Petitioners that the Offer/Tender constitutes a full satisfaction, agreement, and stipulation of the Respondent's request and the Petitioners' intent to fully remedy both the Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case. The Petitioners make no excuse for any offense or inconvenience the Petitioners may have caused the Respondent. The Petitioners respectfully request the Respondent to accept the Petitioners' Offer/Tender to make the Petitioners' fault right. Again, for any inconveniences or offense the Petitioners have caused the Respondent, the Petitioners only have two words, "FORGIVE US."

Enclosed herewith are two (2) REQUEST REGARDING A STATEMENT OF ACCOUNTs, pursuant to Uniform Commercial Code §9-210 and its implementation in the State of South Carolina, requesting that the Respondent approve or correct the statement. If the Petitioners do not hear from the Respondent within fourteen (14) days from receipt of this Offer/Tender and the REQUEST REGARDING A STATEMENT OF ACCOUNTs that this Offer/Tender and REQUEST REGARDING A STATEMET OF ACCOUNTs is not sufficient as a complete and full return of the property requested, it shall be agreed between the Petitioners and the Respondent that the QUITCLAIM DEED, File #: GLHRP0001, QUITCLAIM DEED, File #: GLHRP0002, and QUITCLAIM, File #: GLHPP0001, enclosed herein are accepted as a satisfaction of any and all claims against the Petitioners of all

property requested from the Respondent and that the Civil Case and Criminal Case shall be dismissed as it relates to the Petitioners/Defendants in the Civil Case and Criminal Case. All other collateral taken by the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION in the Receipt of Property Seized or any other seizure from the Petitioners or other entities assumed connected with the Petitioners for collateral to discharge any of the obligations of the Petitioners in the Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case, excluding items specifically enumerated herein or subject to release as a return item collateral in Receipt of Property Seized,  shall be released/discharged forthwith to the Petitioners and a NOTICE OF DISCHARGE or a NOTICE OF RESCISSION by mailing certified copies of said instruments of the Civil Case and Criminal Case be sent to the Petitioners and the United States District Court, District of South Carolina (Greenville), Case #:6:13-cr-00170-JMC and Case #:8:12-cv-02078-JMC, 300 East Washington Street, Greenville, South Carolina 29601, as evidence of the Respondent's acceptance and/or approval of this Offer/Tender and the enclosed REQUEST REGARDING A STATEMENT OF ACCOUNTs. Thank you.

**_Respondent's acceptance of this Offer/Tender shall constitute relinquishment of any and all claims in both the Civil Case #: 8:12-cv-02078-JMC, In Re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc, in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION, United States District Court, District of South Carolina (Greenville), Case #:8:12-cv-02078-JMC, 300 East Washington Street, Greenville, South Carolina 29601, and Criminal Case #: 6:13-cr-00170-JMC, USA vs. Hall et al, in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, United States District Court, District of South Carolina (Greenville), Case #:6:13-Cr-00170-JMC, 300 East Washington Street, Greenville, South Carolina 29601, including but not limited to all derivative actions derived from said Civil Case, as it applies to Gordon LeRoy Hall, Benton Tyler Thomas Hall, the Trustees of ROYLIN TRUST, or ROYLIN TRUST._**

Yours truly,

Gordon LeRoy Hall

Benton Tyler Thomas Hall

ENCLOSURES:

1. **Original** **PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618**, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

2. **Reference copy** **UCC-1 FINANCING STATEMENT**, Document No. 38203150002, Filing No. 13-7365736435, dated 18 June 2013 (3 leaves);

3. **Reference copy** **UCC-3 FINANCING STATEMENT**, Document No. 38203150005, Filing No. 13-73657365, dated 18 June 2013 (3 leaves);

4. **Original** **PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618**, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

5. **Reference copy** **UCC-1 FINANCING STATEMENT**, Document No. 38203300003, Filing No. 13-7365741885, dated 18 June 2013 (3 leaves);

6. **Reference copy** **UCC-3 FINANCING STATEMENT**, Document No. 38203300004, Filing No. 13-73657419, dated 18 June 2013 (3 leaves);

7. **Original** **PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618**, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

8. **Reference copy** **UCC-1 FINANCING STATEMENT**, Document No. 38203120002, Filing No. 13-7365736172, dated 18 June 2013 (3 leaves);

9. **Reference copy** **UCC-3 FINANCING STATEMENT**, Document No. 38203120003, Filing No. 13-73657362, dated 18 June 2013 (3 leaves);

10. **Original** **PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618**, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

11. **Reference copy** **UCC-1 FINANCING STATEMENT**, Document No. 38203720002, Filing No. 13-7365742038, dated 18 June 2013 (3 leaves);

12. **Reference copy** **UCC-3 FINANCING STATEMENT**, Document No. 38203720003, Filing No. 13-73657421, dated 18 June 2013 (3 leaves);

13. **Original** **QUITCLAIM DEED,** File #: GLHRP0001, dated 11 June 2013 (1 leaf);

14. **Original** **QUITCLAIM DEED,** File #: GLHRP0002, dated 11 June 2013 (1 leaf);

15. **Original** **QUITCLAIM,** File #: GLHPP0001, dated 11 June 2013 (1 leaf);

16. **Original** REQUEST REGARDING A STATEMENT OF ACCOUNT, dated *nunc pro tunc* to 26 July 2012 (2 leaves);

17. **Original REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated *nunc pro tunc* to 26 July 2012 (2 leaves);

18. **EXHIBIT "A"** cover page (1 leaf);

19. **Reference copy NOTICE OF SETTLEMENT OFFER**, dated *nunc pro tunc* to 20 December 2012 (6 leaves);

20. **Reference copy PRIVATE REGISTERED SETOFF BOND NO. 2013020105**, dated February 1, 2013 (1 leaf);

21. **Reference copy REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated 20 December 2012 (1 leaf);

22. **Reference copy AFFIDAVIT OF SERVICE**, dated 1 February 2013 (1 leaf);

23. **EXHIBIT "B"** cover page (1 leaf);

24. **Reference copy** Form FD-597 (Rev. 8-11-94), **UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION**, Receipt for Property Seized, **File # 346-PX-2716500**, dated 14 March 2013 (7 leaves); and

25. **Reference copy CERTIFICATE OF SERVICE**, dated 20 June 2013 (3 leaves).

cc:   UNITED STATES OF AMERICA
      c/o William J Watkins, Jr
      US Attorney's Office (Gville)
      55 Beattie Place, Suite 700
      Greenville, South Carolina 29601

      Lewis, Psychologist
      Federal Detention Center Miami
      PO Box 019120
      Miami, Florida 33101

      Lewis Walter Tollison, III
      Tollison Law Firm
      24 Vardry Street, Suite 203
      Greenville, South Carolina 29601

      Eric H. Holder, Jr
      Attorney General
      950 Pennsylvania Avenue, NW
      Washington, DC 20530

      Kingdom Estate Trust
      Wallace Lindsey Howell, Director
      c/o Margaret A Chamberlain
      PO Box 10184
      Greenville, South Carolina 29603

      Wallace Lindsey Howell
      c/o Margaret A Chamberlain
      PO Box 10184
      Greenville, South Carolina 29603

      Lauren S Price
      Tollison Law Firm
      24 Vardry Street, Suite 203
      Greenville, South Carolina 29601

**All Serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

# PRIVATE REGISTERED SETOFF BOND

BOND NUMBER
GHCV20130618

**$3,000,000.00**

REGISTERED
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 38203150002
UCC FILING NO.: 13-7365736435

Pay to the Order of:  United States of America
& Eric H. Holder, Jr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Issue Date: *nunc pro tunc* to 26
July 2012

For Further Credit to:  United States District Court, District of South Carolina, Anderson/Greenwood Division, Case
Number 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc;*
[SSN: ***-**-8459]

By/On/Through:  Gordon LeRoy Hall, Surety ("Creditor")
Private Offset Account No. ****8459

**WHEREAS** only fiat money exists in circulation for the discharge of debts; and

**WHEREAS** this instrument is intended to constitute a Private Registered Setoff Bond.

**BE IT KNOWN THAT:**
This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;
The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes
of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account
holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of
the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-
existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract
and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;
By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally
and jointly, for any amount up to and including **Three Million and 00/100 United States Dollars ($3,000,000.00)** thereby honorably discharging
and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES.  The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to
the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to: Jacob Joseph Lew,
Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220.
PRIVATE OFFSET ACCOUNT.  The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day
thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally
accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees,
interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally)
attributed to the account holders and accounts above-noted.

AMOUNT DUE.                                PAYEE enter the amount due below

$ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ . ][ ][ ]

MATURITY.  Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond
remaining in full force and effect.  Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing
the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to
remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Sixth month in
the year Two Thousand Thirteen.*

By: _____ (seal)
Gordon Leroy Hall, Surety/Underwriter
Exemption ID # *****8459
Non-domestic mail
in care of 3546 East Presidio Circle,
Mesa, Arizona, United States of America

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,   I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

Secretary of State

FILE #        137365736435

Document Number:   38203150007

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| 480-444-8365 |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
|---|---|
| GORDON L HALL<br>3546 EAST PRESIDIO CIRCLE<br>MESA, AZ 85213<br>USA | DOCUMENT NUMBER: 38203150002<br>FILING NUMBER: 13-7365736435<br>FILING DATE: 06/18/2013 19:20<br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S LAST NAME<br>GORDON L HALL | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS<br>3546 EAST PRESIDIO CIRCLE | CITY<br>MESA | STATE<br>AZ | POSTAL CODE<br>85213 | COUNTRY<br>USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION<br>USA | 1g. ORGANIZATIONAL ID#, if any<br>***-**-8459 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S LAST NAME<br>Hall | FIRST NAME<br>Gordon | MIDDLE NAME<br>LeRoy | | SUFFIX |

| 3c. MAILING ADDRESS<br>3546 East Presidio Circle, Mesa, Arizona | CITY | STATE | POSTAL CODE | COUNTRY<br>ZZZ |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**
PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618

Value of Collateral: Three Million and 00/100 Dollars---USD $3,000,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618

FILING OFFICE COPY

Page 2
## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME
GORDON L HALL

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

DOCUMENT NUMBER: 38203150002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |  NONE |

**12.  ADDITIONAL SECURED PARTY'S or  ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

12a. ORGANIZATION'S NAME

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers  timber to be cut or  as-extracted collateral, or is filed as a  fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or  Trustee acting with respect to property held in trust or  Decedent's Estate

18. Check only if applicable and check only one box.
 Debtor is a TRANSMITTING UTILITY
 Filed in connection with a Manufactured-Home Transaction - effective 30 years
 Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,**  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_Debra Bowen_

Secretary of State

FILE #          1373657365

Document Number:  38203150007

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
GORDON L HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38200150005
FILING NUMBER: 13-73657365
FILING DATE: 06/18/2013 19:25
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
13-7365736435

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only **one** of these.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
|  |  |  |  |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| UNITED STATES TRESURY |  |  |  |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
|  |  |  |  |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
|  |  |  |  | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. GH20130618

Value of Collateral: Three Million and 00/100 Dollars---USD $3,000,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

OR

| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Hall | Gordon | LeRoy |  |

**10. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 13-7365736435 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME<br>Hall | FIRST NAME<br>Gordon | MIDDLE NAME, SUFFIX<br>LeRoy |

| 14 MISCELLANEOUS |
|---|
| DOCUMENT NUMBER: 38203150005<br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any ☐ NONE |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any ☐ NONE |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any ☐ NONE |

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME<br>GEITHNER | FIRST NAME<br>TIMOTHY | MIDDLE NAME<br>F | SUFFIX |
| 17c. MAILING ADDRESS<br>1500 PENNSYLVANIA AVENUE, N.W. | | CITY<br>WASHINGTON | STATE<br>DC | POSTAL CODE<br>20220- | COUNTRY<br>USA |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

# PRIVATE REGISTERED SETOFF BOND

**BOND NUMBER**
BTHCV20130618

## $3,000,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 3820330000 3
UCC FILING NO.: 13-7365741885

**Issue Date:** *nunc pro tunc* to 26
July 2012

Pay to the Order of:  UNITED STATES OF AMERICA
% Eric H. Holder, Jr. Attorney General
U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

For Further Credit to:  United States District Court, District of South Carolina, Anderson/Greenwood Division, Case
Number 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*;
[SSN. ***-**-7379]   .

By/On/Through:  Benton Tyler Thomas Hall, Surety ("Creditor")
Private Offset Account No. *****7379

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Private Registered Setoff Bond.

**BE IT KNOWN THAT:**
This Private Registered *Setoff* Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;
The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes
of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account
holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of
the Creditor.

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-
existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract
and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;
By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally
and jointly, for any amount up to and including **Three Million and 00/100 United States Dollars ($3,000,000.00)** thereby honorably discharging
and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES.  The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to
the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to: Jacob Joseph Lew,
Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220.
PRIVATE OFFSET ACCOUNT.  The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day
thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally
accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees,
interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally)
attributed to the account holders and accounts above-noted.

AMOUNT DUE.                          PAYEE enter the amount due below

$ 

MATURITY.  Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond
remaining in full force and effect.  Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing
the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to
remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Sixth month in
the year Two Thousand Thirteen.*

By: (seal)
Benton Tyler Thomas Hall, Surety/Underwriter
Exemption ID # *****7379
Non-domestic mail
in care of:3546 East Presidio Circle,
Mesa, Arizona, United States of America

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,   I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_____

*Debra Bowen*

Secretary of State

FILE #        137365741885

Document Number:   38203300006

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

480-444-8365

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BENTON T HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203300003
FILING NUMBER: 13-7365741885
FILING DATE: 06/18/2013 20:08
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| BENTON T HALL | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3546 EAST PRESIDIO CIRCLE | MESA | AZ | 85213 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID#, if any ***-**-7379  ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any  ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Hall | Benton | Tyler Thomas | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3546 East Presidio Circle, Mesa, Arizona | | | | ZZZ |

4. This FINANCING STATEMENT covers the following collateral:
PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618


Value of Collateral: Three Million and 00/100 Dollars---USD $3,000,000.00




5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

8. OPTIONAL FILER REFERENCE DATA
PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT |
|---|

| | 9a. ORGANIZATION'S NAME |
|---|---|
| | BENTON T HALL |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|

10. MISCELLANEOUS:

DOCUMENT NUMBER: 38203300003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names |
|---|

| OR | 11a. ORGANIZATION'S NAME |
|---|---|

| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | □ NONE |

| 12. □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b) |
|---|

| OR | 12a. ORGANIZATION'S NAME |
|---|---|

| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

13. This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a □ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

18. Check only if applicable and check only one box.
□ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction - effective 30 years
□ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,**  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_____

Secretary of State

FILE #         1373657419

Document Number:  38203300006

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

480-444-8365

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

┌─
BENTON T HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA
└─

DOCUMENT NUMBER: 38203300004
FILING NUMBER: 13-73657419
FILING DATE: 06/18/2013 20:10
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 13-7365741885 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| UNITED STATES TRESURY | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618

Value of Collateral: Three Million and 00/100 Dollars---USD $3,000,000.00

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Hall | Benton | Tyler Thomas | |

10. OPTIONAL FILER REFERENCE DATA

PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 13-7365741885 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | | | |
| | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | Hall | Benton | Tyler Thomas |

14 MISCELLANEOUS

DOCUMENT NUMBER: 38203300004
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any  ☐ NONE |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any  ☐ NONE |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any  ☐ NONE |

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | GEITHNER | TIMOTHY | F | |
| 17c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20220- | USA |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

# PRIVATE REGISTERED SETOFF BOND

**BOND NUMBER**
GLHCR20130618

## $100,000,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 38203120002
UCC FILING NO.: 13-7365736172

Pay to the Order of: UNITED STATES OF AMERICA
% Eric H. Holder, Jr, Attorney General
U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

*Issue Date: nunc pro tunc* to 26
July 2012

For Further Credit to: United States District Court, District of South Carolina, Greenville Division, Case Number: 6:13-cr-00170-JMC-1, USA vs. Hall et al; [SSN: ***-**-8459]

By/On/Through: Gordon LeRoy Hall, Surety ("Creditor")
Private Offset Account No. ****8459

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Private Registered Setoff Bond;

**BE IT KNOWN THAT:**
This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;
The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;
By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including One Hundred Million and 00/100 United States Dollars ($100,000,000.00) thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. THE PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation to: Jacob Joseph Lew, Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220. PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                    PAYEE enter the amount due below

$ | | | | | | | | | . | |

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Sixth month in the year Two Thousand Thirteen.*

By:     (seal)
Gordon Leroy Hall, Surety/Underwriter
Exemption ID # *****8459
Non-domestic mail
in care of:3546 East Presidio Circle,
Mesa, Arizona, United States of America

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,   I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_Debra Bowen_

Secretary of State

FILE #        137365736172

Document Number:   38203120006

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

GORDON L HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203120002
FILING NUMBER: 13-7365736172
FILING DATE: 06/18/2013 18:58
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME** | | | |
| | GORDON L HALL | | | |
| | **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 3546 EAST PRESIDIO CIRCLE | MESA | AZ | 85213 | USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** REGISTERED PERSON | **1f. JURISDICTION OF ORGANIZATION** USA | **1g. ORGANIZATIONAL ID#, if any** ***-**-8459 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | |
| | **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME** | | | |
| | **3b. INDIVIDUAL'S LAST NAME** Hall | **FIRST NAME** Gordon | **MIDDLE NAME** LeRoy | **SUFFIX** |

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 3546 East Presidio Circle, Mesa, Arizona | | | | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618

Value of Collateral: One Hundred Million and 00/100 Dollars---USD $100,000,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME |
|---|
| GORDON L HALL |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 38203120002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|
| | | | | |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME |
|---|
| |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check **only** if applicable and check **only** one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check **only** if applicable and check **only** one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_Debra Bowen_

Secretary of State

FILE #        1373657362

Document Number:  38203120006

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

GORDON L HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203120003
FILING NUMBER: 13-73657362
FILING DATE: 06/18/2013 19:02
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 13-7365736172 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.     ☐ DELETE name: Give record name to be deleted in item 6a or 6b.     ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. **CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | UNITED STATES TRESURY | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618

Value of Collateral: One Hundred Million and 00/100 Dollars---USD $100,000,000.00

9. **NAME OF SECURED PARTY of record AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | Hall | Gordon | LeRoy | |

10. **OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618

FILING OFFICE COPY

Page 2
## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| --- |
| 13-7365736172 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
| --- | --- | --- | --- |
| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | Hall | Gordon | LeRoy |

14 MISCELLANEOUS

DOCUMENT NUMBER: 38203120003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any  ☐NONE |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any  ☐NONE |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any  ☐NONE |

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | GEITHNER | TIMOTHY | F | |
| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

# PRIVATE REGISTERED SETOFF BOND

**BOND NUMBER**
BTHCR20130618

## $100,000,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 36907360002
UCC FILING NO.: 13-7351735297

Pay to the Order of: UNITED STATES OF AMERICA
¢ Eric H. Holder, Jr, Attorney General
U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**Issue Date:** *nunc pro tunc* 26 July
2012

For Further Credit to: United States District Court, District of South Carolina, Greenville Division, Case Number: 6:13-cr-00170-JMC-2, USA vs. Hall et al; [SSN. ***-**-7379]

By/On/Through: Benton Tyler Thomas Hall, Surety ("Creditor")
Private Offset Account No. *****7379

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Private Registered Setoff Bond,

**BE IT KNOWN THAT:**
This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;
The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts:

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;
By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **One Hundred Million and 00/100 United States Dollars ($100,000,000.00)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

**SATISFACTION OF LIABILITIES.** The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to: Jacob Joseph Lew, Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220.
**PRIVATE OFFSET ACCOUNT.** The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                                PAYEE enter the amount due below

$ [    |    |    |    |    |    | . |    |    ]

**MATURITY.** Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Sixth month in the year Two Thousand Thirteen.*

By: *Benton Tyler Thomas Hall*
Benton Tyler Thomas Hall, Surety/Underwriter
Exemption ID # *****7379
Non-domestic mail
in care of:3546 East Presidio Circle,
Mesa, Arizona, United States of America

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_Debra Bowen_

Secretary of State

FILE #      137365742038

Document Number:  38203720005

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

480-444-8365

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BENTON T HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203720002
FILING NUMBER: 13-7365742038
FILING DATE: 06/18/2013 20:17
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BENTON T HALL | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3546 EAST PRESIDIO CIRCLE | MESA | AZ | 85213 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID#, if any ***-**-7379 □ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any □ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Hall | Benton | Tyler Thomas | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3546 East Presidio Circle, Mesa, Arizona | | | | ZZZ |

4. This FINANCING STATEMENT covers the following collateral:

PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618

Value of Collateral: One Hundred Million and 00/100 Dollars---USD $100,000,000.00

5. ALT DESIGNATION: □ LESSEE/LESSOR  □ CONSIGNEE/CONSIGNOR  □ BAILEE/BAILOR  □ SELLER/BUYER  □ AG. LIEN  □ NON-UCC FILING

□ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)
[ADDITIONAL FEE]    [optional] □ All Debtors □ Debtor 1 □ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

BENTON T HALL

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 38203720002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any  ☐ NONE

**12.** ☐ **ADDITIONAL SECURED PARTY'S or** ☐ **ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

June 18, 2013

_____

_Debra Bowen_

Secretary of State

FILE #          1373657421

Document Number:  38203720005

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

480-444-8365

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

BENTON T HALL
3546 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 38203720003
FILING NUMBER: 13-73657421
FILING DATE: 06/18/2013 20:19
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| **1a. INITIAL FINANCING STATEMENT FILE #** | **1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 13-7365742038 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c |
|---|---|---|

**6. CURRENT RECORD INFORMATION:**

OR | **6a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|---|
| **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

OR | **7a. ORGANIZATION'S NAME** UNITED STATES TRESURY | | | |
|---|---|---|---|
| **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| **7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618

Value of Collateral: One Hundred Million and 00/100 Dollars---USD $100,000,000.00

**9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

OR | **a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
| Hall | Benton | Tyler Thomas | |

**10. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
13-7365742038

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | Hall | Benton | Tyler Thomas |

14 MISCELLANEOUS

DOCUMENT NUMBER: 38203720003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any  ☐ NONE |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any  ☐ NONE |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any  ☐ NONE |

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | GEITHNER | TIMOTHY | F | |
| 17c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20220- | USA |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

File#: GLH RP 0001                                    QUIT CLAIM DEED

Agreement set forth this _11_ day of _June_, 20_13_, in the county of_Miami Dade_ in the

state of _Florida_

Indenture is made between _Glendale Hill, Trustee Royha Trust_ of the city and state of _Mesa_

_Arizona_ who shall be identified as GRANTOR, and

_UNITED STATES OF AMERICA_ who is identified as the GRANTEE.

The GRANTOR, on behalf of partners, heirs or successors for and in consideration of the sum of

$_____ conveys and quit claims the current possession of the following property that bears the

legal description of:  All that piece, parcel, or lot of land, situate, lying and being in Laurens County, State
of South Carolina, being known and designated as on the Enoree River containing
117 acres, more or less being formerly bounded by lands of LW. Gray, Carrie Coker,
C.B. Redd, Jane Miller, and Enoree River, and now bounded on the North by the
Enoree River, the center of which is Spartanburg County, on the East by lands now
or formerly of Dorothy Lee Clayton and Rhonda Clayton, on the South by lands now
or formerly of Clyde Redd, on the West by lands now or formerly of David G. Coker,
and on the Northwest by lands now or formerly of Crescent Land and Timber
Company. Also, a right-of-way or easements of ingress and egress 20 feet in width
beginning at the southwestern most corner of the tract conveyed herewith and
extending across other property of grantors in a direct line to an existing gravel road
which leads to a public roadway this easement also includes the right of use the
existing dirt roadway above mentioned which leads to a public roadway

Less and except portions conveyed in Deed Book 210 Page 551, Book 214-Page 236,
Book 214 Page 370 and in Book 211 Page 829.

This being a portion the same property conveyed to grantors by Deed of James Redd,
recorded 08-16-71 in Book197, Page 239 in the RMC Office for Laurens County.
See also Deed Book516 Page 84 and Book 635 Page 291 for half interests to and
from said grantors.

This being the same property conveyed to Wallace Lindsey Howell, Director of
Kingdom Estate Trust, dated 10-18-2011, recorded 11-02-2011 in Book 1044, Page
185 in the RMC Office for Laurens County.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: _11 June 2013_

_signature_

**WITNESS OF OATH**

_Miami Dade_ County            )
_Florida_ Republic            ) affirmed and subscribed
United States of America  )

Subscribed and affirmed to before me on this _11th_ day
of _June_, by _2013_ personally known to me.

(seal) _signature_
_Mary Jeanne M____'s_
_2200 N.W. 103rd_

**WITNESS OF OATH**

_____County            )
_____Republic            ) affirmed and subscribed
United States of America  )

Subscribed and affirmed to before me on this _11th_ day
of _June_, by _2013_ personally known to me.

(seal) _GERMAN SILVESTO_
_GERMAN SILVESTO_
_10505 SW 139 Ct   MIAMI FL  33186_

File#: GLHRP0002

## QUIT CLAIM DEED

Agreement set forth this _11th_ day of _June_, 20_13_, in the county of _Miami Dade_ in the

state of _Florida_

Indenture is made between _Gordon Neil, Trustee Reylin Trust_, of the city and state of _Mesa, Arizona_,

_____ who shall be identified as GRANTOR, and

_United States of America_ who is identified as the GRANTEE.

The GRANTOR, on behalf of partners, heirs or successors for and in consideration of the sum of

$_____ conveys and quit claims the current possession of the following property that bears the

legal description of :   All that piece, parcel, or lot of land, situate, lying and being in Laurens County, State
of South Carolina, being known and designated as containing 11.45 acres, more or
less, being more fully described in Plat Book A-417, Page 9 recorded in the RMC
Office for Laurens County. Reference is hereby made to said plat for a more
complete description of metes and bounds thereof.

This being the same property conveyed to Mark A. Ritchie and Michelle A. Ritchie
by deed of James R. Owings, Jr. and Rebecca R. Owings, dated 03-10-06, recorded
03-13-06 in Book 774, Page 257 in the RMC Office for Laurens County.

This being the same property conveyed to Wallace Lindsey Howell, Director of
Kingdom Estate Trust, dated 10-18-2011, recorded 11-02-2011 in Book 1044, Page
185 in the RMC Office for Laurens County.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: _11 June, 2013_

| **WITNESS OF OATH** | **WITNESS OF OATH** |
|---|---|
| _Miami Dade_ County ) | _Miami Dade_ County ) |
| _Florida_ Republic ) affirmed and subscribed | _Florida_ Republic ) affirmed and subscribed |
| United States of America ) | United States of America ) |
| Subscribed and affirmed to before me on this _11_ day of _June_, by _2013_ personally known to me. | Subscribed and affirmed to before me on this _11th_ day of _June_, by _2013_ personally known to me. |
| (seal) _Larry Jerome Williams_ | (seal) _Gervao Silvestro_ |
| _10505 UN 139 ct_ | _Gervao Silvestro_ |
| _Miami, Florida 33186_ | _10505 SW 139 ct_ |
| | _Miami, FL 33186_ |

File #: GLHPPO001

QUIT CLAIM

Agreement set forth this 11' day of ___June___, 20 13, in the county of _Miami Dade_ in the state of _Florida_. Indenture is made between _Biedro_ Roslin Trust, of the city and state of _Mesa_ _Arizona_ who shall be identified as GRANTOR and _UNITED STATES OF AMERICA_ who is identified as the GRANTEE.

The GRANTOR, on behalf of partners, heirs or successors for and in consideration of the sum of

$_____ conveys and quit claims the current possession of the following property that bears the

legal description of :

1) Silver coin and bullion and cash equal to value of 55 one oz. gold coins (approimately $88,000)
2) 1,000 oz of silver coins (pre-1966 coins)
3) Titles and vehicles having a value of $30,000 or equal to foam machine
4) Title and vehicle of value of $2,700 for generator-welder
5) Title and vehicle known as 2008 Ford F350 having a value of $22,000 to replace 2008 Dodge having a market value of $18,000 (what it was sold for)
6) Sufficient value of seized assets to equal the amount of $105,000 to offset the $105,000 check made out to Gibwell MIssions Fleet

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: _11 June 2013_                         _[signature]_

| | |
|---|---|
| **WITNESS OF OATH** | **WITNESS OF OATH** |
| _Miami Dade_ County        ) | _Miami Dade_ County        ) |
| _Florida_ Republic        ) affirmed and subscribed | _Florida_ Republic        ) affirmed and subscribed |
| United States of America ) | United States of America ) |
| Subscribed and affirmed to before me on this _11'_ day | Subscribed and affirmed to before me on this _11'_ day |
| of _June_, by _2013_ personally known to me. | of _June_, by _2013_ personally known to me. |
| (seal) _[signature]_ | (seal) _German Silvestro_ |
| _Larry Jerome Williams_ | _German Silvestro_ |
| _2280 N. W. 103st_ | _10505 SW 138 Ct_ |
| _Miami, Fl_ | _Miami FL 33186_ |

**To:**   UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

**Serviced by: USPS Registered Mail No. RE 889 331 952 US**

**From:** Gordon LeRoy Hall and Benton Tyler Thomas Hall,
Authorized Representatives of the Trustees of ROYLIN TRUST
3546 East Presidio Circle
Mesa, Arizona [85213]

**RE:** **REQUEST REGARDING A STATEMENT OF ACCOUNT** for Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al,* IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION

---

### REQUEST REGARDING A STATEMENT OF ACCOUNT

**Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the State of South Carolina, this is a record authenticated by the debtor requesting that the respondent approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Respondent has fourteen (14) days to comply with this request and provide an authenticated record.**

### STATEMENT OF ACCOUNT

Date: ***nunc pro tunc* to 26 July 2012**

Creditor: **UNITED STATES OF AMERICA**

Debtors: **GORDON LEROY HALL and BENTON TYLER THOMAS HALL**

Case No.: **6:13-cr-00170-JMC**

Collateral: **GORDON LEROY HALL and BENTON TYLER THOMAS HALL**

Balance Due: **$0.00**

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**                          Page 1 of 2

I declare under penalty of perjury that the information above is true and correct.

-GORDON LEROY HALL

-BENTON TYLER THOMAS HALL

By: _____

Gordon LeRoy Hall, Authorized Representative


By: _____

Benton Tyler Thomas Hall, Authorized Representative

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**                    Page 2 of 2

**To:**   UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

**Serviced by: USPS Registered Mail No. RE 889 331 952 US**

**From:** Gordon LeRoy Hall and Benton Tyler Thomas Hall,
Authorized Representatives of the Trustees of ROYLIN TRUST
3546 East Presidio Circle
Mesa, Arizona [85213]

**RE:**   **REQUEST REGARDING A STATEMENT OF ACCOUNT** for Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc,* IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION

---

### REQUEST REGARDING A STATEMENT OF ACCOUNT

**Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the State of South Carolina, this is a record authenticated by the debtor requesting that the respondent approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Respondent has fourteen (14) days to comply with this request and provide an authenticated record.**

### STATEMENT OF ACCOUNT

Date: *nunc pro tunc* to 26 July 2012

Creditor: **UNITED STATES OF AMERICA**

Debtors: **GORDON LEROY HALL and BENTON TYLER THOMAS HALL**

Case No.: **8:12-cv-02078-JMC**

Collateral: **GORDON LEROY HALL and BENTON TYLER THOMAS HALL**

Balance Due: **$0.00**

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**                                        Page 1 of 2

I declare under penalty of perjury that the information above is true and correct.

-GORDON LEROY HALL

-BENTON TYLER THOMAS HALL

By: _____
Gordon LeRoy Hall, Authorized Representative

By: _____
Benton Tyler Thomas Hall, Authorized Representative

# EXHIBIT "A"

1. **NOTICE OF SETTLEMENT OFFER**, dated *nunc pro tunc* to 20 December 2012 (6 leaves);

2. **PRIVATE REGISTERED SETOFF BOND NO. 201302105**, dated February 1, 2013 (1 leaf);

3. **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated 20 December 2012 (1 leaf); and

4. **AFFIDAVIT OF SERVICE**, dated 1 February 2013 (1 leaf).



CASE NO. **PR-20130201-AJ-137**

**THIS IS A PRIVATE ADMINISTRATIVE PROCEEDING**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF SETTLEMENT OFFER

*nunc pro tunc* to 20 December 2012

| | |
|---|---|
| Trustee(s): | Benton Tyler Thomas Hall |
| | Gordon L. Hall |
| | ℅ Brighton-Nicole Jorgensen |
| | 10905 Yellowjacket Ridge |
| | Flagstaff, Arizona |
| | |
| Respondent(s): | BEATTIE B. ASHMORE, Receiver |
| | 650 East Washington Street |
| | Greenville, South Carolina 29601 |

RE:     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION, Civil Action Number 8:12-cv-02078-JMC; and Roylin Trust and Gordon L. Hall and Benton Tyler Thomas Hall.

WHEREAS:     A PETITION FOR A RULE TO SHOW CAUSE was Filed on December 17th, 2012, "WHY THE TRANSFER OF THE PROPERTY LOCATED AT 881 OLD PLANTATION ROAD, IN FOUNTAIN INN, SOUTH CAROLINA ("Property") SHOULD NOT BE SET ASIDE FOR:
1. FRAUDULENT TRANSFER- *VOID AB INITIO* FOR LACK OF CONSIDERATION, and;
2. FAILURE TO CORRECTLY AND PROPERLY NAME THE GRANTEE IN SUCH DEED PURPORTING TO CONVEY TITLE" (the "PETITION");

WHEREAS:     Neither Roylin Trust (the "TRUST"), nor Gordon L. Hall, nor Benton Tyler Thomas Hall (the "TRUSTEES), as an entity or in their individual capacities or in their capacity as Trustee(s) of the TRUST, have been associated with either RONNIE GENE WILSON or ATLANTIC BULLION & COIN, INC., (collectively, the "PRINCIPALS");

WHEREAS:     The TRUSTEES are not an "ATLANTIC BULLION, INC., Receivership Entity(ies)" having not received directly or having knowledge of the acts or activities of the PRINCIPALS leading to the PETITION;

WHEREAS:     The TRUSTEES, in their capacity as the TRUST and TRUSTEES thereof, take no position as to the well pled factual allegations set forth in the PETITION, and do not dispute said well pled factual allegations therein, while reserving all rights of claim(s), and;

WHEREAS:     The TRUSTEES have no intent to obstruct BEATTIE B. ASHMORE, Receiver or all agents, principals, assigns and/or successors thereof (collectively, the "RESPONDENTS") or this Court in it's PETITION in order to provide an equitable remedy to the RESPONDENTS and this Court;

**NOW THEREFORE:**

Notice is hereby given to the RESPONDENTS of this private settlement offer (this "OFFER") by the TRUSTEES, as the accommodation party for the TRUST, presented for the setoff, settlement, and closure of the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION, Civil Action Number 8:12-cv-02078-JMC as it relates to the TRUST and the TRUSTEES and all derivatives and underlying accounts/obligations thereof (collectively, the "ACCOUNTS"). This OFFER, dated 20 December 2012 (the "EFFECTIVE DATE"), with the instruments enclosed herewith and referenced herein (collectively, this "PRESENTMENT"), is being presented for the purposes of: (1) discharging all rights, titles, and interests of the RESPONDENTS in all property, registered and unregistered, held in the name of the TRUST and the TRUSTEES including but is not limited to the Property at 881 Old Plantation Road, Fountain Inn, South Carolina (the "COLLATERAL"); (2) discharging all debts, obligations, and liabilities of the TRUST and TRUSTEES derived from and/or related to the ACCOUNTS; and (3) informing the RESPONDENTS of the duties, obligations, liabilities, and restraints accrued by the receipt and acceptance of this PRESENTMENT and the terms and conditions set forth hereby.

**[THIS SPACE IS INTENTIONALLY LEFT BLANK]**

**I.   NOTICE TO SETOFF ACCOUNTS**

Enclosed herewith is a negotiable instrument, Private Registered Setoff Bond 2013020105 (the "TENDER"), tendered for the setoff, settlement, and closure of the ACCOUNTS. The payee designated by the TRUSTEES for the TENDER is BEATTIE B. ASHMORE (the "PAYEE"). The drawee designated by the TRUSTEES for the TENDER is Neal Steven Wolin, Secretary of the Treasury, and all agents, principals, assigns or successors thereof (collectively, the "DRAWEE") as the party authorized to handle foreign assets for the RESPONDENTS. The maker and issuer of the TENDER is the TRUSTEE Gordon L. Hall as the accommodation party for the TRUST for the benefit of the TRUST and the RESPONDENTS. The TENDER, as a bond, is an unconditional order for the DRAWEE to pay the PAYEE the sum of Seven-hundred Sixty-thousand and ⁰⁰/₁₀₀ ($760,000.00) United States Dollars (the "DRAFT AMOUNT") ordered and authorized by the TRUSTEE as the drawer for the TENDER.

The TRUSTEES hereby charge and inform the RESPONDENTS of the fiduciary duty accrued by the receipt and acceptance of the TENDER to adjust the balance of the ACCOUNTS to Zero and ⁰⁰/₁₀₀ ($0.00) United States Dollars to properly reflect the ledgering of the TENDER. The RESPONDENTS shall not refuse, return, or challenge the TENDER unless: (1) a Notice of Dishonor from the DRAWEE of the TENDER accompanies said refusal, return, or challenge; (2) a Certificate of Protest from the presenter of the TENDER for payment accompanies said refusal, return, or challenge; or (3) unless a defect in the TENDER is identified and verified by the RESPONDENTS and accompanies said refusal, return, or challenge. The TRUSTEES, the TRUST and the RESPONDENTS (collectively, the "PARTIES") stipulate that the RESPONDENTS failure to perform pursuant to the aforementioned terms is a breach of the RESPONDENTS fiduciary duty.

Enclosed herewith, and incorporated herein by this reference, is a Request Regarding a Statement of Account (the "ACCOUNT STATEMENT"), as a record authenticated by the TRUST, charging and informing the RESPONDENTS with the responsibility of approving or correcting the statement. The RESPONDENTS have Twenty (20) days to honor the terms of the ACCOUNT STATEMENT and provide an authenticated record.

If the ACCOUNT STATEMENT is not corrected by the RESPONDENTS within Twenty (20) days, then it shall be deemed accepted and approved as an accurate and correct statement of the ACCOUNTS. The RESPONDENTS' failure to respond within Twenty (20) days of the postmark of this PRESENTMENT shall cause the CLAIMANT to have executed a Certificate of Settlement Agreement, by the third party adjudicator, Brandon Alexander Adams (the "ADJUDICATOR"), of this administrative proceeding.

The Certificate of Settlement Agreement executed by the ADJUDICATOR, along with the record of this PRESENTMENT, shall comprise a record of the RESPONDENTS' acceptance of the terms and conditions of this PRESENTMENT, and as such shall constitute the *final expression in a record* of the private settlement agreement by and between the PARTIES (the "FINAL AGREEMENT").

**II.   NOTICE TO DISCHARGE COLLATERAL, TRUSTEES, & TRUST**

The FINAL AGREEMENT comprises the RESPONDENTS stipulation to: (1) the rescinding and/or the revoking of any and all liens, levies, deficiencies, garnishments, and distraint warrants (collectively, the "ENCUMBRANCES") on the COLLATERAL and/or the TRUST and/or the TRUSTEES; (2) the vacating/discharging of any and all judgments, orders, and decrees issued against the TRUST and/or the TRUSTEES and/or the COLLATERAL for the settlement of the ACCOUNTS (collectively, the "ORDERS"); (3) the dismissing/discharging of any and all actions initiated by/for the RESPONDENTS against the TRUST and/or the TRUSTEES and/or the COLLATERAL for the settlement of the ACCOUNTS (collectively, the "ACTIONS"); and (4) the discharging of any and all debts, obligations, and liabilities of the TRUST and/or the TRUSTEES and/or the COLLATERAL as it relates to the ACCOUNTS (the "LIABILITIES"), by executing, or causing to be executed, all Notice(s) of Rescission, Notice(s) of Revocation, Notice(s) of Discharge, Notice(s) of Satisfaction, Order(s) for Dismissal, Order(s) for Vacating, Release(s) of Lien(s)/ Levy(ies)/ Garnishment(s)/ Obligation(s)/ Liability(ies), and/or any and all instruments necessary for the discharging of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES and the setoff, settlement and closure of the ACCOUNTS.

The FINAL AGREEMENT shall charge the RESPONDENTS with giving notice of the discharge of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES to the TRUSTEES by providing certified copies of the discharges by mailing said certified copies to the TRUSTEES through the ADJUDICATOR at the location set forth in *Section V* of this OFFER.

**III.   NOTICE OF INTEREST**

Whereas, the FINAL AGREEMENT is executed by the actions of the PARTIES; and

Whereas, the FINAL AGREEMENT comprises the discharging of all rights, titles, and interests of the RESPONDENTS in the COLLATERAL, the TRUST, and the TRUSTEES; and

Whereas, the FINAL AGREEMENT comprises the discharging of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES; and

Whereas, the FINAL AGREEMENT comprises the setoff, settlement, and closure of the ACCOUNTS.

Now, therefore, upon the execution of the FINAL AGREEMENT, this is the actual and constructive notice of: (1) the TRUSTEES paramount security interest in the COLLATERAL; (2) the TRUSTEES exclusive right to possess the COLLATERAL; (3) the TRUSTEES lien on the TRUST and the ACCOUNTS; and (4) the value of the TRUSTEES claim in the COLLATERAL and the TRUSTEES lien on the TRUST and the ACCOUNTS is equal to the DRAFT AMOUNT.

### IV.  NOTICE TO CEASE AND DESIST

Pursuant to the FINAL AGREEMENT, the RESPONDENTS are hereby given notice to **CEASE AND DESIST** from any and all actions, litigations, and enforcements of any and all writs, judgments, decrees and/or orders, regarding the COLLATERAL, the TRUST, and the ACCOUNTS.

### V.  ADMINISTRATIVE PROCEEDING & AGENCY OF RECORD

This PRESENTMENT by the TRUSTEES to the RESPONDENTS constitutes the initiation of a private administrative proceeding between the PARTIES. The Agency of Record for this private administrative proceeding shall act as an adjudicator for the purposes of rendering any administrative determinations necessary pursuant to the terms and conditions set forth by this PRESENTMENT.

All correspondences, responses, notices, claims, and records regarding: the ACCOUNTS, the COLLATERAL, and the PARTIES, including but not limited to, this PRESENTMENT (collectively, the "ADMINISTRATIVE PROCEEDING") must reference the ADMINISTRATIVE PROCEEDING by the following Case Number: PR-20130201-AJ-137, and shall be presented through, or filed with the ADJUDICATOR, an independent third-party. The purpose for the ADMINISTRATIVE PROCEEDING is:

1.  To acquire an accurate and unbiased record, by a third-party whose business it is to keep such records, of the course of dealings, the course of performance, the usage of trade, and the exercise of ordinary care by and between the PARTIES;

2.  To administratively determine the status of the settlement of the ACCOUNTS;

3.  To administratively determine the rights, titles, and interests of the PARTIES with regards to the COLLATERAL;

4.  To administratively determine the duties, obligations, and liabilities accrued by the PARTIES;

5.  To administratively determine the execution of the FINAL AGREEMENT;

6.  To administratively determine the authorities, powers, rights, titles, and interests conveyed, granted, and acquired by and between the PARTIES;

7.  To administratively determine any violations of the law of the ADMINISTRATIVE PROCEEDING and private international law; and

8.  To acquire any administrative certifications, judgments, decrees, orders, and verdicts warranted by the merits of the ADMINISTRATIVE PROCEEDING.

The PARTIES hereby stipulate that the administrative determinations, certifications, judgments, decrees, orders, and verdicts issued as a result of the ADMINISTRATIVE PROCEEDING shall be binding upon the PARTIES.

The PARTIES hereby stipulate that the administrative determinations, certifications, judgments, decrees, orders, and verdicts issued as a result of the ADMINISTRATIVE PROCEEDING shall supersede any and all previous contracts and agreements between the PARTIES.

The ADMINISTRATIVE PROCEEDING is hereby being executed and governed under the common law, private international law and *lex mercatoria*.

All service of process, regarding the ADMINISTRATIVE PROCEEDING, must be made through, or recorded with, the ADJUDICATOR, by Registered or Certified Mail for appropriate certification, at the following location:

> **Brandon Alexander Adams**
> **℅ Court of International Claims**
> **2637 East Atlantic Boulevard, #24266**
> **Pompano Beach, Florida, United States of America**

Service in any other manner will be deemed defective on its face.

## VI.  STIPULATION AND DISHONOR

After Twenty (20) days, of the postmark of this PRESENTMENT, the ADJUDICATOR shall execute a Certificate of Settlement Agreement, certifying the FINAL AGREEMENT and the PARTIES' stipulation to the terms, conditions, and facts set forth by this PRESENTMENT.

The RESPONDENTS' shall honor the terms and conditions of this PRESENTMENT by the following performance:

1.  The RESPONDENTS' failure to provide a Notice of Dishonor from the drawee of the TENDER or to identify and verify, under penalty of perjury, a defect in the TENDER, shall constitute the RESPONDENTS' honorable agreement to the efficacy and sufficiency of the TENDER to setoff, settle, and close the ACCOUNTS and discharge the COLLATERAL, the TRUST, and the TRUSTEES; or

2.  The RESPONDENTS' act(s) of: (1) providing a Notice of Dishonor from the drawee of the TENDER; (2) providing a Certificate of Protest from the party making presentment of the TENDER for payment; or (3) providing a statement, executed under penalty of perjury, identifying and verifying a defect in the TENDER, shall constitute the RESPONDENTS' honorable contention of the efficacy and sufficiency of the TENDER to setoff the ACCOUNTS and discharge the COLLATERAL, the TRUST, and the TRUSTEES; or

3.  The RESPONDENTS' failure to correct the ACCOUNT STATEMENT and provide an authenticated record of said correction shall constitute the RESPONDENTS' honorable approval and acceptance of the aggregate amount of unpaid obligations for the ACCOUNTS is Zero and 00/100 ($0.00) United States Dollars; or

4.  The RESPONDENTS' act of correcting the ACCOUNT STATEMENT and act of providing an authenticated record of said correction shall constitute the RESPONDENTS' honorable non-acceptance of the aggregate amount of unpaid obligations for the ACCOUNTS is Zero and 00/100 ($0.00) United States Dollars and the honorable declaration and assertion of the aggregate amount of unpaid obligations for the ACCOUNTS being an amount other than Zero and 00/100 ($0.00) United States Dollars.

Pursuant to the FINAL AGREEMENT, the RESPONDENTS' shall dishonor the terms and conditions of this PRESENTMENT by the non-performance of the terms of honorable performance set forth above and by the following performance/non-performance:

1.  The RESPONDENTS' failure to rescind and/or revoke the ENCUMBRANCES shall constitute the RESPONDENTS' dishonor; or

2.  The RESPONDENTS' failure to vacate/discharge the ORDERS shall constitute the RESPONDENTS' dishonor; or

3.  The RESPONDENTS' failure to dismiss/discharge the ACTIONS shall constitute the RESPONDENTS' dishonor; or

4.  The RESPONDENTS' failure to discharge the LIABILITIES shall constitute the RESPONDENTS' dishonor; or

5.  The RESPONDENTS' failure to execute all Notice(s) of Rescission, Notice(s) of Revocation, Notice(s) of Discharge, Notice(s) of Satisfaction, Order(s) for Dismissal, Order(s) for Vacating, and/or any and all instruments necessary for the discharging of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES and the settlement and closure of the ACCOUNTS shall constitute the RESPONDENTS' dishonor.

The RESPONDENTS' dishonor shall constitute, and the execution of Certificate of Settlement Agreement by the ADJUDICATOR shall establish the following stipulations by the parties:

1.  The RESPONDENTS' stipulation and agreement that the FINAL AGREEMENT as the terms and conditions set forth by this OFFER constitutes the *final expression in a record* of the private settlement agreement by and between the PARTIES;

2.  The RESPONDENTS' stipulation and agreement that the ENCUMBRANCES, ORDERS, ACTIONS, and LIABILITIES shall be discharged pursuant to the FINAL AGREEMENT;

3.  The RESPONDENTS' stipulation to, and agreement with, the TRUSTEES claim of a paramount security interest in the COLLATERAL;

4.  The RESPONDENTS' stipulation to, and agreement with, the TRUSTEES claim of the exclusive right to the possession of the COLLATERAL;

5.  The RESPONDENTS' stipulation to, and agreement with, the TRUSTEES claim of the exclusive right to dispose of the COLLATERAL;

6.  The RESPONDENTS' stipulation to, and agreement with, the TRUSTEES liens against the ACCOUNTS and the TRUST;

7.  The RESPONDENTS' stipulation to, and agreement with, the value of the TRUSTEES liens are equivalent to the DRAFT AMOUNT;

8. The RESPONDENTS' inability and failure to state a claim upon which relief may be granted;

9. The RESPONDENTS' stipulation and agreement that any and all attempts by the RESPONDENTS to prejudice, hinder, obstruct, or impede the TRUSTEES claims are a violation of the law;

10. The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT, or any agents thereof, for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's paramount security interest in the COLLATERAL;

11. The RESPONDENTS' conveyance and granting of a specific power of attorney to the TRUSTEES for the execution of any instruments, communications, or correspondences, deemed necessary by the TRUSTEES, for the preservation of the TRUSTEES exclusive right to the possession and the disposition of the COLLATERAL;

12. The RESPONDENTS' admission and confession to committing the following tortious acts and crimes: Theft of Funds, Slander and Libel of the TRUST, Dishonor in Commerce, Fraud, Collusion, Racketeering, Conspiracy Tortuous interference in contractual relations, and Tortuous interference with prospective advantage;

13. The RESPONDENTS' admission and confession of a liability to the TRUSTEES with a value equivalent to the DRAFT AMOUNT (the "RESPONDENTS' LIABILITY");

14. The RESPONDENTS' acceptance of having any and all property, real and/or personal, registered and/or unregistered, secured as collateral for the RESPONDENTS' LIABILITY;

15. The RESPONDENTS' stipulation and agreement to being personally liable for any and all damages incurred by the TRUST or the TRUSTEES pursuant to any actions in breach of the terms of the FINAL AGREEMENT;

16. The RESPONDENTS' granting of *in personam* jurisdiction, *in rem* jurisdiction, and subject-matter jurisdiction to the Court of International Claims, and any adjudicator and/or tribunal of the International Adjudicators Association, including but not limited to the ADJUDICATOR; and

17. The RESPONDENTS' waiver of all limited liability protections and immunities afforded to the RESPONDENTS by all franchises, including, but not limited to, the STATE OF SOUTH CAROLINA, the DISTRICT OF COLUMBIA, and the UNITED STATES.

## VII. GENERAL PROVISIONS

The ADMINISTRATIVE PROCEEDING is hereby executed and governed by the following provisions:

1. The ADMINISTRATIVE PROCEEDING is hereby executed, governed, and construed under common law, private international law, and *lex mercatoria*.

2. The venue and jurisdiction of the ADMINISTRATIVE PROCEEDING is the unincorporated republic of the State of Florida.

3. The FINAL AGREEMENT constitutes the PARTIES waiver of all limited liability protections and immunities afforded by all franchises, including, but not limited to, the STATE OF SOUTH CAROLINA, the DISTRICT OF COLUMBIA, and the UNITED STATES.

4. Any disputes or issues raised by the PARTIES regarding the ADMINISTRATIVE PROCEEDING shall be presented to the ADJUDICATOR for resolution.

5. Upon the establishment of the FINAL AGREEMENT by the ADJUDICATOR's execution of the Certificate of Settlement Agreement, the PARTIES have the right to appeal any and all administrative determinations resulting from the ADMINISTRATIVE PROCEEDING by submitting said appeals to the administrative tribunal of the Court of International Claims and addressing said appeals to:

   **Administrative Tribunal for Appeals**
   **℅ Court of International Claims**
   **2637 East Atlantic Boulevard, #24266**
   **Pompano Beach, Florida, United States of America**

6. If one or more provisions of the FINAL AGREEMENT shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If one or more provisions of the FINAL AGREEMENT is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited.

7. The failure of any of the PARTIES to enforce one or more provisions of the FINAL AGREEMENT shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of the FINAL AGREEMENT. The TRUSTEES shall not be deemed to have waived rights under the FINAL AGREEMENT unless such waiver is given in writing and signed by the TRUSTEES. No delay or omission on the part of the TRUSTEES

in exercising a right shall operate as a waiver of such right or any other right. A waiver by the TRUSTEES of a provision of the FINAL AGREEMENT shall not prejudice or constitute a waiver of the TRUSTEES right otherwise to demand strict compliance with that provision or any other provision of the FINAL AGREEMENT.

8.   The FINAL AGREEMENT constitutes the entire understanding and agreement of the PARTIES as to the matters set forth in the ADMINISTRATIVE PROCEEDING. No alteration of or amendment to the FINAL AGREEMENT shall be effective unless expressed in writing and signed by both the TRUSTEES and the RESPONDENTS.

Executed in Maricopa county, within the unincorporated republic of the State of Arizona, within the unincorporated republic of the United States of America, this First day of the Second month in the year Two Thousand Thirteen. Witness our hands and seals.

By: _____
    Gordon L. Hall, TRUSTEE

By: _____
    Benton Tyler Thomas Hall, TRUSTEE

# PRIVATE REGISTERED SETOFF BOND

**BOND NUMBER**
2013020105

# $760,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 36415360003
UCC FILING NO.: 13-7347091196

Pay to the Order of: BEATTIE B. ASHMORE ("PAYEE")
650 East Washington Street
Greenville, South Carolina 29601

Issue Date: **February 1, 2013**

For Further Credit to: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD
DIVISION, Civil Action Number 8:12-cv-02078-JMC; and Roylin Trust and Gordon L. Hall and
Benton Tyler Thomas Hall.

By/On/Through: Gordon L. Hall, Surety ("Creditor")
Private Offset Account No. 552988459

WHEREAS only fiat money exists in circulation for the discharge of debts, and

WHEREAS this instrument is intended to constitute a Private Registered Setoff Bond,

BE IT KNOWN THAT:

This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including Seven Hundred Sixty Thousand and 00/100 United States Dollars ($760,000.00) thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Private Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to: Neal Steven Wolin, Secretary of the Treasury, or any successors or assigns thereof (the "Secretary"), at 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220.

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                                    PAYEE enter the amount due below

$ ⬚⬚⬚⬚⬚⬚⬚.⬚⬚

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this First day of the Second month in the year Two Thousand Thirteen.*

By: _____ (Seal)
Gordon L. Hall Surety/Underwriter
Exemption ID # 552988459
Non-domestic mail
in care of: Brighton-Nicole Jorgensen, 10905 Yellowjacket Ridge,
Flagstaff, Arizona, United States of America

**To:**    BEATTIE B. ASHMORE, Receiver
650 East Washington Street
Greenville, South Carolina 29601

**From:**    Benton Tyler Thomas Hall
Gordon L. Hall
℅ Brighton-Nicole Jorgensen
10905 Yellowjacket Ridge
Flagstaff, Arizona

**Re:**    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD
DIVISION, Civil Action Number 8:12-cv-02078-JMC; and Roylin Trust and Gordon L. Hall and Benton Tyler
Thomas Hall.

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
This is a record authenticated by the debtor requesting that the recipient approve or correct a statement indicating what the
debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably
identifying the transaction or relationship that is the subject of the request. Recipient has Twenty (20) days to comply with this
request and provide an authenticated record.

# STATEMENT OF ACCOUNT

**Date:**    20 December 2012

**Creditor:**    BEATTIE B. ASHMORE

**Debtor(s):**    Roylin Trust, Gordon L. Hall, and Benton Tyler Thomas Hall

**Account(s):**    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD
DIVISION, Civil Action Number 8:12-cv-02078-JMC; and Roylin Trust and Gordon L. Hall and Benton
Tyler Thomas Hall.

**Collateral:**    -All real and personal property, registered and unregistered, held in the name of Roylin Trust,
Gordon L. Hall, and Benton Tyler Thomas Hall; and

    -Real Property commonly known as 881 Old Plantation Road, Fountain Inn, South Carolina.

**Balance Due:**  **$0.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

Roylin Trust

*(signature)*

By: Gordon L. Hall as Trustee for ROYLIN TRUST

Gordon L. Hall

*(signature)*

Benton Tyler Thomas Hall

*(signature)*

REQUEST REGARDING A STATEMENT OF ACCOUNT        Page 1 of 1



# AFFIDAVIT OF SERVICE

Maricopa county    )
Arizona state     ) affirmed and subscribed:
United States of America  )

It is hereby certified, that on the date noted below, the undersigned mailed to:

  BEATTIE B. ASHMORE, Receiver
  650 East Washington Street
  Greenville, South Carolina 29601

  (Registered Mail No. _RE 261 099 894 US_____)

hereinafter, "Recipient(s)," the documents and sundry papers regarding _____CASE NO. PR-20130201-AJ-137_____ as follows:

1. **NOTICE OF SETTLEMENT OFFER**, dated 20 December 2012 [6 pages];

2. **PRIVATE REGISTERED SETOFF BOND**, Number 2013020105, dated 20 December 2012 [1 page];

3. **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated 1 February 2013 [1 page]; and

4. reference copy of this **AFFIDAVIT OF SERVICE** [1 page] (signed original on file),

a total of _____Nine (9)_____ pages,

by Registered Mail, under the Registered Mail number(s) given above, Return Receipt attached , by placing same in a postpaid envelope properly addressed to Recipient(s) at the said addresses and depositing same at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _February 1st, 2013_____.

          _Brighton-Nicole Jorgensen_   (seal)
          AFFIANT

          **Brighton-Nicole Jorgensen**
          % 10905 Yellowjacket Ridge, Flagstaff, Arizona

## JURAT

State of Arizona   )
         ) affirmed and subscribed
County of Maricopa )

Subscribed and sworn to (or affirmed) before me on this [ _1st_ ] day of _____February_____, ____2013____, by ___Brighton-Nicole Jorgensen___, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

              _____
              (Signature of notarial officer)

    **NICOLE PERRY**
    Notary Public - Arizona     Title/Rank: **Notary Public**
    Maricopa County
    My Comm. Expires Oct 6, 2016  Printed Name: _Nicole Perry_____

              Commission expires: _October 10, 2016_

# EXHIBIT "B"

1. Form **FD-597 (Rev. 8-11-94)**, **UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION**, Receipt for Property Seized, **File # 348-PX-2716500**, dated March 14, 2013 (7 leaves).

FD-597 (Rev 8-11-94)                                                                                  Page 1 of 7

### UNITED STATES DEPARTMENT OF JUSTICE FEDERAL
### BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

**File # 346-PX-2716500**

On (date)    3/14/2013                                          item(s) listed below were:
                                                               ☐ Received From
                                                               ☐ Returned To
                                                               ☐ Released To
                                                               ☒ Seized

(Name)            Gordon Hall

(Street Address)  3546 E. Presidio Circle

(City)            Mesa, AZ

Description of Item(s):

1 - mail and utility bills

2 - File cabinet with financial documents

3 - File cabinet with key and financial documents

4 - Black file cabinet with financial documents

5 - Acer Computer

6 - DVR model AV-08

7 - Time capsule SN: C86JLE27DM73

8 - DMPHL8W6DV6M - serial # iPad Alcatel S/N 6PALA3826B LG S/N 006CYV0537735 LG S/N
110CYXM0364658

9 - 3 Thumb drives total (1 HP, 2 Scandisk)

10 - Three thumb drives (1 Logitech, 2 unknown)

11 - Time Capsule serial # 6F9111XELUJ

12 - Kris Vector .45 ACP Serial # 45C009091

12A - Springfield XD40 empty mag

13 - KRIS Vector .45 ACP45C008839

13A - Springfield XD40 empty mag

14 - (81) 1 ounce silver colored Canadian coins

15 - Springfield armory XD.40 .40 handgun USA 437985

15A - 24 40 caliber winchester bullets

15B - Springfield armory 12 round magazine

16 - Money gram receipts

FD-597 (Rev 8-11-94)                                                          Page 2 of 7

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property  Received/Returned/Released/Seized

**File # 346-PX-2716500**

17 - Bank records, trusts, duplicate checks of Gordon Hall

17A - Blank checks for Gordon Hall and Ashley Hall

18 - Jewelry appraisal

19 - Living without the system CDs

20 - Mail to Gordon Hall, Bus. cards (2) warrant of payment

21 - BofA Bus. debit card 4635 8800 0473 0701

22 - Bank Notice of Account Activation-not collected

23 - Court docs

24 - CD

25 - N/A-skipped number, no item collected

26 - Receipt for cash 6/2011

27 - Notices of claim, notes regarding contract law

28 - Sealed envelope with memory card

29 - Two disks-not collected

30 - Money gram receipts

31 - Handwritten note

32 - Nikon Coolpix 26

33 - Kodak camera

34 - Apple power pack G4A1025

35 - Gateway computer CSXMMO1BRD02D330

36 - Notepad w/names and dates

37 - Wells Fargo bank transaction receipt, two express mail receipts to Jack Smith, yellow paper note from Jim to Shannon Ref taxes

38 - Apple iPhone S/N 88207T95A45

39 - Apple MacBook pro laptop, S/N W86321BNDG6

40 - Money (cash) $4,500

40A - One silver coin

41 - RGM Acquisitions LLC payment notice

42 - Letters from G Hall and a W-2 for S Hall

42A - S Hall unactivated credit cards

43 - 2 watches and one ring

44 - (192) 100 dollar bills, (11) 20 dollar bills

FD-597 (Rev 8-11-94)                                                          Page 3 of 7

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL
## BUREAU OF INVESTIGATION
### Receipt for Property · Received/Returned/Released/Seized

**File # 346-PX-2716500**

45 - Plea agreement W/Genevieve Walden case no. 1:11-02-644-L

46 - Notice of claim Jimmy Sesma affidavit case # 8:12-CV-02078-JMC

47 - Notepad, AZDRE licenses and mortgage set of booklet

48 - iMac computer QV02202QD4V

49 - Fin. docs, court docs, client info, cont. notes

49A - WF blank checks, chk # 3804 chk # 3970

50 - Iphone A1332

51 - Documents, redemption/financials

52 - Receipts/USPS certified mail receipts

53 - Notary/Trust stamps

54 - Envelopes w/redemption documents

55 - Envelopes w/redemption documents

56 - Notary logs, envelopes w/redemption documents

57 - Client files, bank records, tax

58 - Thumbdrives

59 - Client files, tax docs, business cards

60 - Client files, receipts, tax info

61 - Chase check photocopy

62 - Envelope with redemption documents

63 - Embossers/stamps

64 - CDs

65 - Client correspondence, files

66 - Gold Notary style stamp

67 - Client files, tax records

68 - Client files, tax docs

69 - Bank records, client files

70 - Legal docs, power of attorney, letters, receipts

71 - Blank checks

72 - Passport app., birth cert., stock docs, lease agreements

73 - Legal docs, address books, deeds, loan docs, statements

74 - Client records, tax argument, notes

FD-597 (Rev 8-11-94)                                                 Page 4 of 7

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL
## BUREAU OF INVESTIGATION
### Receipt for Property  Received/Returned/Released/Seized

**File # 346-PX-2716500**

75 - Thumbdrives

76 - Legal docs for clients - taxes

77 - Deposit tickets, receipts

77A - Compass checks (blank)

78 - Microcassette tapes

79 - Microcassette tapes

80 - BofA checks blank

81 - BofA debit card

82 - Titles, bank records, client files

83 - Certificate of trust

84 - Documents - UCC filings

85 - Documents - UCC filings, business docs

86 - Motorola XT912 IMEI 99000121874885-3

87 - Uniform commercial code binder

88 - Financial documents and notes

89 - Check # 0044989166 $1.125.00

90 - 1)Bank of America visa 4635880004995700
1.)Wells Fargo Visa 4342561027767797
1.)Wells Fargo Visa 4259071003866770
1.)Bank of America Visa 4744880089044018
1.)Wells Fargo Visa 4342561025004094

91 - Business cards for Benton

92 - Registered mail receipts

93 - Apple air port extreme, Not collected

94 - Financial documents

95 - Registered mail receipts

96 - Checkbook

97 - Financial documents

98 - Notebooks containing names and phone numbers of clients

99 - Voice recorder

100 - Legal research documents

101 - Financial documents/books - notes with financial check account balances

102 - Financial documents/notary documents for several cars

FD-597 (Rev 8-11-94)                                                                 Page 5 of 7

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL
## BUREAU OF INVESTIGATION
### Receipt for Property   Received/Returned/Released/Seized

**File # 346-PX-2716500**

103 - 2 thumbdrives

104 - Iomega external hard drive

105 - AR 15 Model no SD15 serial no 11081

106 - (1) .45 ACP magazine

106A - 8 rds .45 ACP

107 - Colt govt. model 45ACP s/n FR24271E

108 - (1) 9mm magazine

108A - 10 rds 9 mm

109 - Ruger P95DC 9mm pistol serial no. 311-68682

110 - (2) AR-15 magazines

110A - 30 rds .223 rem

111 - Silver colored coins and bar w/mailing box and one gold colored piece of metal

112 - Cell phone

113 - Sovereign citizen sign

114 - (2) 9mm magazines

114A - (26) 9mm rounds - ammunition

115 - Two (2) AR 15 magazines metal

115A - 36 .223 rounds

116 – N/A, Not collected

117 - (3) 45 ACP magazines

117A - 87 rounds 45 ACP ammo

118 - Cruzer micro 4GB flash drive

119 - Cricket Samsung cellular phone

120 - Pipe with possible drug residue

121 - Cricket cellular phone paper work

122 - Samsung cellular phone

123 - Propoganda

124 - Data CD

125 - Apple Macbook S/N W8032QYGD6

126 - Proof of purchase, receipts

126A - CDs

FD-597 (Rev 8-11-94)                                                                                                                Page 6 of 7

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL
# BUREAU OF INVESTIGATION
### Receipt for Property   Received/Returned/Released/Seized

File # 346-PX-2716500

127 - iPad receipt

128 - Journal biz cards, trust/legal docs

129 - Apple iPad serial # DN6G4CYADFB

130 - Pad of paper - yellow notepad with hand written notes

131 - Rolex watch

132 - Empty magazine

133 - Silver colored necklace, bracelet, charm, gold colored ring w/diamond like, gold colored ring w/red stone

134 - 1,998 quarters

135 - (75) half dollars, (50) quarters, (22) dimes, (1) nickel

136 - (3) silver colored bracelets

137 - (250) 1 oz silver colored coins

138 - (290) half dollars, (18) quarters, and shipping label

139 - (9) 1 oz silver colored coins, (243) half dollars, (100 ) quarters, (1,712) dimes

140 - (677) silver colored half dollars

141 - (2) 425 grams gold colored coins

142 - Pistol box for colt gov.

143 - Pistol case for springfield XD serial # XD164676

144 - Mail and correspondence, billing

145 - Mail and correspondence and bills

146 - Mailing receipts

147 - IRS docs and correspondence letter

148 - Letters and filing docs/Gordon

149 - Letters and filing docs/Gordon

150 - Letters and misc. filing docs/Gordon

151 - Box of letters from Gordon plus misc. filing docs

152 - Chase bank and bank of america bank statements and application

153 - 2011 tax documents - Hall and Court documents

154 - Training materials, bank records, biz cards, correspondence

155 - Seminar receipts for clients, seminar material

156 - Gordon Hall mail/correspondence laws docs

157 - Philosophy materials

FD-597 (Rev 8-11-94)                                                        Page 7 of 7

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property   Received/Returned/Released/Seized

File # 346-PX-2716500

158 - Slides - training materials

159 - 2011 expenses, notice of mistakes, client pamphlets

160 - Training materials - flip chart

161 - Confernce call with Leroy

162 - Letter from Curtis Morris and other docs

163 - Training material

164 - 2010-2011 court papers, bank records, how to papers

165 - Legal documents, correspondence, bank statements, home owners policy

166 - Business cards

167 - MBA financial gold card

168 - Documents - business associates

169 - Documents - notice of tender

170 - Thumbdrive

171 - Training materials, biz cards, bank correspondence, cassette tapes

172 - White board with list of names

Received By  _____          Received From  _SA Charles Skidse_

(signature)  _____          (signature)  _____

# CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned mailed the originals to:

UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

**Serviced by: USPS Registered Mail No. RE 889 331 952 US**

cc:  UNITED STATES OF AMERICA
    c/o William J Watkins, Jr
    US Attorney's Office (Gville)
    55 Beattie Place, Suite 700
    Greenville, South Carolina 29601

    Kingdom Estate Trust
    Wallace Lindsey Howell, Director
    c/o Margaret A Chamberlain
    PO Box 10184
    Greenville, South Carolina 29603

    Lewis, Psychologist
    Federal Detention Center Miami
    PO Box 019120
    Miami, Florida 33101

    Wallace Lindsey Howell
    c/o Margaret A Chamberlain
    PO Box 10184
    Greenville, South Carolina 29603

    Lewis Walter Tollison, III
    Tollison Law Firm
    24 Vardry Street, Suite 203
    Greenville, South Carolina 29601

    Lauren S Price
    Tollison Law Firm
    24 Vardry Street, Suite 203
    Greenville, South Carolina 29601

    Eric H. Holder, Jr
    Attorney General
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

**Serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter, "Recipients," the documents and sundry papers pertaining to a certain Recipients;

1. **NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER,** dated *nunc pro tunc* to 26 July 2012 (8 leaves);

2. **PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618**, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

---

**CERTIFICATE OF SERVICE**                                                      Page 1of 3

3. **UCC-1 FINANCING STATEMENT**, Document No. 38203150002, Filing No. 13-7365736435, dated 18 June 2013 (3 leaves);

4. **UCC-3 FINANCING STATEMENT**, Document No. 38203150005, Filing No. 13-73657365, dated 18 June 2013 (3 leaves);

5. **PRIVATE REGISTERED SETOFF BOND NO. BTHCV20130618**, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

6. **UCC-1 FINANCING STATEMENT**, Document No. 38203300003, Filing No. 13-7365741885, dated 18 June 2013 (3 leaves);

7. **UCC-3 FINANCING STATEMENT**, Document No. 38203300004, Filing No. 13-73657419, dated 18 June 2013 (3 leaves);

8. **PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618**, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

9. **UCC-1 FINANCING STATEMENT**, Document No. 38203120002, Filing No. 13-7365736172, dated 18 June 2013 (3 leaves);

10. **UCC-3 FINANCING STATEMENT**, Document No. 38203120003, Filing No. 13-73657362, dated 18 June 2013 (3 leaves);

11. **PRIVATE REGISTERED SETOFF BOND NO. BTHCR20130618**, dated *nunc pro tunc* to 26 July 2012 (1 leaf);

12. **UCC-1 FINANCING STATEMENT**, Document No. 38203720002, Filing No. 13-7365742038, dated 18 June 2013 (3 leaves);

13. **UCC-3 FINANCING STATEMENT**, Document No. 38203720003, Filing No. 13-73657421, dated 18 June 2013 (3 leaves);

14. **QUITCLAIM DEED**, File #: GLHRP0001, dated 11 June 2013 (1 leaf);

15. **QUITCLAIM DEED**, File #: GLHRP0002, dated 11 June 2013 (1 leaf);

16. **QUITCLAIM**, File #: GLHPP0001, dated 11 June 2013 (1 leaf);

17. **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated *nunc pro tunc* to 26 July 2012 (2 leaves);

18. **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated *nunc pro tunc* to 26 July 2012 (2 leaves);

**CERTIFICATE OF SERVICE**

Page 2 of 3

19. **EXHIBIT "A"** cover page (1 leaf);

20. **NOTICE OF SETTLEMENT OFFER**, dated *nunc pro tunc* to 20 December 2012 (6 leaves);

21. **PRIVATE REGISTERED SETOFF BOND NO. 2013020105**, dated February 1, 2013 (1 leaf);

22. **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated 20 December 2012 (1 leaf);

23. **AFFIDAVIT OF SERVICE**, dated 1 February 2013 (1 leaf);

24. **EXHIBIT "B"** cover page (1 leaf);

25. Form **FD-597 (Rev. 8-11-94), UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION**, Receipt for Property Seized, **File # 346-PX-2716500**, dated March 14, 2013 (7 leaves); and

26. Reference copy of **CERTIFICATE OF SERVICE**, dated 20 June 2013 (3 leaves).

These mailings contained a total of sixty-four (64) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3877) or USPS Registered Mail No. RE 889 331 952 US as referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

20 June 2013
_____
DATE

Yiwen Krus
3546 East Presidio Circle
Mesa, Arizona [85213]
Phone: 480-444-8365
Lady.Krus@gmail.com

Claimant:

        **Gordon LeRoy Hall**
        **Authorized Representative for the Trustee of ROYLIN TRUST**
        **c/o Yiwen Krus, Notary**
        **3546 East Presidio Circle**
        **Mesa, Arizona [85213]**
        **Non-Domestic without the United States**
        **Phone: (480) 444-8365**
        **Email: lady.krus@gmail.com**

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

NOTICE (2ᴺᴰ)

# NOTICE OF FAULT—OPPORTUNITY TO CURE

## "FINAL EXPRESSION OF AGREEMENT IN A RECORD"

Date:   *nunc pro tunc* to 9 August 2012

Respondent:

        **UNITED STATES OF AMERICA**
        **c/o Beattie B Ashmore**
        **Beattie B Ashmore Law Office**
        **650 East Washington Street**
        **Greenville, South Carolina 29601**

        **Serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

In Re:   Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC-1, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case

On the 20ᵗʰ day of June, 2013, *nunc pro tunc* to 26 July 2012, Gordon LeRoy Hall, hereinafter "Claimant," made an unconditional offer of money and performance to satisfy any debt or obligation in Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION, hereinafter, "Civil Case," and  in Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, hereinafter, "Criminal Case," by presentment of a

NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER, PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618, PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618, QUITCLAIM DEED File # GLHRP0001, QUITCLAIM DEED File # GLHRP0002, QUITCLAIM File # GLHPP0001, a REQUEST REGARDING A STATEMENT OF ACCOUNT for Civil Case #: 8:12-cv-02078-JMC, and a REQUEST REGARDING A STATEMENT OF ACCOUNT for Criminal Case #: 6-13-cr-00170-JMC, collectively referred to as the "Tender," a copy available upon request, sent to UNITED STATES OF AMERICA, c/o Beattie B Ashmore, Beattie B Ashmore Law Office, 650 East Washington Street, Greenville, South Carolina, 29601, hereinafter, "Respondent," via Registered Mail # RE 889 331 952 US and true and correct copies sent to UNITED STATES OF AMERICA, c/o William J Watkins, Jr, US Attorneys Office (Gville), 55 Beattie Place, Suite 700, Greenville, South Carolina 29601, Kingdom Estate Trust, Wallace Lindsey Howell, Director, c/o Margaret A Chamberlain, PO Box 10184, Greenville, South Carolina 29603, Wallace Lindsey Howell, c/o Margaret A Chamberlain, PO Box 10184, Greenville, South Carolina 29603, Lewis Walter Tollison, III, Tollison Law Firm, 24 Vardry Street, Suite 302, Greenville, South Carolina 29601, Lauren S Price, Tollison Law Firm, 24 Vardry Street, Suite 302, Greenville, South Carolina 29601, Eric H Holder, Jr, Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530, and Lewis, Psychologist, Federal Detention Center Miami, PO Box 019120, Miami, Florida 33101, via USPS "Certificate of Mailing" (PS Form 3877).

On the 20th day of June, 2013, *nunc pro tunc* to 26 July 2012, the presentment of the Tender is deemed received pursuant to the "Mailbox Rule."

As of the 5th day of July, 2013, *nunc pro tunc* to 9 August 2012, there is yet any response either in writing, emailed, or telephonically regarding the Claimant's Tender received either by Yiwen Krus, Notary, 3546 East Presidio Circle, Mesa, Arizona [85213], Non-domestic without the United States, Phone: 480-444-8365, Email: lady.krus@gmail.com, hereinafter, "Notary," or by the Claimant, as evidenced by the CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE, dated 5 July 2013, a copy which is attached hereto.

By the terms of the Tender, the Respondent's tacit acquiescence/fault to respond either in writing, email, or telephonically to the Claimant's Tender constitutes the Respondent's stipulation and agreement with the facts stated in the Tender, including, but not limited to, the dismissal of the Civil Case as it relates to the Claimant and dismissal of the Criminal Case as it relates to the Claimant.

**WHAT YOU SHOULD DO:** In the event that it was and is a MISTAKE, INADVERTENCE, or OVERSIGHT that the Respondent's tacit acquiescence to the Claimant's Tender was and is not what the Respondent intend as a FINAL EXPRESSION OF AGREEMENT IN A RECORD, resulting in dismissal of the Civil Case as it relates to the Claimant and dismissal of the Criminal Case as it relates to the Claimant, the Claimant grants the Respondent ten (10) calendar days, exclusive of the day of receipt, to cure the fault and effect the remedy. If additional time is needed to respond in writing to the Notary or by email to lady.krus@gmail.com, simply request an extension of time and it shall be granted. The Respondent's failure to respond, as outlined herein, within ten (10) days, exclusive of the day of receipt, to cure the fault and effect the remedy of this NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD," hereinafter, "Notice," constitutes default. Non-response is a Self-Executing Confession of Judgment by the Respondent and constitutes complete agreement with all the statements, terms, and conditions of the Tender.

**IF YOU DO NOT:** Failure to cure shall constitute, as an Operation of Law, the FINAL admission of the facts set forth in the Tender through tacit acquiescence to the Tender and this Notice, and the whole matter shall be deemed *res judicata* and *stare decisis*.

Any defenses to the Tender, in writing or emailed to the below address, the UNITED STATES OF AMERICA desires to make in opposition to the Tender shall be made in this written response and shall be

supported by appropriate affidavits. Within five (5) days of service of any written response filed by the UNITED STATES OF AMERICA, the aggrieved party Defendant may file an optional reply. Only those issues raised by motion or brought into controversy by the UNITED STATES OF AMERICA response pleading shall be considered by the Court, and any uncontested allegations in the Tender shall be deemed admitted.

> Gordon LeRoy Hall
> Authorized Representative for the Trustee of ROYLIN TRUST
> c/o Yiwen Krus, Notary
> 3546 East Presidio Circle
> Mesa, Arizona [85213]
> Non-domestic without the United States
> Phone: 480-444-8365
> Email: lady.krus@gmail.com

_____
Gordon LeRoy Hall, Authorized Representative

cc:     UNITED STATES OF AMERICA        Kingdom Estate Trust
        c/o William J Watkins, Jr       Wallace Lindsey Howell, Director
        US Attorney's Office (Gville)    c/o Margaret A Chamberlain
        55 Beattie Place, Suite 700      PO Box 10184
        Greenville, South Carolina 29601  Greenville, South Carolina 29603

        Wallace Lindsey Howell           Lewis Walter Tollison, III
        c/o Margaret A Chamberlain       Tollison Law Firm
        PO Box 10184                     24 Vardry Street, Suite 203
        Greenville, South Carolina 29603  Greenville, South Carolina 29601

        Lauren S Price                   Eric H. Holder
        Tollison Law Firm                Attorney General
        24 Vardry Street, Suite 203      950 Pennsylvania Avenue, NW
        Greenville, South Carolina 29601  Washington, DC 20530

        Lewis, Psychologist
        Federal Detention Center Miami
        PO Box 019120
        Miami, Florida 33101

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

    Enclosures:

1.  **NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD"**, dated *nunc pro tunc* to 9 August 2012 (3 leaves);
2.  **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT IN SUPPORT OF CLAIM**, dated 5 July 2013 (2 leaves);
3.  **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE**, dated 5 July 2013 (1 leaf); and
4.  Reference copy of **CERTIFICATE OF SERVICE**, dated 5 July 2013 (2 leaves).

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

# IN SUPPORT OF CLAIM

The Claimant Affiant, Gordon LeRoy Hall, hereinafter, "Affiant," does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4. There is no evidence that Affiant is not a friend of THIS COURT, and Affiant believes none exists;

5. There is no evidence that on the 20th day of June, 2013, *nunc pro tunc* to 26 July 2012, Gordon LeRoy Hall, hereinafter "Claimant", did not make an unconditional offer of money and performance to satisfy any debt or obligation in Civil Case#: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc,* IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION, hereinafter, "Civil Case," and Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al,* IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, hereinafter, "Criminal Case," by presentment of a NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER, PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618, PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618, QUITCLAIM DEED File # GLHRP0001, QUITCLAIM DEED File # GLHRP0002, QUITCLAIM File # GLHPP0001, a REQUEST REGARDING A STATEMENT OF ACCOUNT for Civil Case #: 8:12-cv-02078-JMC, and a REQUEST REGARDING A STATEMENT OF ACCOUNT for Criminal Case #: 6-13-cr-00170-JMC, collectively referred to as the "Tender," a copy available upon request, sent to UNITED STATES OF AMERICA, c/o Beattie B Ashmore, Beattie B Ashmore Law Office, 650 East Washington Street, Greenville, South Carolina, 29601, hereinafter, "Respondent," via Registered Mail # RE 889 331 952 US and true and correct copies sent to UNITED STATES OF AMERICA, c/o William J Watkins, Jr, US Attorney's Office (Gville), 55 Beattie Place, Suite 700, Greenville, South Carolina 29601, Kingdom Estate Trust, Wallace Lindsey Howell, Director, c/o Margaret A Chamberlain, PO Box 10184, Greenville, South Carolina 29603, Wallace Lindsey Howell, c/o Margaret A Chamberlain, PO Box 10184, Greenville, South Carolina 29603, Lewis Walter Tollision, III, Tollison Law Firm, 24 Vardry Street, Suite 302, Greenville, South Carolina 29601, Lauren S Price, Tollison Law Firm, 24 Vardry Street, Suite 302, Greenville, South Carolina 29601, Eric H. Holder, Jr, Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530, and Lewis, Psychologist, Federal Detention Center Miami, PO Box 019120, Miami, Florida 33101 via USPS "Certificate of Mailing" (PS Form 3877), and Affiant believes none exists;

6. There is no evidence that on the 20th day of June, 2013, *nunc pro tunc* to 26 July 2012, the presentment of the Tender is not deemed received pursuant to the "Mailbox Rule," and Affiant believes none exists;

7. There is no evidence that as of the 5th day of July, 2013, *nunc pro tunc* to 9 August 2012, there is yet any response either in writing, emailed, or telephonically regarding the Claimant's Tender received either by Yiwen Krus, Notary, 3546 East Presidio Circle, Mesa, Arizona [85213], Non-domestic without the United States, Phone: 480-444-8365, Email: lady.krus@gmail.com, hereinafter, "Notary," or the Claimant, as evidenced by the CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE, dated 5 July 2013, a copy which is attached hereto, and Affiant believes none exists;

8. There is no evidence that by the terms of the Tender, the Respondent's tacit acquiescence/fault to respond either in writing, email, or telephonically to the Claimant's Tender does not constitute the Respondent's stipulation and agreement with the facts stated in the Tender, including, but not limited to, the dismissal of the Civil Case as it relates to the Claimant and dismissal of the Criminal Case as it relates to the Claimant, and Affiant believes none exists;

9. There is no evidence that the Claimant does not grant the Respondent ten (10) calendar days, exclusive of the day of receipt, to cure the fault and effect the remedy in the event that it was and is a MISTAKE, INADVERTENCE, or OVERSIGHT that the Respondent's tacit acquiescence to the Claimant's Tender was and is not what the Respondent intend as a FINAL EXPRESSION OF AGREEMENT IN A RECORD,

resulting in dismissal of the Civil Case as it relates to the Claimant and dismissal of the Criminal Case as it relates to the Claimant, and Affiant believes none exists;

10. There is no evidence that if additional time is needed to respond in writing to the Notary or by email to lady.krus@gmail.com, that the request of an extension of time will not be granted, and Affiant believes none exists;

11. There is no evidence that the Respondent's failure to respond, as outlined herein, within ten (10) days, exclusive of the day of receipt, to cure the fault and effect the remedy of this NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD," hereinafter, "Notice," does not constitute default, and Affiant believes none exists;

12. There is no evidence that non-response is not a Self-Executing Confession of Judgment by the Respondent and does not constitute complete agreement with all the statements, terms, and conditions of the Tender, and Affiant believes none exists;

13. There is no evidence that, failure to cure shall not constitute, as an Operation of Law, the FINAL admission of the facts set forth in the Tender through tacit acquiescence to the Tender and this Notice, and the whole matter shall not be deemed *res judicata* and *stare decisis*, and Affiant believes none exists;

14. There is no evidence that any defenses to the Tender in writing to Gordon LeRoy Hall, Authorized Representative for the Trustee of ROYLIN TRUST, c/o Yiwen Krus, Notary, 3546 East Presidio Circle, Mesa, Arizona [85213], Non-domestic without the United States, Phone: 480-444-8365, Email: lady.krus@gmail.com, the UNITED STATES OF AMERICA desires to make in opposition to the Tender shall not be made in this written response and shall not be supported by appropriate affidavits, and Affiant believes none exists;

15. There is no evidence that within five (5) days of service of any written response filed by the UNITED STATES OF AMERICA, the aggrieved party Defendant may not file an optional reply, and Affiant believes none exists;

16. There is no evidence that only those issues raised by motion or brought into controversy by the UNITED STATES OF AMERICA response pleading shall not be considered by the Court, and any uncontested allegations in the Tender shall not be deemed admitted, and Affiant believes none exists; and

17. There is no evidence that, the Respondent is not in a condition of default in the Respondent's duties to respond, and Affiant believes none exists.

| | | |
|---|---|---|
| Maricopa county | ) | **Commercial Affirmation and Verification** |
| Arizona Republic | ) affirmed and subscribed: | |
| United States of America | ) | |

I, Gordon LeRoy Hall, Secured Party Creditor, under my unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed within the Republic for the United States of America in Maricopa county, Arizona Republic, this fifth day of the seventh month in the year of our Lord, two thousand thirteen.

In Witness Whereof, I have hereunto set my hand and seal.

_____
Gordon LeRoy Hall
Accommodation Party for GORDON L HALL

**AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT IN SUPPORT OF CLAIM**                    Page 2 of 2

## CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

Arizona Republic          )
Maricopa County          ) affirmed and subscribed:
Without the United States )

PRESENTMENT: Be it known, that, the person signing below, a duly empowered Notary, at the request of <u>Gordon LeRoy Hall</u>, in care of <u>Yiwen Krus, Notary</u>, at <u>3546 East Presidio Circle, Mesa, Arizona [85213], Non-Domestic without the United States</u>, did duly present on <u>20 June 2013</u> a <u>NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER, a REQUEST REGARDING A STATEMENT OF ACCOUNT for Civil Case #: 8:12-cv-02078-JMC, and a REQUEST REGARDING A STATEMENT OF ACCOUNT for Criminal Case #: 6:13-cr-00170-JMC</u> dated <u>nunc pro tunc to 26 July 2012</u>, hereinafter, "<u>Presentment</u>," regarding <u>Civil Case #: 8:12-cv-02078-JMC, In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC, USA vs. Hall et al, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case,</u> on behalf of <u>GORDON L HALL</u>, sent via <u>USPS Registered Mail No. RE 889 331 952 US</u>, as evidenced in the <u>CERTIFICATE OF SERVICE on the last two leaves of the Presentment</u>, issued to

> UNITED STATES OF AMERICA
> c/o Beattie B Ashmore, Receiver
> Beattie B Ashmore Law Office
> 650 East Washington Street
> Greenville, South Carolina 29601
> Respondent

signed by Gordon LeRoy Hall, requesting <u>a REQUEST REGARDING A STATEMENT OF ACCOUNT for Civil Case #: 8:12-cv-02078-JMC and Criminal Case #: 6:13-cr-00170-JMC for GORDON L HALL</u>, the time limit having elapsed for a timely response thereof, which was and is dishonored by <u>UNITED STATES OF AMERICA, c/o Beattie B Ashmore, Receiver</u>.

DEFAULT: Whereupon, the Notary signing below, for the reason dishonor by non-response/non-performance, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and <u>stipulations therein</u>.

NOTICE: The undersigned Notary, certifies that on <u>5 July 2013</u>, a NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD" was authenticated to be sent to the parties noted below by depositing in an official depository under the exclusive face and custody of the United States Post Office within the State indicated herein a sealed envelope containing said Notices directed to the respective person or entity at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| UNITED STATES OF AMERICA<br>c/o Beattie B Ashmore, Receiver | Beattie B Ashmore Law Office<br>650 East Washington Street<br>Greenville, South Carolina [29601]<br>USPS "Certificate of Mailing" (PS Form 3877) |

TESTIMONY    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>5 July 2013</u>

Notary

YIWEN KRUS
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires July 15, 2016

Yiwen Krus, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the United States

---

### CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

| | |
|---|---|
| **Date of Presentment:** | 20 June 2013 nunc pro tunc to 26 July 2012 |
| **Notice Presented Under Seal:** | NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER, a REQUEST REGARDING A STATEMENT OF ACCOUNT for Civil Case #: 8:12-cv-02078-JMC, and a REQUEST REGARDING A STATEMENT OF ACCOUNT for Criminal Case #: 6:13-cr-00170-JMC sent by USPS Registered Mail No. RE 889 331 952 US |
| **Notary's Certification:** | The above-noted party was presented notice under notary seal the Notice wherein it was stated that certification of non-performance after fourteen (14) days of postmark would compromise <u>their acceptance of the terms and conditions contained therein</u>, there was and is a dishonor because the opportunity for a timely response or performance thereto has elapsed. |

# CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned mailed to:

UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

cc:  UNITED STATES OF AMERICA
    c/o William J Watkins, Jr
    US Attorneys Office (Gville)
    55 Beattie Place, Suite 700
    Greenville, South Carolina 29601

    Kingdom Estate Trust
    Wallace Lindsey Howell, Director
    c/o Margaret A Chamberlain
    PO Box 10184
    Greenville, South Carolina 29603

    Lewis, Psychologist
    Federal Detention Center Miami
    PO Box 019120
    Miami, Florida 33101

    Wallace Lindsey Howell
    c/o Margaret A Chamberlain
    PO Box 10184
    Greenville, South Carolina 29603

    Lewis Walter Tollison, III
    Tollison Law Firm
    24 Vardry Street, Suite 203
    Greenville, South Carolina 29601

    Lauren S Price
    Tollison Law Firm
    24 Vardry Street, Suite 203
    Greenville, South Carolina 29601

    Eric H Holder, Jr
    Attorney General
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

**All Serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter, "Recipients," the documents and sundry papers pertaining to a certain
Recipiets;

1. **NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD"**, dated *nunc pro tunc* to 9 August 2012 (3 leaves);
2. **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT IN SUPPORT OF CLAIM**, dated 5 July 2013 (2 leaves);
3. **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE**, dated 5 July 2013 (1 leaf); and
4. Reference copy of **CERTIFICATE OF SERVICE**, dated 5 July 2013 (2 leaves).

These mailings contained a total of eight (8) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3877) as referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

5 July 2013
_____
DATE

Yiwen Krus, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Phone: 480-444-8365
Lady.Krus@gmail.com

**CERTIFICATE OF SERVICE**                                             **Page 2 of 2**

Claimant:
> Gordon LeRoy Hall
> Accommodation party for the
> Trustee of ROYLIN TRUST
> c/o Yiwen Krus, Notary
> 3546 East Presidio Circle
> Mesa, Arizona [85213]
> Non-Domestic without the United States
> Phone: (480) 444-8365
> Email: lady.krus@gmail.com

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE

## NOTICE OF DEFAULT IN DISHONOR
## CONSENT TO JUDGMENT

Date: *nunc pro tunc* to 20 August 2012

Respondent:

> UNITED STATES OF AMERICA
> c/o Beattie B Ashmore
> Beattie B Ashmore Law Office
> 650 East Washington Street
> Greenville, South Carolina 29601

**Serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

Re:    Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and the Indictment in Criminal Case #: 6:13-cr-00170-JMC-1, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case

---

NOTICE OF DEFAULT IN DISHONOR CONSENT TO JUDGMENT                    Page 1 of 5

**STATEMENT OF FACTS:**

1. On the 20th day of June, 2013, *nunc pro tunc* to 26 July 2012, Gordon LeRoy Hall, Accommodation party, hereinafter "Claimant," tendered "an unconditional offer of money and performance to satisfy any debt or obligation" as it relates to the Claimant in Civil Case #: 8:12-cv-02078-JMC, *In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION, hereinafter, "Civil Case #: 8:12-cv-02078-JMC," and in Criminal Case #: 6:13-cr-00170-JMC, *USA vs. Hall et al*, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, hereinafter "Criminal Case #: 6:13-cr-00170-JMC," by presentment of a NOTICE FORGIVE US REQUEST AND AMENDED SETTLEMENT OFFER/TENDER, PRIVATE REGISTERED SETOFF BOND NO. GHCV20130618, PRIVATE REGISTERED SETOFF BOND NO. GLHCR20130618, QUITCLAIM DEED File # GLHRP0001, QUITCLAIM DEED File # GLHRP0002, QUITCLAIM File # GLHPP0001, a REQUEST REGARDING A STATEMENT OF ACCOUNT for Civil Case #: 8:12-cv-02078-JMC, and a REQUEST REGARDING A STATEMENT OF ACCOUNT for Criminal Case #: 6-13-cr-00170-JMC, collectively referred to as the "Tender," a copy available upon request, sent to UNITED STATES OF AMERICA, c/o Beattie B Ashmore, Beattie B Ashmore Law Office, 650 East Washington Street, Greenville, South Carolina 29601, hereinafter, "Respondent," via USPS Registered Mail # RE 889 331 952 US, and true and correct copies sent to UNITED STATES OF AMERICA, c/o William J Watkins, Jr, US Attorneys Office (Gville), 55 Beattie Place, Suite 700, Greenville, South Carolina 29601, Kingdom Estate Trust, Wallace Lindsey Howell, Director, c/o Margaret A Chamberlain, PO Box 10184, Greenville, South Carolina 29603, Wallace Lindsey Howell, c/o Margaret A Chamberlain, PO Box 10184, Greenville, South Carolina 29603, Lewis Walter Tollison, III, Tollison Law Firm, 24 Vardry Street, Suite 302, Greenville, South Carolina 29601, Lauren S Price, Tollison Law Firm, 24 Vardry Street, Suite 302, Greenville, South Carolina 29601, Eric H Holder, Jr, Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530, and Lewis, Psychologist, Federal Detention Center Miami, PO Box 019120, Miami, Florida 33101, collectively referred to as the "interested parties," via USPS "Certificate of Mailing" (PS Form 3877) by Yiwen Krus, Notary, 3546 East Presidio Circle, Mesa, Arizona [85213], Non-Domestic without the United States, hereinafter "Notary," as evidenced by the CERTIFICATE OF SERVICE dated 20 June 2013, a record of which is available upon request.

2. On the 20th day of June, 2013, *nunc pro tunc* to 26 July 2012, the Tender is deemed received pursuant to the "Mailbox Rule."

3. As of the 5th day of July, 2013, *nunc pro tunc* to 9 August 2012, the Respondent has not sufficiently responded to the Tender, as evidenced by the CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE dated 5 July 2013, a record which is available upon request.

4. The Respondent's failure to sufficiently respond or timely honor the Tender, by the terms of the Tender, including but not limited to the dismissal of Civil Case #: 8:12-cv-02078-JMC and Criminal Case #: 6:13-cr-00170-JMC-1, the return of seized collateral not subject to return, and constitutes the Respondent's acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT for Civil Case #: 8-12-cv-02078-JMC and the REQUEST REGARDING A STATEMENT OF

---

**NOTICE OF DEFAULT IN DISHONOR CONSENT TO JUDGMENT**                    Page 2 of 5

ACCOUNT for Criminal Case #: 6-13-cr-00170-JMC as it relates to the Claimant, a record of which is available upon request.

5. The Respondent's acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT for Civil Case #: 8:12-cv-02078-JMC and the REQUEST REGARDING A STATEMENT OF ACCOUNT for Criminal Case #: 6:13-cr-00170-JMC constitutes the Respondent's agreement to the stipulated aggregate amount of unpaid obligations being zero and 00/100 dollars ($0.00).

6. On the 5th day of July, 2013, *nunc pro* tunc to 9 August 2012, the Claimant made a presentment of a NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD" hereinafter, "Notice of Fault—Opportunity to Cure FINAL EXPRESSION OF AGREEMENT IN A RECORD," to the Respondent, dated *nunc pro tunc* to 9 August 2012, giving the Respondent an opportunity to cure its failure to perform as outlined in the Tender, a record of which is available upon request, sent to the Respondent, and true and correct copies sent to the interested parties, via USPS "Certificate of Mailing" (PS Form 3877) by the Notary, as evidenced by the CERTIFICATE OF SERVICE dated 5 July 2013, a record of which is available upon request.

7. As of the 16th of July, 2013, *nunc pro tunc* to 20 August 2012, neither the Claimant nor the Notary, received sufficient response to the Tender nor the Notice of Fault—Opportunity to Cure FINAL EXPRESSION OF AGREEMENT IN A RECORD, from the Respondent, as evidenced by CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE/DISHONOR dated 16 July 2013, a record of which is attached hereto.

8. The Respondent's failure to perform by the terms of the Tender and the terms of the Notice of Fault—Opportunity to Cure FINAL EXPRESSION OF AGREEMENT IN A RECORD constitutes DEFAULT.

9. The Respondent has defaulted.

10. As an operation of law, the Respondent by dishonor of the Tender and the Notice of Fault—Opportunity to Cure FINAL EXPRESSION OF AGREEMENT IN A RECORD has created a default.

**DEFAULT:**

For the Respondent's failure to honor the Tender and the Notice of Fault—Opportunity to Cure FINAL EXPRESSION OF AGREEMENT IN A RECORD places the Respondent in **default**. For the course of dealing, set forth herein, with the Respondent's failure, refusal, or neglect in the Tender of a verified response to the Tender and Notice of Fault—Opportunity to Cure FINAL EXPRESSION OF AGREEMENT IN A RECORD, constitutes the Respondent's failure to perform in good faith and the Respondent's agreement and tacit acquiescence with all the terms, conditions and stipulations set forth within this Notice of Default in Dishonor Consent to Judgment, the Tender, and the Notice of Fault—Opportunity to Cure FINAL EXPRESSION OF AGREEMENT IN A RECORD. Therefore, this matter is deemed *res judicata* and *stare decisis*.

**THEREFORE:** It is agreed between the Claimant and the Respondent that the Respondent dismiss the Claimant in Civil Case #: 8:12-cv-02078-JMC and from the Indictment in Criminal Case #: 6:13-cr-00170-JMC-1, and release of all assets seized from the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL

---

**NOTICE OF DEFAULT IN DISHONOR CONSENT TO JUDGMENT**                                    Page 3 of 5

BUREAU OF INVESTIGATION other than the assets pursuant to said FINAL EXPRESSION OF AGREEMENT IN A RECORD required by the terms of the Tender and FINAL EXPRESSION OF AGREEMENT IN A RECORD before the Claimant; failure to comply with the agreements could subject the Respondent to penalties for contempt.

Of this presentment take due **Notice** and heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms of the agreement between the parties.

Response by the Respondent must be served on the Claimant exactly as provided:

> Gordon LeRoy Hall
> Accommodation party of the Trustee of ROYLIN TRUST
> c/o Yiwen Krus, Notary
> 3546 East Presidio Circle
> Mesa, Arizona [85213]
> Non-domestic without the United States
> Phone: (480) 444-8365
> Email: lady.krus@gmail.com

| Maricopa County | ) | **Commercial Affirmation and Verification** |
| Arizona republic | ) affirmed and subscribed: | |
| United States of America | ) | |

I, Gordon LeRoy Hall, Secured Party Creditor, under my unlimited liability, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, this sixteenth day of the seventh month, in the year of our Lord, two thousand thirteen.

In Witness Whereof, I have hereunto set my hand and seal.

_Gordon LeRoy Hall, Accommodation party_

cc:  | UNITED STATES OF AMERICA<br>c/o William J Watkins, Jr<br>US Attorneys Office (Gville)<br>55 Beattie Place, Suite 700<br>Greenville, South Carolina 29601 | Kingdom Estate Trust<br>Wallace Lindsey Howell, Director<br>c/o Margaret A Chamberlain<br>PO Box 10184<br>Greenville, South Carolina 29603 | Lauren S Price<br>Tollison Law Firm<br>24 Vardry Street, Suite 203<br>Greenville, South Carolina 29601 |
| :-- | :-- | :-- |
| Eric H Holder, Jr<br>Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Lewis, Psychologist<br>Federal Detention Center Miami<br>PO Box 019120<br>Miami, Florida 33101 | Lewis Walter Tollison, III<br>Tollison Law Firm<br>24 Vardry Street, Suite 203<br>Greenville, South Carolina 29601 |

Wallace Lindsay Howell
c/o Margaret A Chamberlain
PO Box 10184
Greenville, South Carolina 29603

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

Enclosures:

(1) **CERTIFICATE OF NON–RESPONSE/NON–PERFORMANCE/DISHONOR**, dated 16 July 2013 (1 leaf); and

(2) **CERTIFICATE OF SERVICE**, dated 16 July 2013 (1 leaf).

## CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE/DISHONOR

Arizona Republic       )
Maricopa County        ) affirmed and subscribed:
Without the United States )

**PRESENTMENT.**    Be it known, that, the person signing below at the request of <u>Gordon LeRoy Hall</u> in care of <u>Yiwen Krus, Notary</u>, at <u>3546 East Presidio Circle, Mesa, Arizona [85213], Non-Domestic without the United States</u>, did duly present on <u>5 July 2013</u> a NOTICE 2nd: NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD" dated <u>nunc pro tunc to 9 August 2012, hereinafter,</u> "<u>Presentment,</u>" regarding Civil Case #: 8:12-cv-02078-JMC, In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and Criminal Case #: 6:13-cr-00170-JMC-1, USA vs. Hall et al, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case, on behalf of <u>GORDON L HALL</u>, sent via <u>USPS "Certificate of Mailing" (PS Form 3877)</u> as evidenced in the <u>CERTIFICATE OF SERVICE on the last two leaves of the presentment</u> issued to

| UNITED STATES OF AMERICA |
|---|
| c/o Beattie B Ashmore, Receiver |
| Beattie B Ashmore Law Office |
| 650 East Washington Street |
| Greenville, South Carolina 29601 |
| *Respondent* |

signed by <u>Gordon LeRoy Hall</u>, requesting setoff and/or discharge of any and all alleged obligations, etc. attributed to <u>GORDON L HALL</u> in Civil Case #: 8:12-cv-02078-JMC, In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and in Criminal Case #: 6:13-cr-00170-JMC-1, USA vs. Hall et al, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case, the time limit having elapsed for a timely response thereto.

**DEFAULT:** Whereupon, the person signing below, for the reason **dishonor by non-response/non-performance**, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and **stipulations therein.**

**NOTICE:** The undersigned certifies that on <u>16 July 2013</u>, a NOTICE OF DEFAULT IN DISHONOR CONSENT TO JUDGMENT was authenticated to be sent to the party noted below by depositing in an official depository under the exclusive face and custody of the United States Post Office within the State indicated herein a sealed envelope containing said Notice(s) directed to the respective person or entity at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| | Beattie B Ashmore Law Office |
| UNITED STATES OF AMERICA | 650 East Washington Street |
| c/o Beattie B Ashmore, Receiver | Greenville, South Carolina 29601 |
| | USPS "Certificate of Mailing" (PS Form 3877) |

**TESTIMONY**    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>16 July 2013</u>

Yiwen Krus
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the United States

---

### CERTIFICATION OF DUE PRESENTMENT OF NOTICE

**Date of Presentment:**    5 July 2013 *nunc pro tunc* to 9 August 2012

**Notice Presented:**    NOTICE 2nd: NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD"

**Certification:**    The above-noted party was presented a NOTICE 2ⁿᵈ: NOTICE OF FAULT—OPPORTUNITY TO CURE "FINAL EXPRESSION OF AGREEMENT IN A RECORD" wherein it was stated that certification of non-response/non-performance after ten (10) days of postmark would comprise their acceptance of the terms and conditions contained therein. A dishonor has occurred because the opportunity for a timely response or performance thereto has elapsed.

## CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned mailed to:

UNITED STATES OF AMERICA
c/o Beattie B Ashmore, Receiver
Beattie B Ashmore Law Office
650 East Washington Street
Greenville, South Carolina 29601

**Serviced By: USPS "Certificate of Mailing" (PS Form 3877)**

cc:    UNITED STATES OF AMERICA     Kingdom Estate Trust     Lewis, Psychologist
c/o William J Watkins, Jr     Wallace Lindsey Howell, Director     Federal Detention Center Miami
US Attorneys Office (Gville)     c/o Margaret A Chamberlain     PO Box 019120
55 Beattie Place, Suite 700     PO Box 10184     Miami, Florida 33101
Greenville, South Carolina 29601     Greenville, South Carolina 29603

Eric H Holder, Jr     Lewis Walter Tollison, III     Lauren S Price
Attorney General     Tollison Law Firm     Tollison Law Firm
950 Pennsylvania Avenue, NW     24 Vardry Street, Suite 203     24 Vardry Street, Suite 203
Washington, DC 20530     Greenville, South Carolina 29601     Greenville, South Carolina 29601

Wallace Lindsey Howell
c/o Margaret A Chamberlain
PO Box 10184
Greenville, South Carolina 29603

**All Serviced By: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter, "Recipients", the documents and sundry papers pertaining to a certain Recipients regarding Civil Case #: 8:12-cv-02078-JMC, In re: Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ANDERSON/GREENWOOD DIVISION and the Indictment in Criminal Case #: 6:13-cr-00170-JMC-1, USA vs. Hall et al, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION, including but not limited to all derivative actions derived from said Civil Case, as follows:

1) **NOTICE OF DEFAULT IN DISHONOR CONSENT TO JUDGMENT**, dated *nunc pro tunc* to 20 August 2012 (5 leaves);
2) **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE/DISHONOR**, dated 16 July 2013 (1 leaf); and
3) Reference copy of this **CERTIFICATE OF SERVICE**, dated 16 July 2013 (1 leaf).

These mailings contained a total of seven (7) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3877) as referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

_____16 July 2013_____
DATE

Yiwen Krus
3546 East Presidio Circle
Mesa, Arizona [85213]





**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

*Visit us at usps.com*



PS0000103S014

EP14F-P-PP
OD: 12.5 x 9.5