IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>GORDON L HALL<br><br>Defendant. | CASE NO. 6:13-cr-00170-JMC-1<br><br>**DEFENDANT'S EX PARTE MOTION TO RATIFY THE AMENDED PLEA AGREEMENT BY MUTUAL ASSENT (ECF # 192)** |

DEFENDANT'S EX PARTE MOTION TO RATIFY THE AMENDED PLEA AGREEMENT BY MUTUAL ASSENT (ECF # 192)

**COMES NOW** the Defendant, GORDON L HALL, and moves this Court, in the interest of justice, for an Order for this Court to ratify the Amended Plea Agreement by Mutual Assent (ECF #192). The Government, through William J Watkins, Jr., is in agreement to said Amended Plea Agreement by Mutual Assent (ECF #192). The Government has not filed a substantive record in opposition to said established Record (ECF # 192). Also, on January 2, 2014, Defendant, GORDON L HALL, attempted to contact the Government through Counsel William J Watkins, Jr. at the email address (located on the docket (a copy of said email attached hereto and incorporated herein as EXHIBIT 1) regarding the filing of this Motion, however, he has not provided a response.

**WHEREFORE**, the Defendant, GORDON L HALL, prays as follows:

A. That this Court ratify the Amended Plea Agreement by Mutual Assent (ECF # 192);

B. That this Court Order immediate release of the Defendant, GORDON L HALL; and

C. That this Court grant such other relief, including enforcement of the terms and conditions of the Amended Plea Agreement by Mutual Assent (ECF # 192).

Respectfully submitted this 7th of January, 2014,

_____
GORDON L HALL, Defendant
c/o Spartanburg COUNTY DETENTION FACILITY
950 California Avenue
Spartanburg, South Carolina
leroynildebet@gmail.com