## AFFIDAVIT IN SUPPORT OF DEFENDANT'S EX PARTE MOTION TO RATIFY THE AMENDED PLEA AGREEMENT BY MUTUAL ASSENT (ECF # 192)

The undersigned, Gordon L Hall, hereinafter, "Affiant", does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein.

2. Affiant has first-hand knowledge of the facts stated herein.

3. All the facts herein are true, correct and complete to the best of Affiant's knowledge, admissible as evidence if called upon as a witness, Affiant will testify to their veracity.

4. Affiant moves this Court, in the interest of justice, for an Order for this Court to ratify the Amended Plea Agreement by Mutual Assent (ECF #192).

5. The Government, through William J Watkins, Jr., is in agreement to said Amended Plea Agreement by Mutual Assent (ECF #192).

6. The Government has not filed a substantive record in opposition to said established Record (ECF # 192).

7. On January 2, 2014, Affiant, attempted to contact the Government through Counsel William J Watkins, Jr. at the email address located on the docket regarding the filing of this Motion, however, he has not provided a response.

Affiant hereby affirms under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, complete and not misleading. Witness my hand and seal.

Gordon LeRoy Hall, Affiant