Gmail – United States of American v Hall et al                                                                  1/14/14 5:24 PM



Nil Debet <leroynildebet@gmail.com>

## United States of American v Hall et al

1 message

**Nil Debet** <leroynildebet@gmail.com>                                             Thu, Jan 2, 2014 at 6:34 PM
Reply-To: leroynildebet@gmail.com
To: bill.watkins@usdoj.gov

Dear Mr. Watkins,

I will be moving the Court in the interest of justice to accept the Certified Plea Agreement
Record by Mutual Assent (ECF # 192) as there is no record established
to the contrary, among other things. I am requesting your position
with respect to my Motion. Please indicate on or before January 6,
2014, 5:00 PM Eastern Standard Time whether you oppose the
contemplated Motion. Additionally, I note there has been no record
established in opposition to either the Certified Record of Accord
(ECF # 82) or the Judicial Notice of Adjudicative Facts (ECF # 193)
respecting the record of setoff between the Plaintiff, UNITED STATES
OF AMERICA, and the Accommodation Party, Gordon LeRoy Hall. Please
take notice that your continued tacit acquiescence to the Certified
Record of Accord (ECF # 82), the Certified Plea Agreement Record by
Mutual Assent (ECF # 192), and the Judicial Notice of Adjudicative
Facts (ECF # 193) may be construed as disposition of the case with
respect to Defendant, Gordon L Hall, including dismissal, default
judgment, or other Court ordered sanctions, and/or enforcement of the
Certified Plea Agreement by Mutual Assent (ECF # 192) and the
Certified Record of Accord (ECF # 82). Please feel free to contact me
via email if you have any questions.

Respectfully,

Gordon LeRoy Hall