# "EXHIBIT A"

## -Email of January 14, 2014-

**Nil Debet** <leroynildebet@gmail.com>                                                     Jan 14

to bill.watkins, childs_ecf

Dear Mr. Watkins,

Forgive me my inadvertence in not providing seasonably to you original/copies of the records (ECF #193) that meet the requirements of Rule 803 (6) for your inspection so that you have a fair opportunity to challenge said records before any trial or hearing prior to my intent to offer said records and certifications into evidence.

The document custodian is out of town til Thursday the 16th of January, 2014 at which time said records shall be sent to you overnight.

Since I have prematurely requested said records to be entered into the court as evidence, please consider this, notice, and the subsequent providing to you said records as received by you *nunc pro tunc* to December 19th, 2013.

If I do not hear from you by return email or otherwise as to your position before January 20th, 2014, 5 pm eastern standard time (if additional time is needed to respond to the records simply request it and it shall be granted) it shall be agreed that you receive said records as of December 19th, 2013 thereby making seasonable and valid the current motions (ECF #198 and ECF #200) in the interest of justice.

Sincerely

Gordon Hall, Pp

P.S. The two records I will be sending you together with the certifications are contained in ECF 193 of which you have personally recieved. If you wish to commence reviewing said documents now, simply referred to ECF 193 or the documents you have received.