# "EXHIBIT C"

## -Email of January 29, 2014-

Nil Debet <leroynildebet@gmail.com>              Jan 29 (4 days ago)
to bill.watkins, benjamin_stopp

Dear Mr. Watkins,

     Forgive me for my remissness and failure to demonstrate procedural competency to resolve this Matter in accordance with the Federal Rules of Criminal Procedure. I will be moving the Court to do the following:

         1.     To reinstate the Defendant as *pro se* to protect his substantive remedy in this matter;

         2.     Enter a motion for the Court to enter into evidence the Record filed in this Court as ECF #193 which was overnighted to you on January 16, 2014 (by Federal Express Number: 8043 7472 9083, receipt attached hereto); in accordance with federal rules of evidence Rule 902(11) giving you the reasonable opportunity to challenge said Records; and

         3.     A motion to change Defendants plea to Nolo Contendere based on the entry of a substantive Record into evidence that provides a legal foundation.

     I am required to obtain your position with respect to my Motions. Please indicate, at your earliest convenience, whether you oppose the Defendant's contemplated Motions. Additionally, I note that you have not challenged the Records given to you for your challenge in accordance with Federal Rules of Evidence Rule 902(11). Please be warned that your failure to properly challenge the Record (ECF #193) as to why the Record should not be submitted as evidence at this time is your consent that the Record ECF #193 be admitted into evidence. You are warned that any further frivolous opposition to ECF #193 will be met by a motion to the Court for sanctions against you for operating in bad faith.

     Feel free to contact me if you have any questions.

Sincerely,

                            GORDON L. HALL

