IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
*EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
PARA EL DISTRITO DE CAROLINA DEL SUR*
DIVISIÓN DE _____ / **GREENVILLE** DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO./*NRO. DE CAUSA* |
| *LOS ESTADOS UNIDOS DE AMÉRICA* | ) | **6:13-170** |
| | ) | |
| v./*contra* | ) | PETITION TO ENTER |
| | ) | PLEA OF ~~GUILTY~~ / **No Contest** |
| **GORDON L. HALL** | | *PETICIÓN PARA REGISTRAR* |
| | | *UNA DECLARACIÓN DE* |
| | | *CULPABILIDAD* |

**No Contest**

The defendant states to the Court that the defendant wants to enter a plea of ~~GUILTY~~ to the following counts of the Indictment or Information:
*El acusado afirma al juez que el acusado desea registrar una declaración de CULPABILIDAD de los siguientes cargos de la Acusación Formal dictada por el jurado acusatorio o de la Acusación Directa de la fiscalía:* **Count 2**

In connection with this plea of ~~GUILTY~~ **No Contest**, I, **Gordon L. Hall** the defendant in this case, inform the Court, under penalty of perjury, that I have discussed these matters with my attorney and the answers to the following questions are true and correct to the best of my knowledge and belief.
*En relación con esta declaración de CULPABILIDAD, yo, _____, el acusado nombrado en esta causa, le notifico al juez, so pena de perjurio, que he hablado de estos temas con mi abogado y que las respuestas a las siguientes preguntas son ciertas y correctas a mi leal saber y entender.*

A. **BACKGROUND QUESTIONS**
   *PREGUNTAS SOBRE SUS ANTECEDENTES PERSONALES Y SU CASO*

Before the Court can accept your plea of ~~guilty~~ **No Contest**, it is necessary that the Court has certain background information about you and this case. The questions in this section are asked for this purpose.
*Antes de que el juez pueda aceptar su declaración de culpabilidad, es necesario que el juez tenga cierta información sobre sus antecedentes personales y esta causa. Las preguntas de esta parte se hacen con este fin.*

1. (a) What is your name? / *¿Cómo se llama usted?* **GORDON L HALL**

   (b) What is your age? / *¿Qué edad tiene?* **60**

2.  Are you currently employed? / ¿*Tiene empleo actualmente?* Yes / *Sí* ___  No √

    If yes, what is the name of your employer?
    *Si es que si, anote el nombre de la entidad en la que Ud. trabaja.* _____
    _____

3.  How much education have you had? / ¿*Cuánta preparación escolar ha tenido usted?* ___12_____

4.  Have you ever received medical care or treatment for drug addiction and/or alcohol abuse?     Yes ___   No √
    [If so, please prepare a separate list of the dates and places of treatment, and be prepared to submit the list to the judge at the hearing on the Petition to Enter Plea of Guilty.]
    ¿*Alguna vez se le ha prestado atención médica o tratamiento de rehabilitación por drogadicción o abuso de bebidas alcohólicas? Sí ___   No ___*
    *[Si es que sí, favor de listar por separado cuándo y en dónde se prestaron los servicios, y prepárese para someter la lista al juez durante la audiencia sobre esta Petición para Registrar una Declaración de Culpabilidad.]*

5.  Have you ever received medical care or treatment for a mental or emotional condition?   Yes ___   No √
    [If so, please prepare a separate list of the dates and places of treatment, and be prepared to submit the list to the judge at the hearing on the Petition to Enter Plea of Guilty.]
    ¿*Alguna vez se le ha prestado atención médica por una afección mental o emocional? Sí ___   No ___*
    *[Si es que sí, favor de listar por separado cuándo y en dónde se prestó la atención médica, y prepárese para someter la lista al juez durante la audiencia sobre esta Petición para Registrar una Declaración de Culpabilidad.]*

6.  (a)   Have you consumed any drug, alcohol or medication that is now impairing your ability to think clearly or to understand and answer the questions in this Petition to Enter Plea of Guilty? / ¿*Ha consumido alguna droga, bebida alcohólica o algún medicamento que actualmente le merma la capacidad de pensar con claridad o de entender las preguntas en esta Petición para Registrar una Declaración de Culpabilidad, y de contestarlas?* Yes / *Sí* ___   No √

    (b)   Are there any medications prescribed for you that you are not now taking as directed? / ¿*Hay algún medicamento recetado para usted que no está tomando ahora tal como se le ordenó?* Yes / *Sí* ___   No √

(c) If you answered yes to Question 6(b), does the fact that you are not taking the medication as directed impair your ability to think clearly or to understand and answer the questions in this Petition to Enter Plea of Guilty?
*Si respondió que sí a la pregunta 6(b), ¿el hecho de que no está tomando el medicamento tal como se le ordenó le está mermando la capacidad de pensar con claridad o de entender las preguntas en esta Petición para Registrar una Declaración de Culpabilidad, y de contestarlas?*
Yes / *Sí* ___ No___ Not applicable / *No procede* ___

7. If an attorney is now representing you in this case, what is your attorney's name? /
*Si ahora cuenta con la representación de un abogado en esta causa, ¿cómo se llama su abogado?* ___

8. If you have an attorney, have you had enough time to talk with your attorney about your case? / *Si tiene un abogado, ¿ha tenido usted tiempo suficiente para hablar de su caso con su abogado?* Yes / *Sí* ✓ No ___

9. If you have an attorney, have you told your attorney everything you know about your case? / *Si tiene un abogado, ¿le ha dicho a su abogado todo lo que usted sabe de su caso?* Yes / *Sí* ✓ No ___

10. If you have an attorney, are you satisfied with the services your attorney has provided for you? / *Si tiene un abogado, ¿está usted satisfecho con los servicios prestados por su abogado?* Yes / *Sí* ✓ No ___

11. Do you understand the charge(s) against you? / *¿Entiende usted cada delito del cual se le acusa?* Yes / *Sí* ✓ No ___

## B. CONSTITUTIONAL RIGHTS - WAIVERS
## *DERECHOS CONSTITUCIONALES - RENUNCIAS*

Before the Court can accept your plea of ~~guilty~~ no contest, it is important that you understand that you will be giving up many valuable constitutional rights by entering a plea of ~~guilty~~ no contest. The questions in this section are designed to inform you of those rights.

*Antes de que el juez pueda aceptar su declaración de culpabilidad, es importante que usted entienda que al confesarse culpable estará renunciando a muchos inestimables derechos constitucionales. Las preguntas en esta parte están encaminadas a informarlo de esos derechos.*

12. Do you understand you have a right to plead NOT GUILTY to every charge filed against you? / *¿Entiende usted que tiene el derecho de contestar NO CULPABLE de toda acusación en su contra?* Yes / *Sí* ✓ No ___

3

13. Do you understand if you plead NOT GUILTY you have the following constitutional rights / *¿Entiende usted que si contesta NO CULPABLE, tiene los siguientes derechos constitucionales:*

   (a) the right to a speedy and public trial by jury?
   *el derecho a un juicio oral público y sin demora ante un jurado?*
   Yes / *Sí* ✓     No ___

   (b) the right to counsel at all stages of the proceedings, and that if you cannot afford to pay a lawyer, one will be appointed to represent you?
   *el derecho a un abogado en cada etapa de los procesos, y si no tiene recursos para pagar a un abogado, se le nombrará uno para representarlo?*
   Yes / *Sí* ✓     No ___

   (c) the right to see and hear all witnesses called to testify against you and the right to cross-examine them?
   *el derecho a ver y escuchar a todos los testigos llamados a declarar en su contra ante el Juez y el derecho a contrainterrogarlos?*
   Yes / *Sí* ✓     No ___

   (d) the right to use the subpoena power of the Court to compel the attendance of witnesses at trial and the production of other forms of evidence?
   *el derecho a valerse de la autoridad del juez para librar citatorios, obligando así la comparecencia de testigos durante el juicio oral y la presentación de otras clases de pruebas?*
   Yes / *Sí* ✓     No ___

   (e) the right not to be compelled to incriminate yourself by taking the witness stand; and that if you do not take the witness stand, no inference of guilt may be drawn from your failure to do so?
   *el derecho a no ser obligado a autoincriminarse por atestiguar desde el banquillo de los testigos, y que no se podrá sacar ninguna inferencia de la culpabilidad por el hecho de que no atestigua?*
   Yes / *Sí* ✓     No ___

   (f) the right to be presumed innocent until the government has proved you guilty beyond a reasonable doubt by the unanimous agreement of all twelve of the jury members?
   *el derecho a la presunción de inocencia hasta que la fiscalía federal haya comprobado más allá de toda duda razonable su culpabilidad por acuerdo unánime de los doce integrantes del jurado?*
   Yes / *Sí* ✓     No ___

14. Do you understand if you plead ~~GUILTY~~ *no contest* you will be found guilty without a trial and you will have given up all of the above rights?
    *¿Entiende que si se confiesa CULPABLE, será declarado culpable sin juicio alguno, y que habrá renunciado a todos los derechos anteriormente mencionados?* Yes / *Sí* ✓    No ___

15. Do you understand if you plead ~~GUILTY~~ *no contest* to a felony offense this may deprive you of valuable civil rights including the right to vote, the right to hold public office, the right to serve on a jury, the right to possess any kind of firearm, destructive device or ammunition, and may make you ineligible for certain government benefits?
    *¿Entiende que si se confiesa CULPABLE de un delito grave, esto le podría privar de inestimables derechos civiles, incluyendo el derecho a votar, el derecho a ocupar un cargo oficial, el derecho a ser integrante de un jurado, el derecho a tener cualquier clase de arma de fuego o aparato de destrucción o munición, y podría causar que usted no reúna los requisitos exigidos para ciertas prestaciones sociales del estado?*
    Yes / *Sí* ✓    No ___

16. Do you understand that if you are not a U.S. citizen and you plead ~~guilty~~ *no contest* to certain offenses, you may be subject to deportation or other immigration consequences? *¿Entiende usted que si no es ciudadano estadounidense y se confiesa culpable de ciertos delitos, puede estar sujeto a la deportación u otras consecuencias migratorias?* Yes / *Sí* ✓    No ___    Not applicable / *No procede* ___

17. Do you understand if you plead ~~GUILTY~~ *no contest* to the present offense(s), your conviction may negatively affect you in other ways not expressly stated in this petition? / *Para cada delito del cual se confiesa CULPABLE, ¿entiende usted que el fallo condenatorio respectivo podría perjudicarlo de otras maneras no especificadas expresamente en esta petición?* Yes / *Sí* ✓    No ___

C. **SENTENCING - GENERAL** / ***IMPOSICIÓN DE LA PENA - GENERAL***

Before the Court can accept your plea of ~~guilty~~ *no contest*, it is important that you understand certain aspects of the sentencing process. The questions in this section are designed for that purpose.

*Antes de que el juez pueda aceptar su declaración de culpabilidad, es importante que usted entienda ciertos aspectos de los procedimientos seguidos para determinar la sentencia. Las preguntas en esta parte están encaminadas a ese propósito.*

18. Do you realize if you plead ~~GUILTY~~ *no contest* the maximum statutory sentence the judge may impose remains the same as if you had pled NOT GUILTY and had been convicted by a jury? / *¿Comprende usted que si se confiesa CULPABLE, la pena máxima fijada en la ley que el juez le puede imponer se queda igual que si*

5

*hubiese contestado NO CULPABLE y hubiese sido declarado culpable por un jurado?*    Yes / Sí ✓    No __

19. Do you know the sentence you will receive is solely a matter for the judge to decide? / *¿Sabe que la pena que se le impondrá estará determinada exclusivamente por el juez?*    Yes / Sí ✓    No __

20. (a) What is the maximum sentence the law provides for the offense(s) to which you want to plead ~~GUILTY?~~ no contest / *¿Cuál es la pena máxima dispuesta en la ley por cada delito del cual usted desea confesarse CULPABLE?* 20 yrs and/or $250,000 fine, 3 yrs SR, and $100.00 S/A

(b) Is there a minimum mandatory sentence the law provides for the offense(s) to which you want to plead ~~GUILTY?~~ no contest / *¿Dispone la ley una pena mínima obligatoria por el delito o los delitos de los cuales desea confesarse CULPABLE?*
Yes/ Sí __    No ✓

If yes, what is it? / *Si es que sí, ¿cuál es?* _____

(c) For certain offenses, a term of supervised release must be imposed to be served after the person is released from a term of imprisonment. Is there a mandatory term of supervised release for the offense(s) to which you want to plead ~~GUILTY?~~ no contest / *Por ciertos delitos, se exige imponer un periodo de libertad supervisada que se cumple después de ser excarcelado. ¿Hay un periodo obligatorio de libertad supervisada por el delito o los delitos de los cuales desea confesarse CULPABLE?*    Yes / Sí __    No ✓

If yes, what is the maximum mandatory term? / *Si es que sí, ¿cuál es el máximo periodo obligatorio?* _____

For all other offenses, the judge may, in the judge's discretion, impose a term of supervised release to be served following the person's release from imprisonment. What is the maximum term of supervised release that could be imposed in this case? / *Por todos los demás delitos, el juez, a su criterio, puede imponer un periodo de libertad supervisada que se cumple después de la excarcelación de la persona. ¿Cuál es el máximo periodo de libertad supervisada que se le podrá imponer en este caso?*    3 yr.

What is the maximum term of imprisonment that could be imposed if your supervised release were revoked? / *¿Cuál es el máximo periodo de reclusión que se podrá imponer si se le revocara la libertad supervisada?* 3 yrs

6

*All property has been returned*

~~no contest~~ (d)    ~~Will you be forfeiting any property~~ to the United States as a result of your ~~guilty~~ plea? / ¿Perderá algún bien decomisado por los Estados Unidos a consecuencia de su declaración de culpabilidad?    Yes / Sí ___    No ___

If yes, what property? / Si es que sí, ¿cuál bien? __See ECF #193__

21. If you plead ~~GUILTY~~ *no contest*, the judge may require you to make restitution to any victim of the offense [18 U.S.C. § 3663 and 3664]. If you plead ~~GUILTY~~ *no contest* to an offense that occurred on or after April 24, 1996, and the offense falls into certain categories of offenses, including property offenses and crimes of violence, ordinarily the judge is required to order you to pay restitution to any victim of the offense [18 U.S.C. § 3663A]. Do you understand all of this?
    *Si se confiesa CULPABLE, el juez puede exigir que indemnice a cualquier víctima del delito [Cap. 18 del CF, Arts. 3663 y 3664]. Si se confiesa CULPABLE de un delito perpetrado después del 24 de abril de 1996, inclusive, y el delito está clasificado dentro de ciertas categorías de delitos, incluyendo delitos relacionados con bienes ajenos y los de violencia, entonces el juez generalmente se ve obligado a condenarle a indemnizar a toda víctima del delito [Cap. 18 del CF, Art. 3663A]. ¿Entiende usted todo esto?*    Yes / Sí ✓    No ___

22. The judge must impose a special assessment for each count to which you enter a plea of ~~guilty~~ *no contest*. The amount of the special assessment depends on whether the offense is a felony or a misdemeanor [18 U.S.C. § 3013]. In your case, taking into account each offense to which you want to plead ~~guilty~~ *no contest*, the total amount of special assessment is $ __100.__ . Do you understand this?
    *El juez tiene que imponer una tasa especial obligatoria por cada acusación de la cual se confiesa culpable. El importe de la tasa especial depende de si es por un delito grave o por un delito no grave [Cap. 18 del CF, Art. 3013]. En el caso suyo, y tomando en cuenta cada acusación de la cual desea confesarse culpable, el monto total de la tasa especial es $ _____ . ¿Entiende usted esto?*    Yes / Sí ✓    No ___

23. If you are on probation or parole in this or any other court, do you know that by pleading ~~GUILTY~~ *no contest* here your probation or parole may be revoked and you may be required to serve a sentence as a result of that revocation in addition to any sentence imposed upon you in this case?
    *Si usted está en libertad condicional, vigilada, o anticipada concedida en cualquier juzgado, ¿sabe usted que debido a su declaración de CULPABILIDAD aquí, se le podría revocar la libertad condicional, vigilada o anticipada, y se le podría exigir que cumpla una pena adicional a consecuencia de la revocación, además de cualquier pena impuesta en la causa actual?*    Yes / Sí ✓    No ___

24. Do you understand that in certain circumstances a federal judge may order a federal sentence of imprisonment to run at the same time as a state sentence of imprisonment? / *¿Entiende usted que en ciertas circunstancias el juez federal*

7

*puede dictar que una pena federal de prisión corra a la vez con una pena estatal de prisión?* Yes / *Sí* __ No___

25. Do you understand if you are convicted of a violation of Title 18, United States Code, Section 924(c) or Title 18, United States Code, Section 1028A, the term of imprisonment imposed for that conviction cannot be served concurrently with any other term of imprisonment?  / *¿Entiende usted que si se le declara culpable del delito tipificado en el Cap. 18 del CF, Art. 924( c) o en el Cap. 18 del CF, Art. 1028A, entonces no se permite purgar la pena de prisión impuesta por este delito a la vez con cualquier otra pena de prisión?* Yes / *Sí* ✓ No___

### D. SENTENCING GUIDELINES AND OTHER SENTENCING CONSIDERATIONS
### *LAS PAUTAS DE SENTENCIA Y OTROS FACTORES PERTINENTES A LA PENA*

26. In determining an appropriate sentence for a federal crime, the judge must consider the Sentencing Guidelines developed by the United States Sentencing Commission. The Sentencing Guidelines are advisory in nature, not mandatory. The judge must consider imposing a sentence within the range established by the Sentencing Guidelines, but the judge may impose a sentence either above or below that range. Do you understand this?
*Al determinar la pena apropiada por un delito del orden federal, el juez tiene que tomar en consideración las Pautas de Sentencia desarrolladas por la Comisión Federal de Sentencias. Las Pautas de Sentencia son de carácter consultivo, no obligatorio. El juez tiene que pensar en dictar una pena que se ajusta al rango establecido en las Pautas de Sentencia, pero el juez puede imponer una pena superior o inferior a aquel rango. ¿Entiende usted esto?* Yes / *Sí* ✓ No___

27. In calculating the range of sentence under the advisory Sentencing Guidelines, the judge will take into account all conduct, circumstances, and injuries associated with your criminal conduct, whether or not this conduct is formally charged by the government. The judge will consider all relevant conduct at the time of sentencing even though you are pleading guilty to fewer than all counts in the Indictment or Information. Do you understand this?
*Al calcular el rango de la pena según las Pautas de Sentencia consultivas, el juez tomará en cuenta toda conducta, toda circunstancia, y todo perjuicio asociados con su conducta delictiva, aun si la fiscalía federal no le haya acusado formalmente por esa conducta. El juez, al dictar la pena, considerará toda la conducta pertinente, aunque usted se esté confesándose culpable de sólo algunos de los cargos en la Acusación Formal o la Acusación Directa. ¿Entiende usted esto?* Yes / *Sí* ✓ No___

28. Also, there is no limitation placed on the information the judge can consider at the time of sentencing concerning your background, character, and conduct so long as

8

the information is reliable. The judge will take all of these factors into consideration in determining an appropriate sentence. Do you understand this?
*Además, siempre y cuando sea fidedigna, la información concerniente a su pasado, su carácter, y su conducta que el juez puede tomar en consideración al dictar la pena no está sujeta a limitación alguna. El juez tomará en cuenta todos estos factores al determinar la pena apropiada. ¿Entiende usted esto?*
Yes / Sí ✓ No___

29. If the judge orders a presentence investigation, a U.S. Probation Officer will be assigned to conduct a thorough investigation and prepare a presentence report for the judge's use. Do you understand that if you lie to the U.S. Probation Officer, or if you cause others to lie on your behalf, this can be considered by the judge and may increase the range of sentence calculated under the advisory Sentencing Guidelines?
*Si el juez ordena una investigación precondenatoria, un agente de Libertad Condicional Federal será nombrado para realizar una investigación minuciosa y para elaborar un informe precondenatorio para el uso del juez. ¿Entiende que si usted miente al agente de Libertad Condicional Federal, o si induce a otro a mentir por usted, el juez lo puede tomar en consideración y esto puede incrementar el rango de la pena calculado de acuerdo con las Pautas de Sentencia consultivas?*     Yes / Sí ✓ No___

30. Your history of prior criminal convictions will be used to compute your Criminal History Category under the Sentencing Guidelines. If you have prior felony convictions which were imposed or for which you have served time within the past 15 years, your Criminal History Category may be increased. Similarly, if you have received misdemeanor convictions within the past 10 years, your Criminal History Category may be increased. Certain exceptions may apply in your case that would exclude a conviction from the Criminal History Category computation. Nonetheless, do you understand your prior criminal history has a direct impact on the calculation of the sentencing range under the advisory Sentencing Guidelines?

    *Su Categoría de Antecedentes Penales conforme a las Pautas de Sentencia será computado usando sus condenas anteriores. Si usted tiene condenas anteriores por delitos graves que fueron impuestas o cuyas penas se purgaron durante los últimos 15 años, su Categoría de Antecedentes Penales puede subir. De modo parecido, si se le ha declarado culpable por delitos no graves durante los últimos 10 años, su Categoría de Antecedentes Penales puede subir. Ciertas excepciones pueden ser aplicables a su caso, resultando en la exclusión de una condena anterior del cálculo de su Categoría de Antecedentes Penales. Sin embargo, ¿entiende usted que sus antecedentes penales afectarán de manera directa al cálculo del rango de la pena según las Pautas de Sentencia consultivas?*
    Yes / Sí ✓ No___

9

*no contest*

31. If you plead ~~guilty to~~ the present offense(s) with which you are charged, your conviction may impact the sentence(s) imposed for any future offense that you commit. Do you understand this? / *Para cada delito actual de que se le acusa, si se confiesa culpable, el fallo condenatorio respectivo puede afectar a la sentencia impuesta por cualquier delito futuro perpetrado por usted. ¿Entiende usted esto?*   Yes / Sí ✓  No___

32. If you committed the present offense(s) while you were on probation, parole, or supervised release (or, for offenses committed before November 1, 2010, within two years after being released from prison or while you are in prison or on escape status), this will increase the number of points assessed in your criminal history computation. If this increases your Criminal History Category, do you understand it may increase the range of sentence calculated under the advisory Sentencing Guidelines?
*Si usted cometió el delito actual mientras usted estaba en libertad condicional, vigilada, anticipada, supervisada (o, para los delitos cometidos antes del 1 de noviembre de 2010, antes de que hayan pasado dos años desde su excarcelación o mientras estaba recluido o mientras era un evadido del penal), esto aumentará el número de puntos atribuidos al computar sus antecedentes penales. Si su Categoría de Antecedentes Penales sube debido a eso, ¿entiende usted que esto puede incrementar el rango de la pena calculado conforme a las Pautas de Sentencia consultivas?*   Yes / Sí ✓   No___

33. [N/A] Do you understand if this offense is a crime of violence or a drug trafficking offense, and if you have two prior felony convictions of either a crime of violence or a drug trafficking offense, you could be sentenced as a career criminal offender which would increase the sentence you receive? / *¿Entiende usted que si el delito actual constituye un delito de violencia o de narcotráfico, y si ya tiene dos condenas anteriores o por delitos de violencia o de narcotráfico, usted puede ser sentenciado como un delincuente habitual, lo cual incrementaría la pena impuesta?*   Yes / Sí ___   No___

*no contest*

34. The maximum sentence for the offense(s) to which you want to plead ~~guilty is~~ the statutory maximum set out in ¶¶ 20, 21 and 22 above. Do you understand this? / *La pena máxima por cada delito del cual desea confesarse culpable es la máxima prevista en la ley y la que está expuesta en los anteriores párrafos 20, 21 y 22. ¿Entiende usted esto?*   Yes / Sí ✓   No___

35. [N/A] In certain cases, the law requires the judge to impose a mandatory minimum term of imprisonment. Before the judge may impose a sentence below a mandatory minimum term, the United States Attorney must file a motion recommending a lesser sentence. The United States Attorney has the discretion to file such a motion if the person provides substantial assistance in the investigation or prosecution of another person. Do you understand this?

10

*En ciertos casos, la ley exige que el juez imponga una pena mínima obligatoria de prisión. Antes de que el juez pueda imponer una pena menor a la mínima obligatoria, el fiscal federal tiene que presentar un pedimento que recomienda una pena reducida. El fiscal federal tiene la autoridad discrecional para presentar dicho pedimento si la persona presta ayuda efectiva en la investigación o en el procesamiento de otro. ¿Entiende usted esto?*
Yes / *Sí* __   No___             Not Applicable / *No procede*____

36. If you cooperate and provide substantial assistance to investigating authorities, the United States Attorney has the discretion to file a motion requesting that the judge impose a sentence below the range of sentence calculated under the advisory Sentencing Guidelines. Do you understand this?  /  *Si usted colabora y presta ayuda efectiva a los agentes de investigación, el fiscal federal puede, a su criterio, presentar un pedimento solicitando que el juez imponga una pena inferior al correspondiente rango de la pena calculado según las Pautas de Sentencia consultivas. ¿Entiende usted esto?*   Yes / *Sí* ✓   No___

37. Parole is not available in the federal system. If you are sentenced to a term of imprisonment, you will serve the entire time imposed (less any earned good time credits that may be applied to reduce the amount of time you actually serve). The maximum amount of credit you may receive against your sentence will be determined by the Bureau of Prisons and is limited by statute [18 U.S.C. § 3624]. Do you understand this?  /  *No hay libertad anticipada en el sistema federal. Si se le dicta una pena de prisión, cumplirá el periodo impuesto en su totalidad (menos alguna redención de pena por buena conducta, la cual puede reducir la pena que realmente cumple). La redención máxima que se le puede otorgar estará determinada por el Departamento de Prisiones y es limitada por ley [Cap. 18 del CF, Art. 3624]. ¿Entiende usted esto?*   Yes / *Sí* ✓           No___

38. If at least one year of imprisonment is ordered in your case, the judge may also impose a term of supervised release, which you will begin serving after you are released from custody. For certain offenses, a term of supervised release is mandatory.    During any term of supervised release, you will be subject to conditions that will include refraining from any additional violations of local, state or federal law, reporting requirements, travel and residence restrictions, and testing for controlled substance use. If you violate the conditions of your supervised release, the judge may revoke your supervised release and sentence you to an additional term of imprisonment. This additional term of imprisonment would be served without credit for the time you successfully spent on supervised release. Do you understand this?
*Si se dicta por lo menos un año de prisión en su caso, el juez también puede ordenar un periodo de libertad supervisada, cuyo cumplimiento comenzará tras su excarcelación. Por algunos delitos, el periodo de libertad supervisada es obligatorio. Durante todo periodo de libertad supervisada, usted estará sujeto a condiciones que incluirán no infringir nuevamente ninguna ley municipal, estatal*

11

*o federal, presentarse y comunicarse con su agente de libertad supervisada, y acatar las restricciones de domicilio y de viaje, y someterse a pruebas para detectar sustancias reguladas. Si usted no cumple las condiciones impuestas para su libertad supervisada, el juez puede revocarla, y dictarle un pena adicional de prisión. Esta pena de prisión será cumplida sin redención por el plazo de libertad supervisada que cumplió con éxito. ¿Entiende usted esto?*
Yes / *Sí* ✓   No___

39. In some circumstances, the judge may decide that your case warrants imposing a sentence with conditions other than incarceration for the full term of the sentence. Options available to the judge include probation, home confinement, community confinement, electronic monitoring, intermittent confinement, or a combination of any of these. Do you understand this? / *En algunas circunstancias, el juez puede determinar que su caso merece una pena impuesta con otras condiciones que no sean la reclusión durante el periodo completo de la pena. Las opciones a la disposición del juez incluyen la libertad vigilada, el arresto domiciliario, la detención en una instalación de base comunitaria, la vigilancia electrónica, la reclusión intermitente, o cualquier combinación de los anteriores. ¿Entiende usted esto?* Yes / *Sí* ✓ No___

40. [N/A] ~~If you plead guilty to a federal sex offense, you may be subject to state laws requiring the registration of sex offenders. Do you understand this? / *Si se confiesa culpable de un delito sexual del orden federal, puede estar sujeto a las leyes estatales que exigen la inscripción de delincuentes sexuales. ¿Entiende usted esto?*~~ Yes / *Sí* ___ No___

E. **VOLUNTARY NATURE OF PLEA/**
**CARÁCTER VOLUNTARIO DE LA DECLARACIÓN DE CULPABILIDAD**

41. Are your plea(s) of ~~GUILTY~~ [no contest] and the waivers of your rights made voluntarily and completely of your own free choice, free of any force or threats or pressures from anyone? / *¿Su declaración (o sus declaraciones) de CULPABILIDAD y su renuncia a los derechos se hacen de forma voluntaria y de su completo libre albedrío y sin ninguna clase de fuerza o amenaza o presión ajena?* Yes / *Sí* ✓ No___

42. (a) Have you entered into a plea agreement with the government? / *¿Ha formalizado usted un acuerdo de culpabilidad (también llamado un acuerdo declaratorio) con la fiscalía?* Yes / *Sí* ✓ No___

[Plea no contest to Count 2 only, remaining counts to be dismissed]

(b) If your plea of ~~GUILTY~~ [no contest] involves a plea agreement, do you understand that the judge can reject the plea agreement after completion of the presentence investigation if the judge finds that the plea agreement is not in the interests of justice? / *Si su declaración de CULPABILIDAD está asociada con un acuerdo de culpabilidad, ¿entiende usted que el juez puede rechazar el acuerdo de*

12

*culpabilidad tras la terminación de la investigación precondenatoria si el juez determina que el acuerdo culpabilidad no es en aras de la justicia?*
Yes / *Sí* ✓   No___

43.  (a)  Have you agreed or promised in any way not to challenge your conviction or your sentence? / *¿Se ha accedido a o ha prometido de cualquier modo no impugnar su sentencia, incluido el fallo condenatorio?*
Yes / *Sí* ___   No ✓

[If you answered Yes to Question 43(a), answer the following Questions 43(b)–43(f). If you answered No, proceed to Question 44. / *Si contestó que sí a la pregunta 43(a), conteste las preguntas a continuación, 43(b)-(f). Si contestó que no, pase a la pregunta 44.*]

(b)  Do you understand that if you are convicted and sentenced, federal law provides you with certain valuable rights to challenge your conviction and your sentence, such as the constitutional right to an appeal?  / *¿Entiende usted que si es declarado culpable y sentenciado, la ley federal le proporciona ciertos derechos inestimables a impugnar el fallo en su contra y la sentencia, tal como el derecho constitucional al recurso de apelación?*   Yes / *Sí* ✓   No___

(c)  Do you understand that you may give up those rights by agreeing or promising not to challenge your conviction or sentence through an appeal or other post-conviction proceeding, such as a motion under 28 U.S.C. § 2255? *¿Entiende usted que usted puede renunciar a esos derechos al acceder a o comprometerse a no impugnar la sentencia, incluido el fallo condenatorio, por medio de la apelación o de otro proceso poscondenatorio, tal como un pedimento de acuerdo con el Cap. 28 del CF, §2255?*  Yes / *Sí* ✓   No___

(d)  Do you understand that if you give up those rights, you will not be able to challenge your conviction or your sentence, even if you decide later on that you are not guilty or that you disagree with your sentence? / *¿Entiende usted que si renuncia a esos derechos, usted no va a poder impugnar su sentencia ni el fallo condenatorio, aun si usted decide más adelante que no es culpable o que no se conforma con la pena?*      Yes / *Sí* ✓   No___

(e)  Do you understand that even if you give up these rights, you may still be able to bring a challenge if your lawyer did not adequately represent you or the prosecutor in your case acted improperly? / *¿Entiende usted que aun si renuncia a estos derechos, es posible que todavía pueda interponer un recurso si su abogado no lo representó adecuadamente o si el fiscal actuó inapropiadamente en su caso?*   Yes / *Sí* ✓   No___

(f)  Are you waiving your rights voluntarily and completely of your own free will, without any force, threats, or pressures from anyone else? / *¿Está*

13

*renunciando a sus derechos voluntariamente y de su completo libre albedrío, sin ninguna clase de fuerza, amenaza, o presión ajena?* Yes / Sí ✓ No___

44. Has any promise been made by anyone that causes you to plead ~~GUILTY~~ *no contest* aside from the plea agreement, if any, set out in your answer to question 42? / *Aparte del acuerdo de culpabilidad, si es que hay uno, expuesto en su respuesta a la pregunta 42, ¿alguna persona le ha prometido algo que le motiva a confesarse CULPABLE?* Yes / Sí ___ No ✓

   If yes, what promise has been made and by whom? / *Si es que sí, ¿cuál es la promesa, y quién se la hizo?* _____

   _____

45. (a) Has any officer, attorney or agent of any branch of government (federal, state, or local) promised or predicted that you will receive a lighter sentence, or probation, or any other form of leniency if you plead ~~GUILTY~~ *no contest*? / *¿Algún abogado, funcionario o agente de cualquier sección del gobierno (federal, estatal o municipal) le ha prometido o ha predicho que se le dictará una pena más leve, o una pena de libertad vigilada, o cualquier otra clase de clemencia si se confiesa CULPABLE?* Yes / Sí ___ No ✓

   (b) Do you understand no one has any authority to make any such promise or prediction on your sentence because the matter of sentencing is exclusively within the control of the judge and no one else? / *¿Entiende usted que nadie tiene la autoridad para hacerle tal promesa o tal predicción sobre su pena porque la cuestión de la imposición de la pena le compete en forma exclusiva al juez, y no a nadie más?* Yes/Sí ✓ No ___

46. Has the judge made any suggestion as to what the actual sentence will be? *¿Ha indicado el juez de alguna manera cuál será su pena?* Yes / Sí ___ No ✓

47. Are you pleading ~~GUILTY~~ *no contest* for any reason other than the fact that you ~~are guilty?~~ *do not contest the charge against you.* *¿Se está confesando CULPABLE por cualquier motivo que no sea el hecho de que usted es culpable?* Yes / Sí ___ No ✓

48. Is there any other information or advice that you want before you enter a plea? *¿Desea usted más información o asesoramiento antes de registrar su declaración?* Yes / Sí ___ No ✓

F. **CONCLUSION/FACTUAL BASIS** / ***CONCLUSIÓN Y BASE FÁCTICA***

49. Has your attorney reviewed and discussed with you all of these questions and your answers to them? / *¿Su abogado defensor ha repasado con usted todas estas preguntas y sus respuestas, y ha hablado con usted de las mismas?* Yes / Sí ✓ No___

14

50. Do you understand all of these questions? / *¿Entiende usted todas estas preguntas?*    Yes / *Sí* ✓    No ___

   If not, which questions do you not understand? / *Si es que no, ¿cuáles son las preguntas que no entiende?* _____

51. (a)  Do you now want to plead ~~GUILTY?~~ no contest / *¿Desea confesarse CULPABLE ahora?*    Yes / *Sí* ✓    No ___

   (b)  Are you GUILTY? / *¿Es usted CULPABLE?*    Yes / *Sí* ___    No ___

52. [no contest] State what you did to commit the offense(s) to which you are now pleading ~~GUILTY~~. / *Exponga lo que hizo usted que constituye la comisión de cada delito del cual se está confesando CULPABLE ahora.* _____
   As indicated in Count 2 of the superseding indictment
   _____
   _____

I understand that if I have knowingly and intentionally made any false answers in this Petition to Enter Plea of ~~Guilty~~ *No Contest*, my answers may be used against me in another prosecution for perjury or making a false statement. / *Entiendo que si he respondido falsamente, a sabiendas e intencionalmente, a las preguntas en esta Petición para Registrar una Declaración de Culpabilidad, mis respuestas pueden ser usadas en mi contra en otro procesamiento por perjurio o por declarar con falsedad.*

Signed by me and affirmed to be true under penalty of perjury in the presence of my attorney on this _7_ day of _February_, 20_14_. / *Firmado por mí y afirmado bajo protesta de decir la verdad so pena de perjurio y en la presencia de mi abogado el día _____ del mes _____ de 20_____.*

_____Gordon L. Nall_____
Defendant / *Firma del acusado*

## CERTIFICATE OF DEFENSE COUNSEL

I, as attorney for the defendant, _Gordon Hall_, hereby certify:

1. I have read and fully explained to the defendant the allegations contained in the Indictment or Information in this case.

2. To the best of my knowledge and belief the statements, representations, and declarations made by the defendant in this Petition to Enter Plea of Guilty are in all respects accurate and true.

3. The plea of ~~guilty~~ _no contest_ offered by the defendant to Count(s) __2__ accords with my understanding of the facts the defendant has related to me, is consistent with my advice to the defendant, and in my opinion is knowingly and voluntarily made.

4. I assure the Court that I have advised the defendant about the applicable sentencing procedures, including procedures under the Sentencing Guidelines, and I have explained to the defendant the potential consequences of a plea of guilty in light of the questions and concerns set forth in Sections C and D of this Petition.

Signed by me in the presence of the defendant and after full discussion of the contents of this certificate with the defendant, this __7th__ day of __February__ 20__14__.

_Benjamin T. Stepp_
Attorney for Defendant

* ** ** ** ** ** * ** * *** ** * ** ** *** *** * * *** * ** * * * **

## CERTIFICATE OF PROSECUTING ATTORNEY

As attorney for the government, I hereby certify:

1. I have read and fully discussed with defense counsel the allegations contained in the Indictment or Information in this case.

2. I have also reviewed this Petition to Enter Plea of Guilty and find it to be in accordance with my knowledge of the defendant and this case.

3. In my judgment, acceptance of the defendants plea(s) of guilty to the charge(s) in question will not undermine the statutory purposes of sentencing.

Signed by me this _____ day of _____ 20___.

_____
Assistant United States Attorney

Form amended November 7, 2011.