# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

vs.  CASE NO. 6:13-170-JMC-1

GORDON HALL

## PLEA

The Defendant, GORDON HALL, acknowledges receipt of a copy of the indictment and after arraignment pleads nolo contendere in open court to count(s) _2 of superseding indictment_.

_____
(Signed)    Defendant

Greenville, South Carolina
February 18, 2014