IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>GORDON L HALL<br><br>Defendant. | CASE NO. 6:13-cr-00170-JMC-1<br><br><br>DECLARATION IN SUPPORT OF PETITION FOR ENTRY OF AMENDMENT TO PLEA AGREEMENT OR EXTENSION OF TIME |

I, GORDON L. HALL declare as follows:

1. I am competent to state the matters set forth herein;

2. I have first-hand knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, I will testify to their veracity;

4. I am a Defendant in this instant Case;

5. I am respectfully petitioning this Court to accept an amendment to the Plea Agreement of February 7, 2014, in this instant Case in accordance with the provisions of ECF #192, Federal Rules of Criminal Procedure Rule 11(c)(1)(a), and Federal Rules of Criminal Procedure Rule 11(c)(1)(c) as a sentence appropriate for the disposition of this Case or in the alternative an extension of time for the Government to have proper amount of time to challenge the E-Mail of February 16, 2014 requesting the Governments position with respect to the intent of filing this Petition to amend the Plea Agreement of

February 7, 2014 to reflect the Defendants understanding of the agreement between the parties, a copy of which is attached hereto and incorporated herein as "Exhibit A;"

6. That this Petition is not meant for harassment nor delay and is made in good faith in the interests of justice;

7. That I did cause an E-Mail to be sent to the attorney for the Government William J. Watkins, Jr. at the E-Mail address provided by him in the appearance docket regarding his position to the PETITION FOR ENTRY OF AMENDMENT TO PLEA AGREEMENT on February 16, 2014;

8. That no response has been given to the E-Mail of February 16, 2014 as of the date of this filing;

9. That the Defendant prays that the Court:

   a. Accept the amendment to the plea agreement by incorporating the provisions of ECF #192 as a sentence that is a proper disposition of this case; and

   b. Grant such other and further relief as is just and proper.

I, GORDON L HALL, hereby declare under penalty of perjury under the Laws of the United States of America that the above is true, correct, and complete.

Witness my hand and seal this 18th day of February 2014.

Respectfully submitted

GORDON L HALL

*Gordon L Hall*