# "EXHIBIT A"

## -Email of January 16, 2014-

Request as to Your Position with Respect to Contemplated "PETITION FOR ENTRY OF AMENDMENT"

**Nil Debet** <leroynildebet@gmail.com>  
to bill.watkins, bcc: Jack

Feb 16 (1 day ago)

Dear Bill:

    Again, I find my self requesting forgiveness. I request that you FORGIVE ME for not getting my request to amend, to you, to correct our Plea Agreement of February 7, 2014. I am requesting that you agree with me that the Sentence that is a proper disposition of this Case (Case No. 6:13-cr-00170-JMC-1) is in accordance with ECF #192, rather than simply a recommendation. In amending our Plea Agreement, I inadvertently left out an adjustment to reflect that the Government agree that the Sentence that is a proper disposition of this Case (Case No. 6:13-cr-00170-JMC-1) be in privity with ECF #192 in accordance with Federal Rules of Criminal Procedure Rule 11(c)(1)(a) and Federal Rules of Criminal Procedure 11(c)(1)(c).

    I will be moving the Court to Accept (Petition for entry of amendment) with your permission entry of amendment to the Plea Agreement of February 7, 2014, to reflect that the Government agrees that a proper disposition of this instant Case is in accordance with ECF #192 and Federal Rules of Criminal Procedure Rule 11(c)(1)(a) Federal Rules of Criminal Rules of Procedure Rule 11(c)(1)(c) rather than simply a recommendation. Please contact me ASAP as to your position with respect to my motion. Please indicate, at your earliest convenience whether you oppose my contemplated motion.

Respectfully,

Gordon

P.S. Forgive me for the late request to you. It is not intended to ambush you, be unfair, or any kind of bad faith. If you can't answer this email in time because of this lateness then lest you and I talk about this before the Hearing on Tuesday.