RECEIVED
USDC. CLERK GREENVILLE. SC
2014 MAR -3 PM 1:14

IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> GORDON L HALL, ) <br> ) <br> Defendant. ) <br> _____ ) | CR 6:13-cr-00170-JMC-1 <br><br> **DEFENDANT'S EX PARTE MOTION FOR AN ORDER ALLOWING THE DEFENDANT TO BE RELEASED ON BOND [filed concurrently with DECLARATION IN SUPPORT OF DEFENDANT'S EX PARTE MOTION FOR AN ORDER ALLOWING THE DEFENDANT TO BE RELEASED ON BOND and PROPOSED ORDER]** |

COMES NOW, the Defendant, GORDON L HALL, in the above captioned matter, who respectfully requests this Court to issue an Order granting the Defendant to be released upon Personal Recognizance, pursuant to 18 USC Section 3142(g), in the interests of justice, for the reasons stated as follows:

1. On or about March 14, 2013, Mr. Hall was arrested having been charged in an Indictment issued on or about March 12, 2013, and a subsequent Superseding Indictment issued on or about July 9, 2013;

2. On or about April 10, 2013, Mr. Hall appeared before this Court and was denied bond, having been ordered to undergo a psychological evaluation;

3. Since that date, Mr. Hall has undergone a psychological evaluation and he has been found to be competent;

4. On or about February 18, 2014, Mr. Hall entered a *nolo contendere* plea to Count 2 pursuant to a plea agreement with the Government;

5. Mr. Hall is currently being held on no bond at the Spartanburg County Detention Facility in Spartanburg, South Carolina;

6. Although Mr. Hall is 60 years of age his physical condition is considered excellent;

7. Mr. Hall is married;

8. Mr. Hall has been a resident of Arizona for over 30 years, and promises unto this Court not to change his residence without prior Court approval;

9. The crimes with which Mr. Hall has been charged with in the instant Case do not involve any violence;

10. Mr. Hall does not pose as a danger to any other person or to the community with which Mr. Hall is a well-respected member of;

11. Mr. Hall promises not to flee and to duly appear in Court in the future at all required hearings;

12. Mr. Hall has an existing residence to go home to in Mesa, Arizona, and close family ties;

13. Mr. Hall has several individuals who will guarantee that Mr. Hall will duly appear in Court in the future at all future court hearings if needed;

14. Mr. Hall has never been involved in alcohol or drugs;

15. Mr. Hall has no problem obtaining employment;

16. Mr. Hall has very good financial resources;

17. Mr. Hall promises unto this Court to be present and available for all necessary Court hearings;

18. Mr. Hall has had two prior convictions regarding white collar nonviolent crimes, and served and appeared at every hearing in California and in New York while a resident of Arizona and never failed to appear at any of the criminal hearings;

19. Mr. Hall missed one civil hearing but was not intentional as he thought at the time the matter was resolved;

20. Mr. Hall has never attempted to avoid any type of criminal prosecution, nor has he ever failed to appear at any criminal court proceeding;

21. Mr. Hall understands that there may be another matter in Arizona and, if released, does firmly promise to duly appear at any summons or any notice of hearing's in Arizona;

22. There is no irreparable harm if this Motion is granted and no other statutory provisions for granting the relief sought Ex Parte that have not been complied with herein; and

23. Additionally, Mr. Hall sent an Email to William J. Watkins, Jr. regarding his position on this Motion on February 23, 2014, a copy of which is attached hereto and incorporated herein as "Exhibit A." However, no response has been received as of the filing of this Motion.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to issue an Order allowing the Defendant to be released on Personal Recognizance and grant such other relief that the Court deems just and proper.

Respectfully submitted this 27th day of February 2014,

*Gordon L Hall*
Gordon L Hall