# "EXHIBIT A"

## -Email of February 23, 2014-

## Request Regarding Position on Personal Recognizance Bond    Inbox x

**Nil Debet** <leroynildebet@gmail.com>
to bill.watkins, benjamin_stepp

Feb 23 (4 days ago)

Dear Mr. Watkins,

The Defendant will be moving the Court to reconsider granting release of the Defendant on a personal recognizance bond in the interest of justice, among other things. The crimes with which the Defendant has been charged do not involve any violence. Moreover, the Defendant does not pose as a danger to any other person or to the community with which the Defendant is a well-respected member. The Defendant promises not to flee and to duly appear in Court in the future at all required hearings. Please indicate at your earliest convenience whether you oppose the Defendant's contemplated motion.

Please feel free to contact me if you have any questions.

Respectfully,
GORDON L. HALL