IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:13-00170 |
| | ) | |
| -vs- | ) | MOTION FOR BOND |
| | ) | |
| GORDON L. HALL | ) | |

This matter is before the Court on motion by defendant Gordon L. Hall to set bond. Mr. Hall made his initial appearance in U.S. District Court in Arizona on this charge on March 14, 2013, at which time bond was denied. Mr. Hall appeared before this Court on April 10, 2013, and the Arizona order of detention was adopted. Mr. Hall remains in custody.

Since his bond was denied Mr. Hall has undergone a psychological evaluation and found to be competent. On February 18, 2014, Mr. Hall pleaded *nolo contendre* to Count 2 of the indictment. He is awaiting his presentence report and a sentencing date.

Mr. Hall has long-time connections to the Mesa, Arizona, community and has a place to reside with if he is released on bond. If released on bond he asserts he is not a danger to the community and will appear at all required Court proceedings.

Mr. Hall has submitted *pro se* filings for bond in this case which are incorporated in support of this motion. These are found at ECF # 232 and # 235.

Defense counsel has consulted with the Assistant U.S. Attorney and U.S. Pretrial Services and is authorized to advise the Court that the Government and Pretrial Services are opposed to this request for a bond.

For the foregoing reasons, it is respectfully requested that a personal recognizance bond or a reasonable surety bond be set for Mr. Hall with any conditions that the Court deems proper.

In the alternative, Mr. Hall requests the Court set the matter for a hearing so that he can personally address these issues with the Court because he considers the opposition by the

Government and Pretrial Services to be positions held without stated reasons or good cause shown for the circumstances of this case.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        Attorney for the Defendant

BY:    *s/Benjamin T. Stepp*
        Benjamin T. Stepp, Fed. Id. #4301
        Assistant Federal Public Defender
        75 Beattie Place, Suite 950
        Greenville, South Carolina 29601
        (864) 235-8714
        benjamin_stepp@fd.org

Greenville, South Carolina

March 10, 2014