RECEIVED
USDC, CLERK GREENVILLE, SC
2014 APR 21   PM 12: 31

IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 6:13-cr-00170-JMC-1 |
|---|---|
| Plaintiff, | **DECLARATION IN SUPPORT OF "DEFENDANT'S REPLY TO 'United States' Response to the Appeal from the Magistrate Regarding Bond'"** |
| V. | |
| GORDON L HALL | |
| Defendant. | |

I, GORDON L. HALL, hereinafter "Affiant," pursuant to 28 U.S.C. (1746), declare as follows:

1. The Affiant is competent to state the matters set forth herein;

2. The Affiant has first-hand knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence to the best of Affiant's knowledge. If called upon as a witness, the affiant will testify to their veracity;

4. The Affiant is a Defendant in the instant Case;

5. The Defendant, GORDON L HALL as of necessity for the refusal of Counsel (Benjamin T. Stepp) to file the Reply this Declaration is in support of on the instruction of the Defendant, is hereby submitting such Reply and this Declaration to respond to "The United States' Response to the Appeal from the Magistrate Regarding Bond," hereinafter "Response;"

6. The Defendant sets forth that he conditionally accepts the Plaintiff's Response upon proof of claim that the Defendant's un rebutted Declarations contained in ECF #'s 232 & 235, do not establish that the Defendant will not flee nor pose any danger to any other person or to the

community under the authority of Rule 46(c) of the Federal Rules of Criminal Procedure, which is governed by the provisions of 18 U.S.C. §3143 which grants the authority to release the Defendant pending sentencing or appeal;

7. The Defendant sets forth that his un-rebutted statements and Declarations contained in ECF #'s 232 & 235 establish that the Defendant has met the requirements under 18 U.S.C. §3143 and is entitled remedy by the issuance of a Bond and the relief sought in the Appeal;

8. The Defendant sets forth that the United States has set forth no claim in opposition to the Defendant's supported request for Bond to which has a basis in statute or rule to oppose the Defendant's remedy by issuance of Bond;

9. The Defendant sets forth that the Defendant's request for Bond should be granted; and

10. The Defendant sets forth that based on the foregoing, the Court should reverse the decision of the Magistrate Judge and set either a personal recognizance bond or a reasonable bond upon such terms as the Court finds appropriate and just.

I, GORDON L HALL, hereby declare under penalty of perjury under the Laws of the United States of America that the above is true, correct, and complete.

Witness my hand and seal this 16th day of April 2014.

Respectfully submitted,

GORDON L. HALL

*Gordon L Hall* (signature)