RECEIVED
USDC, CLERK GREENVILLE, SC
2014 APR 21  PM 12: 31

# IN THE DISTRICT OF THE UNITED STATES

## FOR THE DISTRICT OF SOUTH CAROLINA

### GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:13-cr-00170-JMC-1 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| V. | |
| GORDON L HALL | |
| Defendant. | |

I HEREBY CERTIFY that, on the 16th day of April 2014, I did cause Donald Westover to furnish via United States Postal Service a true and correct copy of:

1. **DEFENDANT'S REPLY TO "United States' Response to the Appeal from the Magistrate Regarding Bond"**; and

2. **DECLARATION IN SUPPORT OF "DEFENDANT'S REPLY TO 'United States' Response to the Appeal from the Magistrate Regarding Bond'."**

To:

**United States of America**
c/o William J. Watkins, Jr.
US Attorneys Office (Gville)
55 Beattie Place, Suite 700
Greenville, South Carolina 29601

Please see CERTIFICATE OF SERVICE attached hereto.

Respectfully submitted this 16th day of April 2014,

GORDON L. HALL

*Gordon L Hall*

Page 1 of 1

# CERTIFICATE OF SERVICE

RECEIVED
USDC, CLERK GREENVILLE, SC

2014 APR 21  PM 12: 31

It is hereby certified that on the date noted below, the undersigned mailed to:

**United States of America**
c/o William J. Watkins, Jr.
US Attorneys Office (Gville)
55 Beattie Place, Suite 700
Greenville, S.C. 29601

**Serviced By: USPS "CERTIFICATE OF MAILING"**

hereinafter, "Recipients," the documents and sundry papers pertaining to Case #: 6:13-cr-00170-JMC-1, as follows:

1. **DEFENDANT'S REPLY TO "United States' Response to the Appeal from the Magistrate Regarding Bond,"** dated the 16th Day of April 2014 (2 leaves); and
2. **DECLARATION IN SUPPORT OF "DEFENDANT'S REPLY TO 'United States' Response to the Appeal from the Magistrate Regarding Bond',"** dated the 16th Day of April 2014 (2 leaves).

These mailings contained a total of four (4) leaves each and were serviced by the Service as referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

16 April 2014
DATE

Donald Westover
3546 East Presidio Circle
Mesa, Arizona [85213]

---

**LEGAL NOTICE** The Witness named above is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* Intimidating a third party witness under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.