# "EXHIBIT 1"

1. *NOTICE* **"NOTICE OF TENDER FOR SETOFF,"** dated the 24th of April 2014 (3 leaves);

2. **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated the 24th of April 2014 (1 leaf);

3. **PRIVATE REGISTERED SETOFF BOND, BOND NO.  GLH20140319**, Issue date March 18, 2014, Maturity date March 18, 2044 (original sent to the UNITED STATES OF AMERICA BY: William N. Nettles through William J. Watkins, Jr. [Government] (1 leaf);

4. **Copy:  UCC Financing Statement**, Document No.  42158930002, Filing No. 14-7403750576, Filed on 03/18/2014 21:17 (3 leaves); and

5. **Copy:  UCC Financing Amendment**, Document No.  42158930003, Filing No. 14-74037506, Filed on 03/18/2014 21:23 (3 leaves).

Undersigned:
GORDON L. HALL
BY: Gordon LeRoy of the Family Hall
c/o Spartanburg County Detention Facility
950 California Avenue
Spartanburg, South Carolina
Near. [29303]
Non-Domestic without the U.S.
E-mail: Leroynildebet@gmail.com

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF TENDER FOR SETOFF

24th of April 2014

Respondent:
**UNITED STATES OF AMERICA**
BY: William N. Nettles
through William J. Watkins, Jr. [Government]
c/o US Attorneys Office (Gville)
55 Beattie Place, Suite 700
Greenville, S.C. 29601

Re:    Satisfaction of liability for COUNT 2 of the SUPERSEDING INDICTMENT in Case No. 6:13-cr-00170
       in the United States District Court for the District of South Carolina (Greenville Division)

WHEREAS, on the 24th of April 2014 an instrument for tender of setoff (Private Registered Setoff Bond,
Bond No. GLH20140319), hereinafter "Tender," for the setoff of the liability for COUNT 2 of the
SUPERSEDING INDICTMENT in Case No. 6:13-cr-00170 in the United States District Court for the District
of South Carolina (Greenville Division) on behalf of the Defendant GORDON L. HALL, hereinafter
"Liability," is being presented for setoff to:

**UNITED STATES OF AMERICA**
BY: William N. Nettles
through William J. Watkins, Jr. [Government]
c/o US Attorneys Office (Gville)
55 Beattie Place, Suite 700
Greenville, S.C. 29601

WHEREAS, on the 24th of April 2014 the Tender is deemed accepted for the setoff of the Liability,
pursuant to and in good faith of the instrument enclosed and incorporated herein as the Private
Registered Setoff Bond, Bond number: GLH20140319.

THEREFORE, the Defendant GORDON L. HALL through its Surety Gordon LeRoy of the Family Hall,
hereinafter "Undersigned", requests that the balance of the Liability be adjusted to Zero dollars ($0.00)
and full satisfaction of the Liability reflect the ledgering of said Tender.

Enclosed herewith is a REQUEST REGARDING A STATEMENT OF ACCOUNT, pursuant to Uniform
Commercial Code §9-210 and its implementation in the State of South Carolina, as a record authenticated

**NOTICE OF TENDER FOR SETOFF**                                                                    **Page 1 of 3**

by the Debtor GORDON L. HALL requesting that the UNITED STATES OF AMERICA BY: William N. Nettles and through his agent William J. Watkins, Jr. [Government], hereinafter "Respondent," approve or correct the Statement. Respondent has fourteen (14) days to comply with this request and provide an authenticated record.

If the REQUEST REGARDING A STATEMENT OF ACCOUNT is not corrected by the Respondent within fourteen (14) days, then it shall be deemed accepted and/or approved and an acceptance by the Respondent as full satisfaction of the Liability. Respondent's failure to respond within fourteen (14) days of the postmark of the presentment of this NOTICE OF TENDER FOR SETOFF shall cause the Undersigned to execute a CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE by the third party document custodian listed below. Said CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE shall serve as evidence of the Respondent's acceptance and/or approval of this NOTICE OF TENDER FOR SETOFF and the enclosed REQUEST REGARDING A STATEMENT OF ACCOUNT.

Upon the Respondent's acceptance of the REQUEST REGARDING A STATEMENT OF ACCOUNT, the Respondent shall credit the Liability with the Tender and discharge any and all public and private claims, levies, liens or holdings of the Defendant-Debtor GORDON L. HALL including but not limited to the Surety being held in the Spartanburg County Detention Facility on behalf of the Defendant-Debtor GORDON L. HALL resulting from the Liability and all variations and derivatives thereof; Respondent shall rescind on the Liability and or collateral being held in regards to this matter in Case No. 6:13-cr-00170 in the United States District Court for the District of South Carolina (Greenville Division) by executing or causing to be executed a Notice of Rescission regarding GORDON L. HALL and all variations and derivatives thereof and any other collateral of or relating to the Undersigned in the Liability, and file said Notice of Discharge and dismissal of Case No. 6:13-cr-00170 in the United States District Court for the District of South Carolina (Greenville Division). Respondent shall also execute all procedures for the discharge of all liens and levies or detainers in the Liability, belonging to the Defendant-Debtor GORDON L. HALL to hold the Defendant-Debtor GORDON L HALL non liable for public performance.

Respondent's failure to execute or cause to be executed a Notice of Discharge of the Liability, within Fourteen (14) days of the mailing of the REQUEST REGARDING A STATEMENT OF ACCOUNT shall constitute the granting and conveying of a Specific Power of Attorney by the Respondent to the Undersigned to execute any and all said instruments effectuate same on behalf of the Respondent in regards to the Liability. In addition, the Respondent shall also grant and convey a Specific Power of Attorney-in-Fact to the Undersigned to execute any and all instruments, communications, or correspondences the Undersigned deems necessary for the perfection of the Undersigned's paramount security interest in the Defendant-Debtor GORDON L. HALL.

Respondent shall give notice to the Undersigned of the filing of the Discharge of the Liability, and all variations and derivatives thereof, by mailing certified copies of said instruments to the Undersigned through the third party document custodian listed below. Respondent's failure to give notice to the Undersigned within fourteen days (14) of the mailing shall be deemed a failure to perform and shall cause the Undersigned to have executed a CERTIFICATE OF NON-PERFORMANCE/NON-RESPONSE by the third party document custodian listed below. Said CERTIFICATE OF NON-PERFORMANCE/NON-RESPONSE shall serve as evidence of the Respondent's acceptance and/or approval of the granting and conveying of a Specific Power-of-Attorney-in-Fact mentioned above.

Any and all responses, notices, or correspondence regarding this NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT shall be directed to the Undersigned, through the United States Postal Service at the following address:

GORDON L. HALL
BY: GORDON LeRoy of the Family Hall
c/o Yiwen Krus [third party document custodian]
3546 East Presidio Circle
Mesa, Arizona
Near. [85213]
Non-Domestic without the U.S.

Service in any other manner will be deemed defective on its face.

SEALS: The seals on the documents represent that the parties intend the agreement to entail legal consequences.

Executed in Maricopa county, Arizona republic [Power of attorney granted on behalf of Undersigned], this Twenty-Fourth day of the Fourth month in the year Two-Thousand and Fourteen.

IN WITNESS WHEREOF, I have hereunto set my Hand and Seal.

*Gordon LeRoy Hall*

GORDON L. HALL
BY: Gordon LeRoy of the Family Hall [Surety]

---

NOTICE:  THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

---

**Enclosure(s):**

1. **REQUEST REGARDING A STATEMENT OF ACCOUNT,** dated 24th of April 2014 (1 leaf):

2. **PRIVATE REGISTERED SETOFF BOND, BOND NO.  GLH20140319,** Issue date March 18, 2014, Maturity date March 18, 2044 (1 leaf) (Original sent to UNITED STATES OF AMERICA, BY: William N. Nettles through William J. Watkins, Jr. [Government];

3. **Copy:  UCC Financing Statement,** Document No.  42158930002, Filing No.  14-7403750576, Filed on 03/18/2014 21:17 (3 leaves); and

4. **Copy:  UCC Financing Amendment,** Document No.  42158930003, Filing No.  14-74037506, Filed on 03/18/2014 21:23 (3 leaves).

Cc:    **Jacob J. Lew ("Secretary")**          **Judge J. Michelle Childs** [in chambers]
Secretary of the Treasury              c/o Clement F. Haynsworth Federal Building
U.S. Department of the Treasury        300 East Washington Street
1500 Pennsylvania Avenue, N.W.         Greenville, South Carolina
Washington, D.C. 20220                 Near. [29601]

To:    **UNITED STATES OF AMERICA**
BY: William N. Nettles
through William J. Watkins, Jr. [Government]
c/o US Attorneys Office (Gville)
55 Beattie Place, Suite 700
Greenville, S.C. 29601

From:  GORDON L. HALL
Defendant-Debtor in Case No. 6:13-cr-00170 in the United States District Court for the
District of South Carolina (Greenville Division)
c/o Spartanburg County Detention Facility
950 California Avenue
Spartanburg, S.C. 29303

Re:    **REQUEST REGARDING A STATEMENT OF ACCOUNT** for COUNT 2 in the SUPERSEDING
INDICTMENT liability in Case No. 6:13-cr-00170 in the United States District Court for the
District of South Carolina (Greenville Division)

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
**Pursuant to Uniform Commercial Code § 9-210 and its implementation in the State of
South Carolina, this is a record authenticated by the Debtor GORDON L HALL
requesting that the UNITED STATES OF AMERICA approve or correct a statement
indicating what the Debtor GORDON L. HALL believes to be the aggregate amount of
unpaid obligations secured by collateral as of a specified date and reasonably
identifying the transaction or relationship that is the subject of the request. The
UNITED STATES OF AMERICA BY: William N. Nettles through his agent William J.
Watkins, Jr. [Government] has fourteen (14) days to comply with this request and
provide an authenticated record.**

**STATEMENT OF ACCOUNT**

Date:               **24th of April 2014**

Creditor:       **UNITED STATES OF AMERICA**

Debtor:         **GORDON L. HALL**

Case No.:      **6:13-cr-00170**

Collateral:     **Surety known as Gordon LeRoy of the Family Hall**

Balance Due:  **Zero dollars ($0.00) and full satisfaction of COUNT 2 in the
SUPERSEDING INDICTMENT in Case No. 6:13-cr-00170-JMC in
the United States District Court for the District of South Carolina
(Greenville Division)**

I declare under penalty of perjury that the information above is true and correct.

GORDON L. HALL

BY: _Gordon LeRoy Hall_

Gordon LeRoy of the Family Hall
[Surety]

# PRIVATE REGISTERED SETOFF BOND

| BOND NUMBER | | REGISTERED |
|---|---|---|
| GLH20140319 | **$15,000,000.00** | CALIFORNIA SECRETARY OF STATE<br>UCC DOCUMENT NO.: 42158930002<br>UCC FILING NO.: 14-7403750576 |

Pay to the Order of: UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Issue Date: March 18, 2014**

**Maturity Date: March 18, 2044**

For Further Credit to: UNITED STATES OF AMERICA for Case No. 6:13-cr-00170 in the United States District Court for the District of South Carolina (Greenville Division) for COUNT 2 in the SUPERSEDING INDICTMENT on behalf of GORDON L. HALL (S.S.N. ████████████)

By/On/Through: Gordon LeRoy of the Family Hall, Surety ("Creditor")
Private Offset Account No. 552988459

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Private Registered Setoff Bond,

**BE IT KNOWN THAT:**

This Private Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Private Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **Fifteen-Million United States Dollars ($15,000,000.00)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to the Secretary of the United States Treasury or any derivatives or Assigns thereof:

Jacob J. Lew ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                           PAYEE enter the amount due below

$ [  ][  ][  ][  ][  ][  ][  ][  ][  ][  ] . [  ][  ]

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighteenth day of the Third month, in the year of our Lord Two Thousand and Fourteen.*

By: _Gordon LeRoy Hall_ (Seal)
Gordon LeRoy of the Family Hall, Surety/Underwriter
Exemption ID # 552988459
Non-domestic mail
in care of: 950 California Avenue
Spartanburg, South Carolina
Near. [29303]

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2   page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,**   I execute this certificate and affix the Great Seal of the State of California this day of

March 18, 2014

Secretary of State

FILE #        147403750576

Document Number:   42158930005

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

864-596-2607

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

GORDON L HALL
SPARTANBURG COUNTY DETENTION FACILITY
950 CALIFORNIA AVENUE
SPARTANBURG, SC 29303
USA

DOCUMENT NUMBER: 42158930002
FILING NUMBER: 14-7403750576
FILING DATE: 03/18/2014 21:17
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** GORDON L HALL | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| 1c. MAILING ADDRESS 950 CALIFORNIA AVENUE | CITY SPARTANBURG | STATE SC | POSTAL CODE 29303 | COUNTRY USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID#, if any ***-**-8459   ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any   ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | |
| **3b. INDIVIDUAL'S LAST NAME** Hall | **FIRST NAME** Gordon | **MIDDLE NAME** LeRoy | **SUFFIX** |

| 3c. MAILING ADDRESS c/o Spartanburg County Detention Facility, 950 California Avenue, Spartanburg, South Carolina 29303 | CITY | STATE | POSTAL CODE | COUNTRY ZZZ |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND No. GLH20140319

Value of Collateral: Fifteen Million and 00/100 Dollars --- USD $15,000,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND No. GLH20140319

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | 9a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | GORDON L HALL | | |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 42158930002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| | 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐NONE |

**12. ☐ADDITIONAL SECURED PARTY'S or ☐ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| | |
|---|---|
| **13.** This FINANCING STATEMENT covers ☐timber to be cut or☐ as-extracted collateral, or is filed as a ☐fixture filing. <br> **14.** Description of real estate: | **16.** Additional collateral description: |
| **15.** Name and address of RECORD OWNER of above-described real estate <br> (if Debtor does not have a record interest): | **17.** Check only if applicable and check only one box. <br> Debtor is a ☑ Trust or☐ Trustee acting with respect to property held in trust or☐ Decedent's Estate <br> **18.** Check only if applicable and check only one box. <br> ☐ Debtor is a TRANSMITTING UTILITY <br> ☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years <br> ☐ Filed in connection with a Public-Finance Transaction - effective 30 years |

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,**  I execute this certificate and affix the Great Seal of the State of California this day of

March 18, 2014

Secretary of State

FILE #        1474037506

Document Number:  42158930005

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

864-596-2607

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
GORDON L HALL
SPARTANBURG COUNTY DETENTION FACILITY
950 CALIFORNIA AVENUE
SPARTANBURG, SC 29303
USA

DOCUMENT NUMBER: 42158930003
FILING NUMBER: 14-74037506
FILING DATE: 03/18/2014 21:23
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
14-7403750576

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
UNITED STATES TREASURY

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS 1500 PENNSYLVANIA AVENUE, N.W. | CITY WASHINGTON | STATE DC | POSTAL CODE 20220- | COUNTRY USA |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND No. GLH20140319

Value of Collateral: Fifteen Million and 00/100 Dollars --- USD $15,000,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**

OR

| b. INDIVIDUAL'S LAST NAME Hall | FIRST NAME Gordon | MIDDLE NAME LeRoy | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SETOFF BOND No. GLH20140319

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 14-7403750576 |

**13. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| 13a. ORGANIZATION'S NAME | | |
|---|---|---|
| | | |

| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | Hall | Gordon | LeRoy |

**14 MISCELLANEOUS**

DOCUMENT NUMBER: 42158930003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| 14a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 14c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| 15a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 15c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| 16a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 16c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (17a or 17b)

| 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | LEW | JACOB | J | |

| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

**18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (18a or 18b)

| 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

FILING OFFICE COPY