

**Activity in Case 6:13-cr-00170-JMC USA v. Hall et al Order**
SCDEfilingstat   to: scd_ecf_nef                          04/22/2014 10:37 AM
Bcc: Susan Cash

```
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users.  To avoid later charges, download a copy
of each document during this first viewing. However, if the referenced
document is a transcript, the free copy and 30 page limit do not apply.


U.S. District Court
District of South Carolina

Notice of Electronic Filing
The following transaction was entered on 4/22/2014 10:35 AM EDT and filed
on 4/22/2014


Case Name: USA v. Hall et al
Case Number: 6:13-cr-00170-JMC-1
https://ecf.scd.uscourts.gov/cgi-bin/DktRpt.pl?198539

Filer:

Document Number: 264

(No document attached)
Docket Text:
<B><font color = 551199>TEXT ORDER  as to Gordon L Hall:  Defendants [261]
Presentence Report was filed on 4/9/14 and a sentencing hearing will be
scheduled
for 4/28/14 at 11:30 a.m. Therefore, the court continues the hearing regarding
[248] Appeal of Magistrate Judge Decision re: Bond from 4/23/14 at 12:00
p.m. to 4/28/14 at 11:30 a.m.     Signed by Honorable J Michelle Childs on
4/22/14.(jtho, )</b></font>


6:13-cr-00170-JMC-1 Notice has been electronically mailed to:
Benjamin Thomas Stepp   benjamin_stepp@fd.org, susan_cash@fd.org

William J Watkins, Jr   bill.watkins@usdoj.gov, Kathy.Kelty@usdoj.gov,
USA-SC-ECF-Docket-J@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov,
USA-SC-ECF-VW-COL@usdoj.gov

Jessica Salvini   salvini_bennett@yahoo.com, leah.eppes@yahoo.com



6:13-cr-00170-JMC-1 <B>Notice will not be electronically mailed to</b>:
```