To:

RECEIVED
USDC, CLERK GREENVILLE, SC
2014 MAY -8 PM 1:39

Chief Financial Officer of Federal District Court – District of South Carolina
c/o Clement F. Haynsworth Federal Building and U.S. Courthouse
300 East Washington Street
Greenville, South Carolina 29601

Re:     Case No. 6:13-cr-00170-JMC-1 in the United States District Court for the District of South Carolina (Greenville Division).

You are hereby on Notice that the Trustee/Defendant, Gordon L. Hall, in the above Criminal Matter is demanding to be provided with a meeting in which the original "JUDGMENT IN A CRIMINAL CASE" executed on April 29, 2014, is to be presented to the Trustee/Defendant so that the Trustee/Defendant may provide a remedy for this Matter in this Court.

As such, the Trustee/Defendant is appointing the Chief Financial Officer in the above Court as a Trustee in this Matter and demanding that the Chief Financial Officer/Trustee, as a fiduciary for the Criminal Matter publicly known as Case No. 6:13-cr-00170-JMC-1 in the United States District Court for the District of South Carolina (Greenville Division), set up a meeting, or cause to be delivered to the Trustee/Defendant within three days, the original "JUDGMENT IN A CRIMINAL CASE" which is creating a duty and obligation on the Trustee/Defendant in this Criminal Matter for settlement; which at this time the Trustee/Defendant is presuming is the original signed and executed "JUDGMENT IN A CRIMINAL CASE" executed on April 29, 2014 in this Court.

Please get back to the Undersigned Trustee/Defendant within 72 hours to assure the Undersigned that a meeting for the production of this document for the Undersigned's inspection has been arranged for appointment/interview so that the Undersigned as the Trustee/Defendant in this Case can review and execute the charging instrument (the "JUDGMENT IN A CRIMINAL CASE") to provide this Court and the Defendant with remedy under the provisions of standard due process and equal protection under the law

Denying this would be a denial of substantive and procedural due process of law, which would mean that the Government/Plaintiff will not have clean hands and will not be justly entitled to execution on the Judgment in equity (the "JUDGMENT IN A CRIMINAL CASE") against the Defendant herein. Failure to comply with this demand will thereby create a prejudice against the Defendant and be an estoppel to executing the "JUDGMENT IN A CRIMINAL CASE" signed on April 29, 2014.

Please set such a meeting up in the nearby future before the Trustee/Defendant is transferred or obtain an Order to hold the Trustee/Defendant's transfer out of Spartanburg County for such.

Cordially,
Gordon L. Hall

Date: 7th of May 2014

By: *Gordon Schoff Hall*
Trustee/Defendant
c/o Spartanburg County Detention Facility
950 California Avenue
Spartanburg, South Carolina 29303